**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| La Unión Del Pueblo Entero, *et al.*, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | No. 5:21-cv-00844-XR |
| | § | |
| Gregory W. Abbott, *et. al.*, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## <u>INTERVENOR-DEFENDANTS' NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's November 29, 2023 Order. *See* ECF No. 821. That order is immediately appealable. *See* 28 U.S.C. § 1292(a)(1).

Dated: December 4, 2023

Respectfully submitted,

/s/ John M. Gore

John M. Gore
E. Stewart Crosland (*pro hac vice*)
Louis J. Capozzi III (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

*Counsel for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

/s/ John M. Gore