# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 06, 2023

Ms. Alyssa G. Bernsein
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Ms. Tovah Calderon
U.S. Department of Justice
Civil Rights Division, Appellate Section
P.O. Box 14403
Ben Franklin Station
Washington, DC 20044-4403

Mr. Adriel I. Cepeda Derieux
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Brian Dimmick
American Civil Liberties Union
National Prison Project
915 15th Street, N.W.
Washington, DC 20005

Mr. Daniel Joshua Freeman
U.S. Department of Justice
Civil Rights Divison - Voting Section
950 Pennsylvania Avenue, N.W.
Suite 4CON 8.143
Washington, DC 20530

Mr. John Matthew Gore
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Ms. Kathleen Theresa Hunker
Office of the Attorney General of Texas
Special Litigation Unit

P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Ryan Glen Kercher
Office of the Attorney General
P. O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711-2548

Mr. Jason Lee
U.S. Department of Justice
Civil Rights Division, Appellate Section
P.O. Box 14403
Ben Franklin Station
Suite 3738
Washington, DC 20044-4403

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Andre Segura
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Mr. William D. Wassdorf
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711-2548

     No. 23-50885    USA v. Paxton
                     USDC No. 5:21-CV-844

Dear Counsel:

The court has requested a response to the Appellants' opposed motion to stay the injunction pending appeal be filed in this office on or before December 11, 2023, no later than 9:00 AM.

Any reply to the response must be filed no later than 12:00 Noon on December 12, 2023.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Casey A. Sullivan, Deputy Clerk
    504-310-7642