# United States Court of Appeals for the Fifth Circuit

---

No. 23-50885

---

UNITED STATES OF AMERICA; OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS; REVUP-TEXAS,

*Plaintiffs—Appellees,*

*versus*

KEN PAXTON, *Attorney General, State of Texas*; JANE NELSON, *in her official capacity as Texas Secretary of State*; STATE OF TEXAS; HARRIS COUNTY REPUBLICAN PARTY; DALLAS COUNTY REPUBLICAN PARTY; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE,

*Defendants—Appellants,*

REPUBLICAN NATIONAL COMMITTEE,

*Movant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844

---

## UNPUBLISHED ORDER

Before CLEMENT, ENGELHARDT, and OLDHAM, *Circuit Judges.*

PER CURIAM:

No. 23-50885

IT IS ORDERED that Appellants' opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Court's order and for a permanent injunction pending appeal **no later than 9:00 a.m. on Monday, December 11, 2023**. Appellants shall file a reply **no later than noon on Tuesday, December 12, 2023**.