# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 06, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50885   USA v. Paxton
                  USDC No. 5:21-CV-844

Enclosed is an order entered in this case.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Casey A. Sullivan, Deputy Clerk
                       504-310-7642

Ms. Alyssa G. Bernstein
Ms. Tovah Calderon
Mr. Adriel I. Cepeda Derieux
Mr. Philip Devlin
Mr. Brian Dimmick
Mr. Daniel Joshua Freeman
Mr. John Matthew Gore
Ms. Kathleen Theresa Hunker
Mr. Ryan Glen Kercher
Mr. Jason Lee
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Andre Segura
Mr. William D. Wassdorf