# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 11, 2023

Mr. Hani Mirza
Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77004

    No. 23-50885   USA v. Paxton
                       USDC No. 5:21-CV-844

Dear Mr. Mirza,

We received your response to the appellants' motion for stay. In light of this being mis-filed and then re-filed correctly, we are taking no action on this response.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Casey A. Sullivan, Deputy Clerk
                               504-310-7642

cc:
    Ms. Alyssa G. Bernsein
    Ms. Tovah Calderon
    Mr. Adriel I. Cepeda Derieux
    Mr. Brian Dimmick
    Mr. Daniel Joshua Freeman
    Mr. John Matthew Gore
    Ms. Kathleen Theresa Hunker
    Mr. Ryan Glen Kercher
    Mr. Jason Lee
    Mr. Aaron Lloyd Nielson
    Ms. Lanora Christine Pettit
    Mr. Andre Segura
    Mr. William D. Wassdorf