

December 14, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

*re: United States v. Paxton*, No. 23-50885

Mr. Cayce:

I represent the OCA Plaintiffs-Appellees in the above-captioned appeal. I write in response to the supplemental authority letter of the Republican Party Intervenors-Appellants dated December 13, 2023.

The Third Circuit's short-form, per curiam motions-panel stay order for two judges in *Pennsylvania State Conference of the NAACP v. Schmidt*, No. 23-3166 (3d Cir.), is not a "significant and pertinent authorit[y]" that supports any of the movants' arguments. *See* Fed. R. App. P. 28(j). The order does not include a corresponding opinion. It explicitly disclaims any finding that the appellants in that case are likely to succeed on the merits, stating: "we need not and do not conclude here that the movants' likelihood of winning on appeal is more likely than not." GOP 28(j) Ltr. Ex. A at 2. Contrary to the Intervenors-Appellants' implication, the short-form order never even mentions, let alone casts any doubt on the persuasive value of, the Third Circuit's prior unanimous decision in *Migliori v. Cohen*, 36 F.4th 153 (3d Cir. 2022), which held that the Materiality Provision, 52 U.S.C. § 10101(a)(2)(B), prohibits disenfranchisement due to immaterial paperwork mistakes on a form on the outer mail-ballot return envelope.

As for irreparable harm, in the Third Circuit case, a candidate intervenor sought a stay based on a specific purported harm—a recently-held election where they claimed the result of the candidate's election turned on the inclusion of mail ballots that had been excluded because of the immaterial date requirement. GOP 28(j) Ltr. Ex. B at 2–5. No such purported harm is present in this appeal.

1

Sincerely,

/s/ Ari J. Savitzky

Ari Savitzky
Senior Staff Attorney
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Counsel for the OCA Plaintiffs Appellees*

Cc: all counsel via ECF

**CERTIFICATION**

I hereby certify that the body of the foregoing letter pursuant to Fed. R. App. P. 28(j) contains 260 words according to the word-processing software used to prepare this Letter.

I certify that on December 14, 2023, I served a copy of the foregoing on all counsel of record by CM/ECF.

<u>Dated</u>: December 14, 2023

<u>/s/ Ari J. Savitzky</u>
Ari J. Savitzky