# Casey Sullivan

| | |
|---|---|
| **From:** | Diana Garcia |
| **Sent:** | Wednesday, December 20, 2023 12:04 PM |
| **To:** | Casey Sullivan |
| **Subject:** | USCA #23-50885, 5:21-CV-844-XR, USA V. PAXTON |

**Importance:**   High

Good Morning Casey,

Happy Holidays to you and your family!

I just got the email with the deadline of 1/4/2024 to file EROA.

There are voluminous exhibits;
(Defendants Exhibits, INTERVENOR; Defendants Exhibits, OGG; Defendants Exhibits, STATE; JOINT Exhibits;
Plaintiffs Exhibits, HAUL; Plaintiffs Exhibits, LULAC; Plaintiffs Exhibits, OCA; Plaintiffs Exhibits, LUPE)
in this case that I need to add to the case; I am going to needing an additional 30-60 days to file the EROA.

Please advise.

Thank you, Diana.