# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-50885    USA v. Paxton
                USDC No. 5:21-CV-844

The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Ms. Alyssa G. Bernsein
Ms. Tovah Calderon
Mr. Louis Joseph Capozzi III
Mr. Adriel I. Cepeda Derieux
Mr. William Francis Cole
Mr. Philip Devlin
Brian Dimmick
Mr. Daniel Joshua Freeman
Mr. John Matthew Gore
Ms. Kathleen Theresa Hunker
Ms. Kateland R. Jackson
Mr. Ryan Glen Kercher
Mr. Jason Lee
Mr. Christopher McGreal
Mr. Hani Mirza
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Ari J. Savitzky
Mr. Andre Segura
Mr. William D. Wassdorf