# EXHIBIT A

```
1                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF TEXAS
2                         SAN ANTONIO DIVISION

3
     LA UNION DEL PUEBLO ENTERO,       .
4    ET AL,                            .
                                       .
5                   PLAINTIFFS,        .
              vs.                      . DOCKET NO. 5:21-CV-844-XR
6                                      .
     GREGORY W. ABBOTT, ET AL,         .
7                                      .
                    DEFENDANTS.        .
8

9

10                    TRANSCRIPT OF BENCH TRIAL
                BEFORE THE HONORABLE XAVIER RODRIGUEZ
11                  UNITED STATES DISTRICT JUDGE
                        SEPTEMBER 19, 2023
12

13

14

15

16   APPEARANCES:
     FOR THE PLAINTIFFS:       NINA PERALES, ESQUIRE
17                             FATIMA MENENDEZ, ESQUIRE
                               JULIA LONGORIA, ESQUIRE
18                             KENNETH PARRENO, ESQUIRE
                               MALDEF
19                             110 BROADWAY
                               SUITE 300
20                             SAN ANTONIO TX 78205

21

22                             VICTOR GENECIN, ESQUIRE
                               JENNIFER HOLMES, ESQUIRE
23                             MOHAMMED A. BADAT, ESQUIRE
                               NAACP LEGAL DEFENSE & EDUCATIONAL
24                             FUND INC
                               40 RECTOR STREET, FIFTH FLOOR
25                             NEW YORK NY 10006
```

```
 1
 2
 3
 4
 5    FOR THE DEFENDANTS:      RYAN G. KERCHER, ESQUIRE
                              KATHLEEN HUNKER, ESQUIRE
 6                            WILLIAM WASSDORF, ESQUIRE
                              MONROE DAVID BRYANT, JR., ESQUIRE
 7                            TEXAS ATTORNEY GENERAL
                              P.O. BOX 12548
 8                            MC 009
                              AUSTIN TX 78711
 9
10
11
12
13
14
15
16
17
18    REPORTED BY:            GIGI SIMCOX, RMR, CRR
                              OFFICIAL COURT REPORTER
19                            UNITED STATES DISTRICT COURT
                              SAN ANTONIO, TEXAS
20
21
22
23
24
25
```

JACQUELYN CALLANEN - DIRECT

1  only have so much leeway with it.

2      And then we have, which I'm very proud of, our little

3  insert that goes in there.  And this was developed after the

4  first time we used SB 1 in the Primary of 2022 and we had a

5  horrendous number of rejects because people did not have the

6  numbers there, which was totally unacceptable, and so we had

7  to figure out how we could lower our number and assist people,

8  so we developed this insert.

9  Q.  When you say "we," who do you mean?

10 A.  I mean Bexar County people.  Your local office to take

11 care of your local office's voters.  We all complained and

12 said that these other two forms were too -- they weren't going

13 to read them, they were just too verbose and they weren't

14 going to read them.

15     So the State said, okay, well, if you're going to do one,

16 we'll do the insert for you.  So they came up with an insert

17 that was exactly the same as this other one with all the

18 little language.

19     And, again, we just know our voters don't read that.  We

20 know they don't read that.  So we came up with this little

21 piece of paper.  And we made it bright.  We made it colorful.

22 We made it just this size, so that -- and I'm not embarrassed

23 to say, but I'm sort of proud to say Evil Jackie came out and

24 we made it this size so that we were hoping when our election

25 officials -- when the voters pulled this whole packet out and

JACQUELYN CALLANEN - DIRECT

1 opened it, that this little piece of paper would fall on the

2 floor so that they had to pick this piece of paper up.

3     We had to be so different from everything that was in

4 there so that this would catch their eye.  And it worked,

5 because by the time we got to our November Election we had a

6 1.7 rejection rate.

7 Q.  So this insert, this was a Bexar County insert?

8 A.  Yes, sir.

9 Q.  Nobody, no other counties, as far as you know, are using

10 this particular form?

11 A.  No, sir.

12 Q.  And now I'd like to show you finally two letters, if you

13 would explain for the Court what these are, please.

14 A.  These are the, basically the companion reject notices.

15 The first two you gave me were for the ABBM, the application

16 itself.  These two are for the actual carrier envelope, the

17 one that has come back to us and doesn't have the numbers on

18 the back.

19     And so, again, we have two versions of this, one that as

20 the judge noticed, this is an 8-223, and this was an 8-24,

21 where they've given -- remember, I said we had to give them a

22 voter registration card to correct anything?  Well, they

23 changed the name of the form on the back and said it's a

24 corrective action defect change, but in reality, it's a voter

25 registration card.

1   A.   Yes, ma'am.

2   Q.   The paid deputy registrars would have an incentive to

3   bring more registration forms to impress the organization they

4   were working for?

5   A.   Yes.

6   Q.   And the registration forms, the paid registers handled,

7   they have the voter's social security number or Texas Driver's

8   License number, correct?

9   A.   They do now, yes, ma'am.

10   Q.   Your office was able to reduce mail ballot rejection rates

11   in the November 2022 election as compared to the March 2022

12   primary?

13   A.   Absolutely.  Very proud of that fact.

14   Q.   For the March 2022 primary, the mail ballot rejection rate

15   was over 20 percent, correct?

16   A.   Yes, ma'am.

17   Q.   That is unacceptable?

18   A.   Unacceptable.

19   Q.   In contrast, the mail ballot rejection rate in Bexar

20   County for the November 2022 general election was approximately

21   1.7 percent, correct?

22   A.   Yes.

23   Q.   In a normal election, Bexar County will have a mail ballot

24   rejection rate of 3 to 4 percent, correct?

25   A.   Yes, ma'am.

1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
2                      SAN ANTONIO DIVISION

3
   LA UNION DEL PUEBLO ENTERO,    .
4  ET AL,                         .
                                  .
5              PLAINTIFFS,        .
          vs.                     . DOCKET NO. 5:21-CV-844-XR
6                                 .
   GREGORY W. ABBOTT, ET AL,      .
7                                 .
               DEFENDANTS.        .
8

9

10                 TRANSCRIPT OF BENCH TRIAL
            BEFORE THE HONORABLE XAVIER RODRIGUEZ
11               UNITED STATES DISTRICT JUDGE
                      OCTOBER 10, 2023
12

13

14

15

16 APPEARANCES:
   FOR THE PLAINTIFFS:     NINA PERALES, ESQUIRE
17                         FATIMA MENENDEZ, ESQUIRE
                           JULIA LONGORIA, ESQUIRE
18                         MALDEF
                           110 BROADWAY
19                         SUITE 300
                           SAN ANTONIO TX 78205
20

21                         JENNIFER A. HOLMES, ESQUIRE
                           NAACP LEGAL DEFENSE & EDUCATIONAL
22                         FUND INC
                           40 RECTOR STREET, FIFTH FLOOR
23                         NEW YORK NY 10006

24

25

```
 1
 2                              JAMES D. CROMLEY, ESQUIRE
                                JAMES MICHAEL SHOWALTER, ESQUIRE
 3                              ARENTFOX SCHIFF LLP
                                233 S. WACKER DRIVE, SUITE 7100
 4                              CHICAGO IL 60606
 5
 6                              EITAN BERKOWITZ, ESQUIRE
                                ARENTFOX SCHIFF LLP
 7                              44 MONTGOMERY STREET, 38TH FLOOR
                                SAN FRANCISCO CA 94104
 8
 9                              COURTNEY M. HOSTETLER, ESQUIRE
                                FREE SPEECH FOR PEOPLE
10                              1320 CENTRE STREET #405
                                NEWTON MA 02459
11
12                              BREANNA DELLA WILLIAMS, ESQUIRE
                                NAACP LEGAL DEFENSE & EDUCATIONAL
13                               FUND, INC.,
                                40 RECTOR STREET, 50TH FLOOR
14                              NEW YORK NY 10006
15
16
     FOR THE DEFENDANTS:        RYAN G. KERCHER, ESQUIRE
17                              KATHLEEN HUNKER, ESQUIRE
                                WILLIAM WASSDORF, ESQUIRE
18                              ETHAN QUINN SZUMANSKI, ESQUIRE
                                TEXAS ATTORNEY GENERAL
19                              P.O. BOX 12548
                                MC 009
20                              AUSTIN TX 78711
21
22                              ERIC J.R. NICHOLS, ESQUIRE
                                BUTLER SNOW LLP
23                              1400 LAVACA STREET, SUITE 1000
                                AUSTIN TX 78701
24
25
```

1

2

3    REPORTED BY:            GIGI SIMCOX, RMR, CRR
                            OFFICIAL COURT REPORTER
4                           UNITED STATES DISTRICT COURT
                            SAN ANTONIO, TEXAS
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Teri Saltzman – Direct

1  Q.  So before passage of this thing called SB1, what was your

2  preferred way to vote?

3  A.  Mail-in ballot, preferred.

4  Q.  And why did you prefer to vote with a mail-in ballot?

5  A.  It is so much easier.  I have voted every way that there

6  is, and mail-in ballot is easier on me.

7  Q.  So did you vote in the March 2022 primary?

8  A.  Yes.

9  Q.  And you voted in Travis County for the March 2022 primary?

10  A.  Yes, sir.

11  Q.  How was your experience voting in that election?

12  A.  It was the worst experience I ever had in my whole life

13  voting.

14  Q.  Well, let's take it step by step.  What's the first thing

15  you did to vote -- to do to vote in the March 2022 primary?

16  A.  The first thing I did was -- is I took a training class

17  with the League of Women Voters.  Because of SB1, it was

18  suggested that I take this training so that I could learn the

19  new law so that I'd be sure to do it correctly.  So I took the

20  training.

21      And then I ordered -- then I called the County and ordered

22  the application to send in to be approved for the ballot --

23  then in January.  So I did that.  I ordered the ballot.

24      So somewhere like in February I got the application.  So I

25  filled out the application.  I figured that was okay.  So I

Teri Saltzman – Direct

1  A.  Absolutely.

2     Even with my glasses and all my technology and all the

3  people in the world to help me, I still couldn't see one area.

4  Just there was one thing that I couldn't see to do.

5  Q.  And --

6  A.  And it just --

7  Q.  And that area required you to put what in?

8  A.  I think I have to check a box.

9  Q.  So what happened next?

10 A.  So I called the elections office again.  And they said,

11 "Oh, well, you can -- you can cure it."

12    I said, "Okay.  How do I do that?"

13    They said, "Well, you can drive by and come into our

14 office and fix it."

15    And I said, "I'm blind, so I can't drive."

16    And they said, "Or you can go to Ballot Tracker."

17    And that means, oh, I have to go through Ballot Tracker

18 again.  Okay?

19    So I said, "Okay.  I'll go through Ballot Tracker again.

20 I'll try."

21    And so I tried to go through Ballot Tracker again.  But,

22 again, it's still not accessible.  But I knew it wasn't

23 accessible because of the first time.  So I went through

24 Ballot Tracker again.  And this time I was more oriented to

25 it, because it wasn't accessible the first time.  So it's not

Teri Saltzman – Direct

1   A.   No, sir.

2   Q.   So moving on to the next election, in 2022 did you try to

3   vote in a November election?

4   A.   Yes, I did, of course.

5   Q.   So can you walk us through that experience?

6   A.   So I was very hesitant about voting.  This was -- and I

7   love voting.  Okay?  But this, I think, is the very first time

8   in my life that I was very hesitant.  So I carried my ballot

9   around in my bag for days, for weeks, just carried it around,

10  because I was going to go do it at work, or I was going to --

11  I walked to go vote.  I -- you know, I mean, I've done -- I've

12  been very excited about voting.  But this time, that year, I

13  was very hesitant, very nervous about it.

14       But it got very close.  I needed to get it done.  So I

15  pulled out my ballot -- my ballot, and started to look at it,

16  look over it.  And I promise you, it was even smaller.  I

17  don't know how they could make it smaller.  I do not know how.

18  But they made it smaller.  And they got more information on

19  there.  I don't -- I can't tell you how they did it, but they

20  did it.

21  Q.   Could you --

22  A.   It took --

23  Q.   Could you compare --

24  A.   I'm sorry.  Go ahead.

25  Q.   I'm sorry.  It's hard because we don't -- without the

Teri Saltzman – Direct

```
 1  camera, it's hard to sometimes understand when we're done
 2  talking.
 3      What size was the type, like if you had to compare it to a
 4  font?
 5  A.  Oh, I don't -- I can't tell you.  Well, let's just say --
 6  we'll start -- it is smaller than that.  Okay?  It's going to
 7  be smaller than that.  But let's just say a 9 to a 6, or a 6
 8  to a 3.  Let's just say it went like that.  Okay?
 9  Q.  Okay.
10  A.  Okay.  But it's got to be a bit different from that.  It's
11  just, you know, comparison.
12      But so -- and I think I even sent Lisa or Marisol a copy
13  to show them the difference.  Okay?  But --
14  Q.  Who are Lisa and Marisol?
15  A.  But --
16  Q.  One question:  Who are Lisa and Marisol?
17  A.  Disability Rights Texas.
18      So I did -- I did what I did.  I slowed down.  I went
19  very, very slow filling it out, like I always do.  I even had
20  a coworker, some coworkers kind of look things over for me.
21  Not answer things or anything like that, just make sure, like
22  I said, the Scantrons, okay, things are bubbled in, just make
23  sure that I did things the way I wanted them done.  Okay?
24  Just doublecheck, okay, make sure, okay.
25      I brought it -- I brought the ballot home to have my
```

Teri Saltzman – Direct

1  husband doublecheck the inside flap, okay, because that was my
2  problem with the March election, was the inside flap.  So he
3  checked the inside flap for me, make sure I got all of that
4  correct.  And then I signed it and made sure he checked --
5  made sure the flap was signed correctly, and then I sent it
6  in.
7  Q.  What happened to your ballot?
8  A.  I called about three days later.  I gave it three days.  I
9  called three days later.  They said they got it and it was
10  good.  I did not receive a letter.  I did not receive a denial
11  or anything.  So I assume it's okay.
12  Q.  So you believed --
13  A.  I trusted --
14  Q.  But you believe your ballot was accepted for this November
15  2022 General Election?
16  A.  They said it was.
17  Q.  So you mentioned you've contacted Travis County's election
18  office several times in the course of these three elections
19  concerning your attempts to vote?
20  A.  Yes, sir.
21  Q.  At any time did any member of the office mention to you
22  that you could request a modification of voting procedures
23  based on your disability?
24  A.  No, sir.
25  Q.  Did you tell people at the Travis County election office

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3
    LA UNION DEL PUEBLO ENTERO,     .
 4  ET AL,                          .
                                    .
 5              PLAINTIFFS,          .
           vs.                      . DOCKET NO. 5:21-CV-844-XR
 6                                  .
    GREGORY W. ABBOTT, ET AL,       .
 7                                  .
                DEFENDANTS.          .
 8

 9

10              TRANSCRIPT OF BENCH TRIAL
         BEFORE THE HONORABLE XAVIER RODRIGUEZ
11            UNITED STATES DISTRICT JUDGE
                  OCTOBER 12, 2023
12

13

14

15

16  APPEARANCES:
    FOR THE PLAINTIFFS:      NINA PERALES, ESQUIRE
17                           FATIMA MENENDEZ, ESQUIRE
                             JULIA LONGORIA, ESQUIRE
18                           MALDEF
                             110 BROADWAY
19                           SUITE 300
                             SAN ANTONIO TX 78205
20

21                           AMIR BADAT, ESQUIRE
                             NAACP LEGAL DEFENSE & EDUCATIONAL
22                           FUND INC
                             40 RECTOR STREET, FIFTH FLOOR
23                           NEW YORK NY 10006

24

25
```

```
 1
 2                              LEAH J. TULIN, ESQUIRE
                                JASLEEN K. SINGH, ESQUIRE
 3                              BRENNAN CENTER FOR JUSTICE AT NYU
                                 SCHOOL OF LAW
 4                              1140 CONNECTICUT AVENUE NW
                                SUITE 1150
 5                              WASHINGTON DC 20036

 6
 7                              AMIR BADAT, ESQUIRE
                                NAACP LEGAL DEFENSE & EDUCATIONAL
 8                              FUND INC
                                40 RECTOR STREET, FIFTH FLOOR
 9                              NEW YORK NY 10006

10
11      FOR THE DEFENDANTS:     RYAN G. KERCHER, ESQUIRE
12                              KATHLEEN HUNKER, ESQUIRE
                                WILLIAM WASSDORF, ESQUIRE
13                              DAVID BRYANT, ESQUIRE
                                TEXAS ATTORNEY GENERAL
14                              P.O. BOX 12548
                                MC 009
15                              AUSTIN TX 78711

16
17                              ERIC J.R. NICHOLS, ESQUIRE
                                BUTLER SNOW LLP
18                              1400 LAVACA STREET, SUITE 1000
                                AUSTIN TX 78701
19
20
21
22      REPORTED BY:            GIGI SIMCOX, RMR, CRR
                                OFFICIAL COURT REPORTER
23                              UNITED STATES DISTRICT COURT
                                SAN ANTONIO, TEXAS
24
25
```

FRANK PHILLIPS – DIRECT

1  A.  Yes.

2  Q.  Were you seeing reduction in rejection rates during the

3  May 2022 Constitutional Election?

4  A.  We did.

5  Q.  Were you seeing reductions in rejection rates during the

6  Primary run-off in 2022?

7  A.  Yes.

8  Q.  Was Denton County able to reduce its mail ballot rejection

9  rate for the November 2022 General Election as compared to the

10  March 2022 Primary?

11  A.  Oh, substantially, yes.

12  Q.  I am going to bring up our first exhibit of our

13  discussion.  The Secretary of State's Office published a list

14  of county rejection rates for each election in 2022.  I have

15  this State Exhibit 22.  Let's take a look at Denton County.

16      The Democratic Primary, what was the rejection rate listed

17  as?

18  A.  10.91 percent.

19  Q.  And let's take a look at the Republican Primary.  What is

20  the rejection rate listed as?

21  A.  17.39 percent.

22  Q.  Does this match your recollection of the rejection rates

23  in these two elections?

24  A.  It does.

25  Q.  Let's turn to the November 2022 Election.  What is the

1  rejection rate listed as?

2  A.  1.66 percent.

3  Q.  Does this match your recollection of what the rejection

4  rated was the November 2022 General Election?

5  A.  It does.

6  Q.  To your recollection, is the 1.66 rejection rate

7  comparable to election pre-SB 1?

8  A.  Yes, I would say it's very close.

9  Q.  What steps did Denton County take to reduce the rejection

10  rate?

11  A.  Starting with the March Primary and to this day, we

12  insert — we developed an insert that we put in the mail to

13  the voter that was kind of highly detailed and what they

14  should fill out, especially on the carrier envelope.  We

15  circled the DL number, Social Security number area, or took a

16  screenshot of it, blew that up, said, you know, you have to

17  fill this out.  And we also recommended — although it's not

18  required — we recommended they put both their DL and the last

19  four of their Social.  And we also did a video that we posted

20  on our website and social media for the same topics.

21  Q.  So I am going to bring up State Exhibit 68.  Is this the

22  insert that Denton County included with the carrier envelope?

23  A.  Yes.

24  Q.  Does the Secretary of State's Office recommend adding an

25  insert to the carrier envelope?

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3
    LA UNION DEL PUEBLO ENTERO,      .
 4  ET AL,                           .
                                     .
 5              PLAINTIFFS,          .
           vs.                       . DOCKET NO. 5:21-CV-844-XR
 6                                   .
    GREGORY W. ABBOTT, ET AL,        .
 7                                   .
                DEFENDANTS.          .
 8

 9

10              TRANSCRIPT OF BENCH TRIAL
          BEFORE THE HONORABLE XAVIER RODRIGUEZ
11              UNITED STATES DISTRICT JUDGE
                    OCTOBER 17, 2023
12

13

14

15

16  APPEARANCES:
    FOR THE PLAINTIFFS:       NINA PERALES, ESQUIRE
17                            FATIMA MENENDEZ, ESQUIRE
                              JULIA LONGORIA, ESQUIRE
18                            MALDEF
                              110 BROADWAY
19                            SUITE 300
                              SAN ANTONIO TX 78205
20

21                            AMIR BADAT, ESQUIRE
                              JENNIFER A. HOLMES, ESQUIRE
22                            VICTOR GENECIN, ESQUIRE
                              NAACP LEGAL DEFENSE & EDUCATIONAL
23                            FUND INC
                              40 RECTOR STREET, FIFTH FLOOR
24                            NEW YORK NY 10006

25
```

```
 1
 2
 3
 4
 5
 6   FOR THE DEFENDANTS:      RYAN G. KERCHER, ESQUIRE
                             KATHLEEN HUNKER, ESQUIRE
 7                           WILLIAM WASSDORF, ESQUIRE
                             DAVID BRYANT, JR., ESQUIRE
 8                           TEXAS ATTORNEY GENERAL
                             P.O. BOX 12548
 9                           MC 009
                             AUSTIN TX 78711
10
11
12
13
14   REPORTED BY:            GIGI SIMCOX, RMR, CRR
                             OFFICIAL COURT REPORTER
15                           UNITED STATES DISTRICT COURT
                             SAN ANTONIO, TEXAS
16
17
18
19
20
21
22
23
24
25
```

1  A.   Yes.

2  Q.   Can you offer an example?

3  A.   Sure.  Every election we get the call the next day after

4  the election that says we've got a tie vote.

5       There was one specific one that I remember because there

6  was a YouTube video, but it was two Democratic Primary

7  candidates for county commissioner in Pecos County, I

8  believe -- could have been Reeves County, anyway, don't get me

9  started on that -- but they agreed to cast lots to resolve the

10  election since it was tied and they decided they would flip a

11  coin, but they did not agree on rules for the coin flip before

12  they started and when they flipped the coin it went off the

13  table.

14       Well, they hadn't addressed how this was going to be

15  treated and there was much enthusiastic arguing that

16  immediately ensued.  It was quite entertaining.  But, no, we

17  have a tie election every Election Day, at least one somewhere

18  in the state.

19  Q.   Let's shift to discuss TEAM.  How might a voter update

20  their ID number in TEAM?

21  A.   They can submit a paper application with the ID number on

22  it, a paper voter registration application.  They can log into

23  texas.gov, and if they log into texas.gov for a voter

24  registration change then they've got a message, this is by

25  logging in you're updating your information to the Secretary

1  of State's Office and we'll get the number that they provide

2  when they log in.

3  Q.  What is the HB 2512 process?

4  A.  HB 2512 was in the 2013 legislative session and it allows

5  the Secretary of State's Office to use a driver's license

6  information for voter registration and so we've used that to

7  harvest as many full nines of social security as we could out

8  of the driver file and add them to the voter file because the

9  full nine of social allows us to make much better matches so

10  that we have many more strong matches and much fewer weak

11  matches.  And then, of course, SB 1 came along and we also

12  used that process to get as many driver's license numbers as

13  possible.

14  Q.  Does the Secretary of State's Office adopt the HB 2512

15  process in preparation for the implementation of Senate

16  Bill 1?

17  A.  Yes.

18  Q.  How did the Secretary of State's Office adopt the process?

19  A.  Like I said, we win both ways.  Instead of just trying to

20  get full nines, we try to get as many driver's licenses as

21  possible as well.

22  Q.  Why did the Secretary of State's Office adopt the process?

23  A.  We wanted to reduce the number of voter records that

24  didn't have either one of the numbers and we wanted to reduce

25  the number of voter records that had one number but not the

1  other.

2  Q.  Was this an attempt by the Secretary of State to help

3  voters navigate SB 1's ID number requirement?

4  A.  Right.  It's both to help the voters and the election

5  offices when they are doing the mail ballots because we wanted

6  to make sure there were as many numbers as we could get for

7  them to look at.

8  Q.  How many times has the Secretary of State utilized the HB

9  2512 process since SB 1 was enacted?

10  A.  I don't know about this year, but if we are going to do

11  it, it will probably be in December so I would say twice.

12  Q.  And how often does the HB 2512 process occur?

13  A.  It's usually every year in December.

14  Q.  After the Secretary of State harvested numbers from DPS

15  did the number of voters without an ID number in TEAMs

16  decrease?

17  A.  Yes.

18  Q.  Does the Secretary of State's Office plan on performing

19  the HB 2512 process later this year?

20  A.  As far as I know, yes.

21  Q.  And based on your observations, has the none of voters

22  without either a Texas ID number or social security number in

23  TEAMs gone down?

24  A.  It has.

25  Q.  Based on your observation has the number of voters with

KEITH INGRAM - DIRECT

1  only one ID number in TEAM but not the other declined as well?

2  A.  It has.

3  Q.  Do you expect the numbers of voters without either number

4  in the system to ever increase?

5  A.  No, they will only go down.  The number without a number

6  will only decrease.

7  Q.  And why is this the case?

8  A.  Because Help America Vote Act has required every new

9  registration to have one or the other of those numbers.  The

10  ones that we've got that don't have a number were legacy

11  registrations from before then.

12  Q.  Do you expect the number of voters with only one ID number

13  in TEAM but not the other to ever increase?

14  A.  No.

15  Q.  And do you expect that number to decline as well?

16  A.  I do.

17  Q.  And do you expect that number to decline for the same

18  reason?

19  A.  True, for the same reason and the addition of what our

20  office does when we compare the driver's license data to get

21  the other number if they only provided one.

22  Q.  Mr. Ingram, a frequent topic in this trial has been the

23  Ballot Tracker so I wanted so discuss that next.  When was the

24  Ballot Tracker enacted into law?

25  A.  In the regular session in '21.  It was House Bill 1382.