# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50885

---

United States of America; OCA-Greater Houston, League of Women Voters of Texas; REVUP-Texas,

*Plaintiffs—Appellees*,

*versus*

Ken Paxton, *Attorney General, State of Texas*; Jane Nelson, *in her official capacity as Texas Secretary of State*; State of Texas; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee; National Republican Congressional Committee,

*Defendants—Appellants*,

Republican National Committee,

*Movant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844

---

ORDER:

IT IS ORDERED that Appellee United States of America's opposed motion to stipulate the record on appeal is DENIED.

No. 23-50885

_____
Kurt D. Engelhardt
*United States Circuit Judge*