**FW: USCA #23-50885, 5:21-CV-844-XR, USA V. PAXTON**



Diana Garcia
To: Casey Sullivan

You replied to this message on 2/2/2024 7:51 AM.
This message was sent with High importance.

📧 Re: LUPE v. Abbott (Case No. 5:21-cv-00844-XR)
Outlook item

Good Morning Casey,

Its me Diana.

I currently have a deadline that was extended to 2/5/2024 to file the EROA in the above mentioned case.

I have been uploading the exhibits from the bench trial.

Plaintiff's Exhibits – HAUL, (already uploaded in case).
Plaintiff's Exhibits – LULAC, (already uploaded in case).
Plaintiff's Exhibits - LUPE. (12 pages of exhibits to upload).
Plaintiff's Exhibits – OCA, (2 pages of exhibits to upload).

Defendant's Exhibits – INTERVENOR, (1 page of exhibits to upload).
Defendant's Exhibits – STATE, (10 pages of exhibits to upload).
Defendant's Exhibits – JOINT, (3 pages of exhibits to upload).

Could I have an additional 30 days to file the EROA?

Courtroom deputy asked that I stop uploading the exhibits in order for her to complete her part as to which exhibits are SEALED, ==please see attached email for your information.==

I will continue to upload the exhibits once, I get the permission/OK from the courtroom deputy.

Thank you in advance for your assistance.
Diana.