# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50885   USA v. Paxton
                  USDC No. 5:21-CV-844

The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Casey A. Sullivan, Deputy Clerk
                      504-310-7642

Ms. Alyssa G. Bernsein
Ms. Tovah Calderon
Mr. Dayton Campbell-Harris
Mr. Louis Joseph Capozzi III
Mr. Adriel I. Cepeda Derieux
Mr. William Francis Cole
Mr. Philip Devlin
Mr. Brian Dimmick
Mr. Zachary Dolling
Mr. Daniel Joshua Freeman
Mr. John Matthew Gore
Ms. Kathleen Theresa Hunker
Ms. Kateland R. Jackson
Mr. Ryan Glen Kercher
Ms. Sophia Lin Lakin
Mr. Jason Lee
Mr. Christopher McGreal
Mr. Hani Mirza
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Ari J. Savitzky
Mr. Andre Segura
Mr. William D. Wassdorf