

2222 W. Braker Lane
Austin, Texas 78758
MAIN OFFICE 512.454.4816
TOLL-FREE 800.315.3876
FAX 512.454.3999

February 21, 2024

**VIA ECF**

Lyle W. Cayce
Clerk of Court
United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

**RE: Case No. 23-50885, *USA v. Paxton* | Copy of "Correction to the record in *La Union Del Pueblo Entero, et al. v. Abbott, et al.*; 5:21-cv-844-XR"**

To the Honorable Clerk Lyle W. Cayce:

    Please find attached a copy of the letter filed with United States District Court for the Western District of Texas in *La Union Del Pueblo Entero, et al. v. Abbott, et al.*, 5:21-cv-844-XR, which concerns the appeal in this matter, *USA v. Paxton,* 23-50885 (5th Cir.).

    Respectfully,

*/s/ Christopher McGreal*
Christopher McGreal
Texas State Bar No. 24051774
DISABILITY RIGHTS TEXAS
1420 W. Mockingbird Lane, Ste. 450
Dallas, Texas 75247
(214) 630-0916 (phone)
(469) 649-8822 (fax)

*Attorney for REV UP and Ms. Saltzman*

Encl: Attachment

**Certificate of Service**

On February 21, 2024, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

                                          */s/ Chris McGreal*
                                          Chris McGreal



2222 W. Braker Lane
Austin, Texas 78758
MAIN OFFICE 512.454.4816
TOLL-FREE 800.315.3876
FAX 512.454.3999

February 21, 2024

Hon. Judge Xavier Rodriguez
United States District Judge
United States District Court for the Western District of Texas
San Antonio Division
262 West Nueva Street
San Antonio, Texas 78207

    **Re:**    Correction to the record in *La Union Del Pueblo Entero, et al. v. Abbott, et al.*; 5:21-cv-844-XR

To the Honorable Judge Rodriguez:

Disability Rights Texas represents Plaintiff REV UP-Texas, as well as Ms. Teri Saltzman, an associational member of REV UP, in the above-referenced case. In accordance with our ethical duties under Rule 3.03(b) of the Texas Disciplinary Rules of Professional Conduct, and with the consent of Ms. Saltzman, we write to correct one sentence in each of Ms. Saltzman's two declarations filed in this case (see ECF No. 611, Ex. 44 at OCA-APPX-0729, and ECF No. 642-2, Ex. 10 at 245).

In the concluding sentence in paragraph 15 of both declarations, Ms. Saltzman stated that in the November 2022 general election, "My mail-in ballot was rejected yet again for an ID-related reason, and I was again unable to cure the problem online because it again said that I was not a registered voter." In her later trial testimony on October 10, 2023, however, Ms. Saltzman testified that she was informed that her ballot in the November 2022 general election was accepted. Trial Tr. (10/10/2023) at page 3362 (ECF No. 957).

This inconsistency between Ms. Saltzman's declarations and her trial testimony was raised in the appeal of this Court's summary judgment ruling by the Intervenor Defendant on February 5, 2024, (Document No. 110-1, Case No. 23-50885). Once aware of this inconsistency, the undersigned counsel endeavored to determine whether the declarations or trial testimony were in error.

Counsel has now concluded that Ms. Saltzman's trial testimony was correct and that the last sentence in paragraph 15 of her declarations—that her November 2022 ballot was rejected—is incorrect. Counsel asserts that Ms. Saltzman had no intent to deceive the Court, but rather got confused about what happened in the three elections held in March, May, and November 2022.

Rule 3.03(b) of the Texas Disciplinary Rules of Professional Conduct states, in relevant part, that "If a lawyer has offered material evidence and comes to know of its falsity, the lawyer shall make a good faith effort to persuade the client to authorize the lawyer to correct or withdraw the false evidence." Ms. Saltzman, upon concluding she was mistaken about her ballot being rejected in November 2022, authorized counsel to correct the evidence proffered in the last sentence in paragraph 15 of her declarations. Accordingly, Counsel has filed this letter to correct the record.

1

Counsel wishes to advise the Court further that Ms. Saltzman's declaration is still pending before this Court as Exhibit 10 in the Response to Defendant's Motion for Summary Judgment (the Court has not ruled on Defendant's motion). See Exhibit 10, attached to ECF No. 642. Ms. Saltzman's declaration was also included in the OCA-GH's Motion for Summary Judgment (ECF No. 611, Ex. 44 at OCA-APPX-0729); the Court's ruling in favor of Plaintiffs is, as mentioned above, currently pending before the Fifth Circuit.

Finally, counsel is, of course, ready to comply with any further order should the Court require something additional to be filed to correct the record in this case in light of the above. Counsel will also be filing a copy of this letter with the Fifth Circuit.

Sincerely,

/s/ Lucia Romano
Lucia Romano
Texas State Bar No. 24033013
Peter Hofer
Texas State Bar No. 09777275
Christopher McGreal
Texas State Bar No. 24051774
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, Texas 78758-1024
(512) 454-4816 (phone)
(512) 454-3999 (fax)

Attorneys for REV UP and Ms. Saltzman

cc: Clerk, United States Court of Appeals for the Fifth Circuit, re: *USA v. Paxton,* 23-50885

## CERTIFICATE OF SERVICE

I certify that I electronically submitted a true and correct copy of the above and the foregoing via the Court's electronic filing system on the 21st day of February 2024.

*/s/ Lucia Romano*
Lucia Romano