No. 23-50885

# In the United States Court of Appeals for the Fifth Circuit

United States of America, et al.,
*Plaintiffs-Appellees*,

*v.*

Warren Kenneth Paxton, et al.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS-APPELLANTS' AND INTERVENORS-APPELLANTS' BRIEFS

In accordance with Federal Rules of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Defendants-Appellants and Intervenors-Appellants file this Motion for a thirty-day extension of time to file their respective opening briefs to and including Wednesday, June 12, 2024. In support thereof, Defendants-Appellants and Intervenors-Appellants respectfully show the Court as follows:

1. Defendants-Appellants' and Intervenors-Appellants' respective opening briefs are currently due May 13, 2024. Defendants-Appellants and Intervenors-Appellants seek a thirty-day extension of this time, to and including June 12, 2024, in which to file their briefs. This is Defendants-Appellants' and Intervenors-Appellants' first request for an extension of time, and it is unopposed.

2. This extension is necessary because Defendants-Appellants' counsel have numerous briefing and argument obligations that will require significant time and attention, including:

- En banc oral argument before this Court in *Wilson v. Midland County*, No. 22-50998, on May 15, 2024;

- En banc oral argument before this Court in *United States v. Abbott*, No. 23-50632, on May 15;

- Oral argument before this Court in *Texas v. U.S. Department of Homeland Security*, No. 23-50869, on June 6;

- Appellant's opening brief in *Media Matters v. Paxton*, No. 24-7059, due in the U.S. Court of Appeals for the District of Columbia Circuit on June 10; and

- Brief in opposition to the petition for certiorari in *Mendoza v. Lumpkin*, No. 23-1004, due in the Supreme Court of the United States on June 12.

Additionally, since the Court's briefing schedule issued, Defendants-Appellants' counsel filed a response to an application for an injunction pending appeal with the U.S. Supreme Court in *Free Speech Coalition, Inc. v. Paxton*, No. 23-1122; presented oral argument before this Court in: *United States v. Texas*, No. 24-50149, *The Heidi Group, Inc. v. Texas Health and Human Services Commission, et al.*, No. 23-50303, and *Texas v. SEC*, No. 23-60079; filed an amicus brief in *Wilson v. Midland County*, No. 22-50998 (5th Cir., en banc); and filed a supplemental, court-ordered brief in *Texas v. U.S. Department of Homeland Security*, No. 23-50869 (5th Cir.).

3. This extension is also necessary because Intervenors-Appellants' counsel have numerous briefing and argument obligations that will require significant time

and attention, including filing a brief in opposition to a motion for temporary injunction in *Minnesota Alliance for Retired Americans Educational Fund v. Simon*, Case No. 62-cv-24-854 (Minn. 2d Jud. Dist.) on May 9, 2024 and participating in oral argument on that motion on May 23. Moreover, since the Court's briefing schedule issued, Intervenors-Appellants' counsel prepared and filed a brief in *NRSC v. FEC*, No. 24-3051 (6th Cir.).

4. Granting the requested extension will promote judicial economy and advance the interests of the Court and the parties by ensuring that Defendants-Appellants' and Intervenors-Appellants' respective briefs remain due on the same day and, in turn, that Plaintiffs-Appellees' respective briefs in response likewise remain due on the same day.

5. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this request for an extension is granted.

6. For the foregoing reasons, Defendants-Appellants and Intervenors-Appellants respectfully request that the Court grant this Motion for a thirty-day extension of time to file their briefs, making their briefs due on June 12, 2024.

Date: May 6, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General


Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Respectfully submitted.

AARON L. NIELSON
Solicitor General

LANORA C. PETTIT
Principal Deputy Solicitor General

/s/ Kateland R. Jackson
KATELAND R. JACKSON
Assistant Solicitor General
Kateland.Jackson@oag.texas.gov

Counsel for Defendants-Appellants

*/s/* John M. Gore
John M. Gore
(D.C. Bar No. 502057)
  *Counsel of Record*
E. Stewart Crosland
Louis J. Capozzi, III
JONES DAY
51 Louisiana Ave. NW
Washington, DC  20001
(202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

Counsel for Intervenors-Appellants

## Certificate of Conference

On May 6, 2024, counsel for Defendants-Appellants conferred with counsel for Plaintiffs-Appellees. This extension is unopposed.

/s/ Kateland R. Jackson
Kateland R. Jackson

## Certificate of Service

On May 6, 2024, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Kateland R. Jackson
Kateland R. Jackson

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 529 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type-style requirements of Rules 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Kateland R. Jackson
Kateland R. Jackson
