# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

May 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50885   USA v. Paxton
                  USDC No. 5:21-CV-844

The court has granted an extension of time to and including June 12, 2024 for filing appellant's/petitioner's brief in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Lisa E. Ferrara, Deputy Clerk
                        504-310-7675

Ms. Alyssa G. Bernsein
Ms. Tovah Calderon
Mr. Dayton Campbell-Harris
Mr. Louis Joseph Capozzi III
Mr. Adriel I. Cepeda Derieux
Mr. William Francis Cole
Brian Dimmick
Mr. Zachary Dolling
Mr. Daniel Joshua Freeman
Mr. John Matthew Gore
Ms. Kathleen Theresa Hunker
Ms. Kateland R. Jackson
Mr. Ryan Glen Kercher
Ms. Sophia Lin Lakin
Mr. Jason Lee
Mr. Christopher McGreal
Mr. Hani Mirza
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Ryan Mackenzie Proctor
Mr. Ari J. Savitzky
Mr. Andre Segura
Mr. William D. Wassdorf