# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 23-50885
_____

UNITED STATES OF AMERICA; OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS; REVUP-TEXAS,

*Plaintiffs-Appellees,*

v.

KEN PAXTON, *Attorney General, State of Texas*; JANE NELSON, *in her official capacity as Texas Secretary of State*; STATE OF TEXAS; HARRIS COUNTY REPUBLICAN PARTY; DALLAS COUNTY REPUBLICAN PARTY; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE, REPUBLICAN NATIONAL COMMITTEE,

*Defendants-Appellants.*

_____

On Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844

_____

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

TO THE CLERK AND ALL PARTIES:

Please withdraw the appearance of Hani Mirza of the Texas Civil Rights Project as counsel on behalf of Plaintiffs-Appellees OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (OCA Plaintiffs). Mr. Mirza is no longer employed by the Texas Civil Rights Project. Plaintiffs-Appellees will

continue to be represented by the undersigned counsel. Counsel for Defendants-Appellants do not oppose Mr. Mirza's withdrawal.

Mr. Mirza is additionally listed as lead counsel for OCA Plaintiffs in this appeal. Please substitute Zachary Dolling as lead counsel once Mr. Mirza's appearance is withdrawn.

| | |
|---|---|
| Dated: May 8, 2024 | Respectfully submitted, |
| | /s/ *Zachary Dolling* |
| | Zachary Dolling |
| | TEXAS CIVIL RIGHTS PROJECT |
| | 1405 Montopolis Drive |
| | Austin, TX 78741 |
| | 512-474-5073 (Telephone) |
| | 512-474-0726 (Facsimile) |
| | zachary@texascivilrightsproject.org |
| | |
| | Dayton Campbell-Harris |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| | Voting Rights Project |
| | 125 Broad Street |
| | New York, NY 10004 |
| | 425-516-8400 (Telephone) |
| | dcampbell-harris@aclu.org |
| | |
| | Adriel I. Cepeda Derieux |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| | 915 15th Street, N.W. |
| | Washington, DC 20005 |
| | 212-284-7334 (Telephone) |
| | acepedaderieux@aclu.org |

Brian Dimmick
AMERICAN CIVIL LIBERTIES UNION
National Prison Project
915 15th Street, N.W.
Washington, DC 20005
202-731-2395 (Telephone)
bdimmick@aclu.org

Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7836 (Telephone)
slakin@aclu.org

Christopher McGreal
DISABILITY RIGHTS TEXAS
North Texas Regional Office, Suite 450
1420 W. Mockingbird Lane
Dallas, TX 75247-4932
214-630-0916 (Telephone0
cmcgreal@disabilityrightstx.org

Ari J. Savitzky
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
New York, NY 10004-2400
212-549-2681 (Telephone)
asavitzky@aclu.org

*Counsel for Plaintiffs-Appellees OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this Motion contains fewer than 100 words, excluding parts of the Motion exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.3. 2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

## CERTIFICATE OF CONFERENCE

I certify that I conferred via email with counsel for Defendants-Appellants regarding the relief sought in this motion and they are unopposed.

                                              */s/ Zachary Dolling*
                                              Zachary Dolling

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024, I electronically filed this document with this Court using the CM/ECF system, which will provide notice of this filing to all registered CM/ECF users. I certify that counsel for the Plaintiffs-Appellees and Defendants-Appellants are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                              */s/ Zachary Dolling*
                                              Zachary Dolling