# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 14, 2024

Mr. John Matthew Gore
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

    No. 23-50885   USA v. Paxton
                   USDC No. 5:21-CV-844

Dear Mr. Gore,

Within 14 days, counsel must separately file a copy of the Record Excerpts in Portable Document Format (PDF) file, as required by 5th Cir. R. 30.1.2, by using the docket event "Record Excerpts Filed," which is found under the "Briefs" category. Failure to do so may result in the dismissal of the appeal.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Lisa E. Ferrara, Deputy Clerk
                             504-310-7675

cc:
    Ms. Alyssa G. Bernsein
    Ms. Tovah Calderon
    Mr. Dayton Campbell-Harris
    Mr. Louis Joseph Capozzi III
    Mr. Adriel I. Cepeda Derieux
    Mr. William Francis Cole
    Mr. Brian Dimmick
    Mr. Zachary Dolling
    Mr. Daniel Joshua Freeman
    Ms. Kathleen Theresa Hunker
    Ms. Kateland R. Jackson
    Mr. Ryan Glen Kercher
    Ms. Sophia Lin Lakin
    Mr. Jason Lee
    Mr. Christopher McGreal
    Mr. Aaron Lloyd Nielson
    Ms. Lanora Christine Pettit

Mr. Ryan Mackenzie Proctor
Mr. Ari J. Savitzky
Mr. Andre Segura
Mr. William D. Wassdorf
Mr. Coy Allen Westbrook