# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 20, 2024

Mr. John Matthew Gore
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

    No. 23-50885   USA v. Paxton
                       USDC No. 5:21-CV-844

Dear Mr. Gore,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

The caption on the brief does not match the Court's Official Caption as required by FED. R. APP. P. 32(a)(2)(C). See the Official Caption, below:

---

Case No. 23-50885

United States of America; OCA-Greater Houston, League of Women Voters of Texas; REVUP-Texas,

                Plaintiffs - Appellees

v.

Ken Paxton, Attorney General, State of Texas; Jane Nelson, in her official capacity as Texas Secretary of State; State of Texas; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee; National Republican Congressional Committee,

                Defendants - Appellants

Republican National Committee,

Movant - Appellant

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
    Ms. Alyssa G. Bernsein
    Ms. Tovah Calderon
    Mr. Dayton Campbell-Harris
    Mr. Louis Joseph Capozzi III
    Mr. Adriel I. Cepeda Derieux
    Mr. William Francis Cole
     Brian Dimmick
    Mr. Zachary Dolling
    Mr. Daniel Joshua Freeman
    Ms. Kathleen Theresa Hunker
    Ms. Kateland R. Jackson
    Mr. Ryan Glen Kercher
    Ms. Sophia Lin Lakin
    Mr. Jason Lee
    Mr. Christopher McGreal
    Mr. Aaron Lloyd Nielson
    Ms. Lanora Christine Pettit
    Mr. Ryan Mackenzie Proctor
    Mr. Ari J. Savitzky
    Mr. Andre Segura
    Mr. William D. Wassdorf
    Mr. Coy Allen Westbrook