No. 23-50885

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

UNITED STATES OF AMERICA; OCA-GREATER HOUSTON, LEAGUE OF
WOMEN VOTERS OF TEXAS; REVUP-TEXAS,

*Plaintiffs-Appellees,*

v.

KEN PAXTON, ATTORNEY GENERAL, STATE OF TEXAS; JANE NELSON, IN
HER OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE; STATE OF
TEXAS; REPUBLICAN NATIONAL COMMITTEE; DALLAS COUNTY
REPUBLICAN PARTY; HARRIS COUNTY REPUBLICAN PARTY; NATIONAL
REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN
CONGRESSIONAL COMMITTEE,

*Defendants-Appellants.*

_____

**On Appeal from the United States District Court for the Western
District of Texas, San Antonio Division**

_____

**RECORD EXCERPTS FOR INTERVENOR-APPELLANTS**

_____

John M. Gore
  *Counsel of Record*
E. Stewart Crosland
Louis J. Capozzi, III
JONES DAY
51 Louisiana Ave. NW
Washington, DC  20001
(202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

*Counsel for Intervenor-Appellants*

# TABLE OF CONTENTS

Docket Sheet (ROA.1-276) ............................................................................... Tab 1

Notice of Appeal (ROA.33297-33299) ...................................................... Tab 2

Challenged Order (ROA.33215-33267) ...................................................... Tab 3

TAB 1: DOCKET SHEET (ROA.1-276)



.

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR
# Internal Use Only

La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al
Assigned to: Judge Xavier Rodriguez
Case in other court: 5CCCA, 21-51145 (Doc. 123)
           5CCA, 22-50435 (Doc. 426)
           5CCA, 22-50732 (Doc. 451)
           5CCA, 22-50775 (Doc. 457)
           5CCA, 22-50777 (Doc. 458)
           5CCA, 22-50778 (Doc. 459)
           5CCA, 23-50201 (Doc. 567)
           5CCA, 23-50885 (Doc. 823)
           5CCA, 23-50887 (Doc. 827)
Cause: 42:1973 Voting Rights Act

Date Filed: 09/03/2021
Jury Demand: Both
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

| **La Union Del Pueblo Entero** | represented by | **Leah J. Tulin** |
|---|---|---|

Brennan Center for Justice at NYU School of Law
1140 Connecticut Avenue NW
Suite 1150
Washington, DC 20036
202-650-6397
Email: tulinl@brennan.law.nyu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
MALDEF [Mexican American Legal Defense & Educational Fund]
110 Broadway Street, #300
San Antonio, TX 78205
(210) 224-5476
Fax: 210/224-5382
Email: nperales@maldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, &
Jacobson LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email:
jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173

Email: kaparreno@gmail.com
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver &
Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver &
Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU
School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver &
Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email:
rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice

120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-
doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**    represented by    **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU
School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU
School of Law
120 Broadway, Suite 1750

New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-
beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: jasleen.singh@nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300
Email:
paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **The Anti-Defamation League Austin, Southwest, and Texoma** *TERMINATED: 03/06/2023* | represented by | **Megan Cloud** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Southwest Voter Registration Education Project**     represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                    represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*

*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Mexican American Bar Association of Texas** | represented by | **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |

**Fatima L Menendez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Hispanics Organized for Political Education**

represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**          represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                    represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**          represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mi Familia Vota**                    represented by **Amira Marcella Mattar**
Free Speech For People
1320 Centre St.
#405
Newton, MA 02459
206-619-6642
Email:
amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459

(617) 244-0234
Fax: (512) 628-0142
Email:
bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational
Fund, Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200
Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email:
chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational
Fund, Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234

Fax: (512) 628-0142
Email:
jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Stoel Rives LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
(801) 328-3131
Fax: (801) 578-6969
Email: marc.rasich@stoel.com
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                    represented by    **Amira Marcella Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**            represented by    **Amira Marcella Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Rutledge**　　　　　represented by **Amira Marcella Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**              represented by    **Georgina Yeomans**
*TERMINATED: 02/23/2022*                          Equal Employment Opportunity
                                                  Commission
                                                  131 M St. NE
                                                  Washington, DC 20002
                                                  202-921-2748
                                                  Email: georgina.yeomans@eeoc.gov
                                                  *TERMINATED: 02/23/2022*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Jennifer A. Holmes**
                                                  (See above for address)
                                                  *TERMINATED: 02/23/2022*
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Kathryn Sadasivan**
                                                  NAACP Legal Defense & Educational
                                                  Fund, Inc.
                                                  40 Rector Street, Fifth Floor
                                                  New York, NY 10006
                                                  (212) 965-2200
                                                  Fax: (212) 226-7592
                                                  Email: ksadasivan@naacpldf.org
                                                  *TERMINATED: 02/23/2022*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Keely Dulaney Pippin**
                                                  Reed Smith/Houston

1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP
811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational
Fund, Inc.
40 Rector Street, 5th Floor

New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**    represented by    **Breanna Della Williams**
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
601 S. Figueroa St., Ste 2130
Los Angeles, CA 90017
619-710-5862
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852

Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense & Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212)965-2200
Fax: (212)226-7592
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879

Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP
233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: mshowalter@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta
Sorority Inc.**                 represented by **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**              represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**          represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                represented by  **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia,
P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**

Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
956-579-9342
Email: erodriguezarmenta@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@elias.law
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Elias Law Group LLP
10 G Street Ne, Suite 600
Washington, DC 20002
202-968-4591
Email: jposimato@elias.law

*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice
AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-
aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law

*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email:
jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@elias.law
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                represented by   **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**    represented by **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**          represented by  **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**

(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**          represented by     **Adriel I. Cepeda-Derieux**
American Civil Liberties Union
Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900

Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**
American Civil Liberties Union
Foundation, Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union
Foundation
125 Broad Street, New York, New
York, 10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union
Foundation, Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
Keker, Van Nest & Peters LLP
450 Market Street Ste 2100
San Francisco, CA 94111
415-391-5400
Email: GWashington@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Texas Civil Rights Project
1412 Main Street
Suite 608
Dallas, TX 75202
972-333-9200 ext. 171
Fax: 972-957-7867
Email:
hani@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas School of Law

727 East Dean Keeton St.
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 x108
Fax: 512-474-0726
Email:
mimi@texascivilrightsproject.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303

Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
Texas Civil Rights Project
2911 N. Main Ave.
San Antonio, TX 78212
210-268-6286
Email:
ryan@texascivilrightsproject.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
Fax: (713) 942-8966
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union
Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**

American Civil Liberties Union
Foundation, Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email:

veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email:
zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union
Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email:
schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**League of Women Voters of Texas**    represented by    **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union
Foundation
Voting Rights Project
125 Broad Street, New York, New
York, 10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                    represented by   **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**      represented by      **Adriel I. Cepeda-Derieux**
*TERMINATED: 04/14/2022*                              (See above for address)
                                                       *TERMINATED: 04/14/2022*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Andre I. Segura**
                                                       (See above for address)
                                                       *TERMINATED: 04/14/2022*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ari Savitzky**
                                                       (See above for address)
                                                       *TERMINATED: 04/14/2022*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Hani Mirza**
                                                       (See above for address)
                                                       *TERMINATED: 04/14/2022*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lia Sifuentes Davis**
                                                       (See above for address)
                                                       *TERMINATED: 04/14/2022*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lucia Romano**
                                                       (See above for address)
                                                       *TERMINATED: 04/14/2022*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Mimi M.D. Marziani**
                                                       (See above for address)
                                                       *TERMINATED: 04/14/2022*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ryan V. Cox**
                                                       (See above for address)

*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **Workers Defense Action Fund**<br>*TERMINATED: 03/06/2023* | represented by | **Adriel I. Cepeda-Derieux**<br>(See above for address)<br>*TERMINATED: 03/06/2023* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**    represented by    **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th
Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division
150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**
*in his official capacity as*
*Govenor of Texas*

represented by **Christopher D. Hilton**
Office of the Attorney General of
Texas
P O Box 12548
Capital Station
Austin, TX 78701
512-463-2120
Fax: 512-320-0667
Email: chris@stonehilton.com
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Office of the Attorney General of
Texas

209 W. 14th St. Room 703i
Austin
Austin, TX 78701
(713) 638-7407
Email: jack.disorbo@oag.texas.gov
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email:
ethan.szumanski@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of
Texas
P.O. Box 12548 (MC 009)

Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548 Capitol Station
Austin, TX 78711
512-463-2120
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Texas Attorney General
P.O. Box 12548, Capitol Station (019)
Austin, TX 78711
(512) 475-4196
Email:
johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email:
kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Office of the Texas Attorney General
Special Litigation Unit
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266

Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of
Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139
Fax: 512-457-4110
Email:
Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose A. Esparza**
*in his official capacity as
Deputy Secretary of the
State of Texas*

represented by **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren K. Paxton**
*in his official capacity as*
*Attorney General of Texas*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**
*in her official capacity as Medina County Elections Administrator*

represented by **Chad Ennis**
Texas Secretary of State
1019 Brazos Street
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: CEnnis@sos.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Henneke**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: rhenneke@texaspolicy.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**                          represented by    **Angelica Lien Leo**
*in her Official Capacity as*                           Cooley LLP
*the El Paso County Elections*                          3175 Hanover Street
*Administrator*                                         Palo Alto, CA 94304
                                                        (650) 843-5075
                                                        Fax: (650) 849-7400
                                                        Email: aleo@cooley.com
                                                        *TERMINATED: 05/12/2022*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Beatriz Mejia**
                                                        Cooley LLP
                                                        3 Embarcadero Center 20th Floor
                                                        San Francisco, CA 94111
                                                        (415) 693-2000
                                                        Fax: (415) 693-2222
                                                        Email: mejiab@cooley.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Caroline A. Lebel**
                                                        Cooley LLP
                                                        3 Embarcadero Center 20th Floor
                                                        San Francisco, CA 94111
                                                        (415) 693-2000
                                                        Fax: (415) 693-2222
                                                        Email: clebel@cooley.com
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Christine Sun**
                                                        States United Democracy Center
                                                        3749 Buchanan St., No. 475165
                                                        San Francisco, CA 94147
                                                        (615) 574-9108
                                                        Fax: n/a
                                                        Email:
                                                        christine@statesuniteddemocracy.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David Louk**

Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
Cooley LLP
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA 90071
858-550-6196
Fax: 213-561-3244
Email: ghabell@cooley.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000

Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365,
#334
Austin, TX 78723
323-422-8578
Email:
ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center

86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email:
zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email:
marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email:
robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Harris County Republican Party** | represented by | **E. Stewart Crosland**<br>Jones Day<br>51 Louisiana Ave., Nw<br>Washington, DC 20001<br>202-879-3951<br>Email: scrosland@jonesday.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email:
stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: cetroberts@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Dallas County Republican Party** | represented by | **E. Stewart Crosland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Senatorial Committee** | represented by | **E. Stewart Crosland**<br>(See above for address)<br>*LEAD ATTORNEY* |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Congressional Committee** | represented by | **E. Stewart Crosland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Kim Ogg**<br>*Harris Count;y District Attorney* | represented by | **Eric J.R. Nichols**<br>Butler Snow LLP<br>1400 Lavaca Street, Suite 1000<br>Austin, TX 78701<br>737-802-1800 |

Fax: 737-802-1801
Email: Eric.Nichols@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karson Karl Thompson**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email:
karson.thompson@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria A. Giese**
Butler Snow LLP
1400 Lavaca Street Suite 1000
Austin, TX 78701
737-802-1800
Email: victoria.giese@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cory Ren Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701
737-802-1800
Email: cory.liu@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**
*Bexar County District
Attorney*

represented by **Larry L. Roberson**
Bexar County District Attorney's Office
101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office

Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
United States Attorney's Office
Civil Division
601 NW Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District
Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Garza**            represented by  **Anthony J. Nelson**
*Travis County District*                 Travis County Attorney's Office
*Attorney*                               314 West 11th Street
                                         Room 590
                                         Austin, TX 78701
                                         (512) 854-4801
                                         Fax: 512/854-4808
                                         Email: tony.nelson@traviscountytx.gov
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Amy Stoeckl Ybarra**
                                         Travis County Attorney's Office
                                         P.O. Box 1748
                                         Austin, TX 78767

(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email:
sameer.birring@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Creuzot**                    represented by  **Barbara S. Nicholas**
*Dallas County District*                            Assistant District Attorney
*Attorney*                                          Civil Division Administration Building,
                                                    5th Floor
                                                    500 Elm Street, Suite 6300
                                                    Dallas, TX 75202
                                                    (214) 653-6068
                                                    Fax: (214) 653-6134
                                                    Email:
                                                    barbara.nicholas@dallascounty.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Ben L Stool**
                                                    Criminal District Attorney's Office of
                                                    Dallas County, T
                                                    500 Elm Street
                                                    Suite 6300
                                                    Dallas, TX 75202
                                                    (214) 653-6234
                                                    Fax: (214) 653-6134
                                                    Email: ben.stool@dallascounty.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Ricardo Rodriguez, Jr.**          represented by  **Jacqueline Lysette Villarreal**
                                                    Hidalgo County District Attorney Office
                                                    Civil Litigation
                                                    100 E. Cano
                                                    Edinburg, TX 78539
                                                    956-292-7609
                                                    Email:

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County District Attorney*

represented by **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street, Suite 200
Ste 503
El Paso, TX 79912
915-273-3247
Email: ian.kaplan@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official Capacity*

represented by **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email:

sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email:
tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

## Defendant

| | | |
|---|---|---|
| **Dyana Limon-Mercado** | represented by | **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

## Consol Defendant

| | | |
|---|---|---|
| **Isabel Longoria**
*Harris County Elections Administrator* | represented by | **Christina Marie Beeler**
Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email:
christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor

Houston, TX 77002
(713) 274-5102
Fax: (713) 755-8924
Email:
jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Consol Defendant

**Jacque Callanen**
*In her Official Capacity as
Elections Administrator of
Bexar County*

represented by **Larry L. Roberson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Consol Defendant

**Yvonne Ramon**
*in her Official Capacity as
the Hidalgo County Elections
Administrator*

represented by **Josephine L. Ramirez**
Hidalgo County District Attorney's
Office
100 E. Cano, First Floor
Edinburg, TX 78539
956-292-7609
Fax: 956-292-7619

Email:
josephine.ramirez@da.co.hidalgo.tx.us
*TERMINATED: 03/02/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leigh Ann Tognetti**
Hidalgo County Criminal District
Attorney
100 E Cano
Edinburg, TX 78539
9562927600
Email:
leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District
Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email:
victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **Michael Scarpello**<br>*in his Official Capacity as the*<br>*Dallas County Elections*<br>*Administrator* | represented by | **Barbara S. Nicholas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Ben L Stool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl S. Nesbitt**
Rogge Dunn Group
500 N. Akard Street
Suite 1900
Dallas, TX 75201
214-888-5000
Email: nesbitt@RoggeDunnGroup.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**STATE OF TEXAS**                represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **Jane Nelson**<br>*in her official capacity as*<br>*Texas Secretary of State* | represented by | **Christopher D. Hilton**<br>(See above for address)<br>*TERMINATED: 01/30/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)

*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**
*in her Official Capacity as
the Travis County Clerk*

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie W. Dippel**
Travis County Attorney's Office
P.O. Box 1748
314 W. 11th Street
Room 500
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email:

leslie.dippel@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick T. Pope**
Travis County Attorney
Civil Litigation Division
PO BOX 1748
Austin, TX 78767
512-854-9523
Fax: 512-854-4808
Email:
patrick.pope@traviscountytx.gov
*TERMINATED: 08/07/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherine Elizabeth Thomas**
Assistant County Attorney
Travis County, Texas
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email:
sherine@sherinethomaslaw.com
*TERMINATED: 02/10/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government Accountability**   represented by **Donna Garcia Davidson**
PO Box 12131
Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

<u>**Amicus**</u>

**Young Black Lawyers'**              represented by  **Veronica Smith Moye**
**Organizing Coalition**                                   King & Spalding LLP
                                                           1185 Avenue of the Americas
                                                           34th Floor
                                                           New York, NY 10036
                                                           713-276-7398
                                                           Fax: 212-556-2222
                                                           Email: vmoye@kslaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Lawyers Democracy Fund**     represented by  **Eric Wang**
                                               The Gober Group
                                               1501 Wilson Blvd. Suite 1050
                                               Arlington, VA 22209
                                               202-417-3528
                                               Email: ew@gobergroup.com
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Republican National**          represented by  **John M. Gore**
**Committee**                                     (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Louis J. Capozzi , III**
                                                  Jones Day
                                                  51 Louisiana Ave., Nw
                                                  Washington, DC 20001
                                                  717-802-2077
                                                  Email: lcapozzi@jonesday.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT |

| | | |
|---|---|---|
| | | Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association |

| | | |
|---|---|---|
| | | of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican |

| | | |
|---|---|---|
| | | American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | | (Court only) ***Attorney Julia Renee Longoria for Fiel Houston, Inc.,Julia Renee Longoria for JOLT Action,Julia Renee Longoria for La Union Del Pueblo Entero,Julia Renee Longoria for Mexican American Bar Association of Texas,Julia Renee Longoria for Southwest Voter Registration Education Project,Julia Renee Longoria for Texas Hispanics Organized for Political Education,Julia Renee Longoria for William C. Velasquez Institute added. (rg) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde, Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |

| | | |
|---|---|---|
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |

| 09/22/2021 | | (Court only) ***Attorney Robert E Henneke,Chad Ennis for Lupe C. Torres added. (rg) (Entered: 09/23/2021) |
|---|---|---|
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 35 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative |

| | | |
|---|---|---|
| | | Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | (Court only) ***Attorney Wendy J. Olson for Marla Lopez,Wendy J. Olson for Marlon Lopez,Wendy J. Olson for Mi Familia Vota,Wendy J. Olson for Paul Rutledge added. (rg) (Entered: 10/07/2021) |
| 10/06/2021 | | (Court only) ***Attorney Marc T. Rasich for Marla Lopez,Marc T. Rasich for Marlon Lopez,Marc T. Rasich for Mi Familia Vota,Marc T. Rasich for Paul Rutledge added. (rg) (Entered: 10/07/2021) |
| 10/06/2021 | | (Court only) ***Attorney Laura E. Rosenbaum for Marla Lopez,Laura E. Rosenbaum for Marlon Lopez,Laura E. Rosenbaum for Mi Familia Vota,Laura E. Rosenbaum for Paul Rutledge added. (rg) (Entered: 10/07/2021) |
| 10/06/2021 | | (Court only) ***Attorney Elijah M. Watkins for Marla Lopez,Elijah M. Watkins for Marlon Lopez,Elijah M. Watkins for Mi Familia Vota,Elijah M. Watkins for Paul Rutledge added. (rg) (Entered: 10/07/2021) |
| 10/06/2021 | | (Court only) ***Attorney John Bonifaz for Marla Lopez,John Bonifaz for Marlon Lopez,John Bonifaz for Mi Familia Vota,John Bonifaz for Paul Rutledge added. (rg) (Entered: 10/07/2021) |
| 10/06/2021 | | (Court only) ***Attorney Jasleen K. Singh for Friendship-West Baptist Church,Jasleen K. Singh for James Lewin,Jasleen K. Singh for Isabel Longoria,Jasleen K. Singh for Texas Impact,Jasleen K. Singh for The Anti-Defamation League Austin, Southwest, and Texoma added. (rg) (Entered: 10/07/2021) |

| | | |
|---|---|---|
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | | (Court only) ***Attorney Ben Clements for Marla Lopez,Ben Clements for Marlon Lopez,Ben Clements for Mi Familia Vota,Ben Clements for Paul Rutledge added. (rg) (Entered: 10/07/2021) |
| 10/07/2021 | | (Court only) ***Attorney Ronald A. Fein for Marla Lopez,Ronald A. Fein for Marlon Lopez,Ronald A. Fein for Mi Familia Vota,Ronald A. Fein for Paul Rutledge added. (rg) (Entered: 10/07/2021) |
| 10/07/2021 | | (Court only) ***Attorney Courtney M. Hostetler for Marla Lopez,Courtney M. Hostetler for Marlon Lopez,Courtney M. Hostetler for Mi Familia Vota,Courtney M. Hostetler for Paul Rutledge added. (rg) (Entered: 10/07/2021) |
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |
| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, |

| | | |
|---|---|---|
| | | William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |

| | | |
|---|---|---|
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | (Court only) *** Attorney Jessica M. Choi terminated. (rg) (Entered: 10/22/2021) |
| 10/22/2021 | | (Court only) ***Attorney Graham White for LULAC Texas,Graham White for Texas AFT,Graham White for Texas Alliance for Retired Americans,Graham White for Vote Latino added. (rg) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit) (Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd)by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed |

| | | |
|---|---|---|
| | | Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello. (Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir. (Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |

| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
|---|---|---|
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |

| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
|---|---|---|
| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen. (Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order) (Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and |

| | | |
|---|---|---|
| | | Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | | (Court only) ***Attorney Ari Savitzky for OCA-Greater Houston added. (rg) (Entered: 11/08/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |

| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
|---|---|---|
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | | (Court only) ***Attorney Ari Savitzky for League of Women Voters of Texas,Ari Savitzky for REVUP-Texas,Ari Savitzky for Texas Organizing Project,Ari Savitzky for Workers Defense Action Fund added. (tr) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | | (Court only) ***Attorney Patrick Stegemoeller for OCA-Greater Houston added. (mgr) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |

| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
|---|---|---|
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A) (Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |
| 11/15/2021 | 107 | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 108 | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # 1 Exhibit)(Birring, Sameer) (Entered: |

| | | 11/15/2021) |
|---|---|---|
| 11/15/2021 | 109 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 110 | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 111 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 112 | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 113 | NOTICE *of Joinder* by Republican National Committee re 57 Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 114 | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING 109 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | 115 | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | 116 | APPENDIX to 112 Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Legislative History: SB 7, Legislative Session 87(R), # 2 Legislative History: |

| | | |
|---|---|---|
| | | SB 1, Legislative Session 87, 1st Special Session, # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # 5 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 117 | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # 2 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VI), # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 118 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | 119 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | | (Court only) ***Attorney Jason S. Kanterman for Fiel Houston, Inc.,Jason S. Kanterman for JOLT Action,Jason S. Kanterman for La Union Del Pueblo Entero,Jason S. Kanterman for Mexican American Bar Association of Texas,Jason S. Kanterman for Southwest Voter Registration Education Project,Jason S. Kanterman for Texas Hispanics Organized for Political Education,Jason S. Kanterman for William C. Velasquez Institute added. (rg) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 78 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 76 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 77 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative |

| | | |
|---|---|---|
| | | Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING 89 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion 76 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING 71 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING 72 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | (Court only) ***Attorney Stewart Whitson for Foundation for Government Accountability added. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | | (Court only) ***Attorney Chase Martin for Foundation for Government Accountability added. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |

| | | |
|---|---|---|
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties |

| | | |
|---|---|---|
| | | not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order) (Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. |

| | | There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
|---|---|---|
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |
| 12/01/2021 | 137 | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. (Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | 138 | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # 1 Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | 139 | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | 140 | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/01/2021 | | (Court only) ***Attorney Kevin Zhen for Fiel Houston, Inc.,Kevin Zhen for JOLT Action,Kevin Zhen for La Union Del Pueblo Entero,Kevin Zhen for Mexican American Bar Association of Texas,Kevin Zhen for Southwest Voter Registration Education Project,Kevin Zhen for Texas Hispanics Organized for Political Education,Kevin Zhen for William C. Velasquez Institute added. (rg) (Entered: 12/02/2021) |

| | | |
|---|---|---|
| 12/02/2021 | 141 | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # 1 Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 53 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 54 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 55 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 64 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 67 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 68 Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/06/2021 | | (Court only) USCA Case Number 21-51145 (Doc. 123) for 123 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County |

| | | Republican Party, Republican National Committee, National Republican Senatorial Committee. (dtg) (Entered: 12/06/2021) |
|---|---|---|
| 12/08/2021 | 142 | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |

| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise. (Armon, Orion) (Entered: 12/15/2021) |
|---|---|---|
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise. (Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | ANSWER to 139 Amended Complaint, by Isabel Longoria. (Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria. (Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: |

| | | 12/22/2021) |
|---|---|---|
| 12/22/2021 | | (Court only) ***Attorney Noah B. Baron for LULAC Texas, Texas AFT, Texas Alliance, and Vote Latino added. (bc) (Entered: 12/27/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING 163 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 12/30/2021 | | (Court only) ***Attorney Marcos Mocine-Mcqueen for LULAC Texas,Marcos Mocine-Mcqueen for Texas AFT,Marcos Mocine-Mcqueen for Texas Alliance for Retired Americans,Marcos Mocine-Mcqueen for Vote Latino added. (rg) (Entered: 01/03/2022) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order) (rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) |

| | | |
|---|---|---|
| | | (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/04/2022 | | (Court only) ***Attorney Haley Costello Essig for LULAC Texas,Haley Costello Essig for Texas AFT,Haley Costello Essig for Texas Alliance for Retired Americans,Haley Costello Essig for Vote Latino added. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. |

| | | Paxton, John Scott. (Attachments: # 1 Proposed Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript) (Sweeten, Patrick) (Entered: 01/05/2022) |
|---|---|---|
| 01/06/2022 | 179 | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING 178 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | 180 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | 182 | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | 181 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING 180 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | | (Court only) ***Attorney Michael B. Jones for LULAC Texas,Michael B. Jones for Texas AFT,Michael B. Jones for Texas |

| | | |
|---|---|---|
| | | Alliance for Retired Americans,Michael B. Jones for Vote Latino added. (rg) (Entered: 01/10/2022) |
| 01/10/2022 | 183 | Response in Opposition to Motion, filed by United States Of America, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING 172 Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | 184 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING 184 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney *,Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | | (Court only) ***Attorney Sarah Xiyi Chen for OCA-Greater Houston added. (rg) (Entered: 01/12/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. |

| | | |
|---|---|---|
| | | There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order) (Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order) (Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |

| | | |
|---|---|---|
| 01/12/2022 | | (Court only) *** Attorney Lora Spencer terminated. (rg) (Entered: 01/13/2022) |
| 01/12/2022 | | (Court only) ***Attorney David Louk for Lisa Wise added. (rg) (Entered: 01/13/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If |

| | | |
|---|---|---|
| | | redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: 01/18/2022) |
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of |

| | | |
|---|---|---|
| | | Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/21/2022 | 201 | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | 202 | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | 203 | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # 1 Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | 204 | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education |

| | | |
|---|---|---|
| | | Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A (Proposed Second Amended Complaint), # 2 Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | 205 | MOTION to Compel *Production* by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4) (Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | 206 | Unopposed MOTION for Extension of Time to File Response/Reply as to 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING 204 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 208 | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING 176 Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 209 | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING 177 Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint 207 entered |

| | | |
|---|---|---|
| | | by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order) (White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 Amended Complaint, 208 Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |

| 01/27/2022 | 213 | MOTION to Withdraw as Attorney - *Christopher Bell,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
|---|---|---|
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | | (Court only) *** Attorney Christopher H. Bell terminated. (wg) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria. (Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir. (Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | | (Court only) *** Attorney Zack Goldberg terminated. (rg) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria. (Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir. (Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |

| | | |
|---|---|---|
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order) (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of |

| | | |
|---|---|---|
| | | Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/04/2022 | | (Court only) ***Attorney Robert Cotter for Lisa Wise added. (rg) (Entered: 02/07/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |

| 02/08/2022 | 240 | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
|---|---|---|
| 02/08/2022 | 241 | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | 242 | *Defendant Lisa Wise's* ANSWER to 208 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | 243 | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 244 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | 245 | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | 246 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | 247 | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # 2 Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # 3 Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # 4 Exhibit D- 211117 LUPE Transcript of Status Conference, # 5 Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 248 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority |

| | | |
|---|---|---|
| | | Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | | (Court only) ***Attorney Jack Buckley Disorbo for Gregory W. Abbott added. (rg) (Entered: 02/10/2022) |
| 02/10/2022 | 251 | STIPULATED ORDER 241 regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | 249 | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | 250 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Exhibit A - Additional Bar Admission Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | (Court only) ***Attorney Liliana Zaragoza for Houston Justice added. (rg) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in* |

| | | |
|---|---|---|
| | | *Texas* (along with six other states), the Court concludes that YBLOC has a "special interest that justifies [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/14/2022 | | (Court only) ***Attorney Liliana Zaragoza,Mohammed A. Badat for Jeffrey Lamar Clemmons,Liliana Zaragoza,Mohammed A. Badat for Delta Sigma Theta Sorority Inc.,Liliana Zaragoza,Mohammed A. Badat for Houston Area Urban League,Liliana Zaragoza,Mohammed A. Badat for The Arc of Texas added. (rg) (Entered: 03/24/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199* ) (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg,* |

| | | |
|---|---|---|
| | | *in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |

| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
|---|---|---|
| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | (Court only) *** Party Houston Justice terminated. Attorney Jennifer A. Holmes; Georgina Yeomans; Mohammed A. Badat and Kenneth E. Broughton, Jr terminated. (rg) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |

| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
|---|---|---|
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | | (Court only) *** Attorney Robert D. Green terminated. (rg) (Entered: 02/24/2022) |
| 02/23/2022 | | (Court only) ***Attorney Lisa V. Cubriel for Jacque Callanen,Lisa V. Cubriel for Joe Gonzales added. (rg) (Entered: 02/24/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |
| 02/24/2022 | 283 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING 283 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/24/2022 | | (Court only) ***Attorney Ciara A. Sisco for Houston Area Urban League added. (rg) (Entered: 02/25/2022) |

| 02/25/2022 | 284 | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| --- | --- | --- |
| 02/25/2022 | 285 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | 286 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 285 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | 287 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | 288 | Unopposed MOTION for Extension of Time to File Response/Reply as to 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 289 | Unopposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |

| | | |
|---|---|---|
| 02/25/2022 | 290 | Unopposed MOTION for Extension of Time to File Response/Reply as to 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March |

| | | |
|---|---|---|
| | | 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | 294 | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | 295 | NOTICE of Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | 296 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | 297 | NOTICE of Plaintiffs' Expert Designation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | 298 | Pretrial Disclosures Defendant Lisa Wise's Designation of Potential Testifying Experts by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | 299 | NOTICE of Mi Familia Vota Plaintiffs' Expert Designations by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | 300 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 240 MOTION to Dismiss the OCA-Greater Houston Plaintiffs' Second Amended Complaint filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |

| | | |
|---|---|---|
| 03/01/2022 | 301 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | 302 | Response in Opposition to Motion, filed by Lisa Wise, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | 303 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 304 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 305 | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | 306 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
| 03/04/2022 | 307 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |

| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| --- | --- | --- |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |

| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
|---|---|---|
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This |

| | | |
|---|---|---|
| | | is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | | (Court only) ***Attorney Brian Dimmick for OCA-Greater Houston added. (rg) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/11/2022 | 320 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | 321 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 317 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint 199 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 319 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 320 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 321 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston |

| | | |
|---|---|---|
| | | Plaintiffs' Second Amended Complaint 200 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | 322 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | 323 | Second MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | 324 | Second MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 323 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was |

| | | |
|---|---|---|
| | | returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs*. Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | | (Court only) ***Attorney Michael J. Garza for Ricardo Rodriguez, Jr. added. (rg) (Entered: 03/17/2022) |
| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/17/2022) |
| 03/17/2022 | | (Court only) ***Attorney Marina Eisner for Lisa Wise added. (rg) (Entered: 03/21/2022) |

| | | |
|---|---|---|
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our |

| | | |
|---|---|---|
| | | Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | (Court only) ***Attorney Mark L. Bieter for Marla Lopez,Mark L. Bieter for Marlon Lopez,Mark L. Bieter for Mi Familia Vota,Mark L. Bieter for Paul Rutledge added. (rg) (Entered: 03/22/2022) |
| 03/22/2022 | | (Court only) ***Attorney Bradley R. Prowant for Marla Lopez,Bradley R. Prowant for Marlon Lopez,Bradley R. Prowant for Mi Familia Vota,Bradley R. Prowant for Paul Rutledge added. (rg) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |
| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education |

| | | |
|---|---|---|
| | | Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order |

| | | |
|---|---|---|
| | | Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | (Court only) *** Attorney Kathryn E. Yukevich terminated. (rg) (Entered: 04/04/2022) |
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/05/2022 | | (Court only) ***Attorney Christopher Dooley Dodge for LULAC Texas,Christopher Dooley Dodge for Texas AFT,Christopher Dooley Dodge for Texas Alliance for Retired Americans,Christopher Dooley Dodge for Vote Latino added. (rg) (Entered: 04/07/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren |

| | | |
|---|---|---|
| | | K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 04/07/2022) |
| 04/07/2022 | 356 | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | 357 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | 358 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | 359 | RESPONSE *State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING 357 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |

| 04/11/2022 | | (Court only) ***Attorney Sophia Cai for OCA-Greater Houston added. (rg) (Entered: 04/11/2022) |
|---|---|---|
| 04/11/2022 | | Text Order GRANTING 356 Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | 360 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | 361 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | 362 | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |
| 04/13/2022 | 363 | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | 364 | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater |

| | | |
|---|---|---|
| | | Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 3.21.22 Email, # 2 Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING 366 Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | | (Court only) *** Party Texas Organizing Project terminated. Attorney Ryan V. Cox; Lia Sifuentes Davis; Zachary Dolling; Ashley Alcantara Harris; Savannah Kumar; Sophia Lin Lakin; Mimi M.D. Marziani; Hani Mirza; Samantha Osaki; Lucia Romano Ostrom; Ari Savitzky; Andre I. Segura; Lisa A. Snead; Thomas Paul Buser-Clancy and Adriel Cepeda-Derieux terminated. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, |

| | | |
|---|---|---|
| | | Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.) (rg) (Entered: 04/19/2022) |
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures) (Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order) (Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | | (Court only) *** Attorney Marc T. Rasich terminated. (rg) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in |

| | | this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
|---|---|---|
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/19/2022 | | (Court only) ***Attorney Victor Genecin for Fiel Houston, Inc.,Victor Genecin for Friendship-West Baptist Church,Victor Genecin for JOLT Action,Victor Genecin for James Lewin,Victor Genecin for La Union Del Pueblo Entero,Victor Genecin for Marla Lopez,Victor Genecin for Marlon Lopez,Victor Genecin for Mexican American Bar Association of Texas,Victor Genecin for Mi Familia Vota,Victor Genecin for Paul Rutledge,Victor Genecin for Southwest Voter Registration Education Project,Victor Genecin for Texas Hispanics Organized for Political Education,Victor Genecin for The Anti-Defamation League Austin, Southwest, and Texoma,Victor Genecin for William C. Velasquez Institute added. (rg) (Entered: 04/20/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no |

| | | |
|---|---|---|
| | | document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | 388 | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | 389 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 04/29/2022 | | (Court only) *** Attorney Jeffrey Michael White terminated. (rg) (Entered: 05/02/2022) |
| 05/02/2022 | 390 | ORDER GRANTING IN PART AND DENYING IN PART 334 Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | 391 | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order) (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | 392 | APPENDIX to 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |

| 05/04/2022 | 393 | ORDER Setting Hearing on 391 MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |
|---|---|---|
| 05/04/2022 | 394 | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # 1 Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | 395 | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | 396 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | 397 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # 1 Exhibit Email of 02.24.2022, # 2 Exhibit Email of 03.14.2022, # 3 Exhibit Deposition subpoenas, # 4 Exhibit Email of 03.29.2022, # 5 Exhibit Written discovery to LULAC Plaintiffs, # 6 Exhibit Letter of 04.15.2022, # 7 Exhibit Declaration of Senator Bryan Hughes, # 8 Exhibit Declaration of Senator Paul Bettencourt, # 9 Exhibit Declaration of Representative Andrew Murr, # 10 Exhibit Declaration of Representative Briscoe Cain, # 11 Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | 398 | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | 399 | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # 1 Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | 400 | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest |

| | | |
|---|---|---|
| | | Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |
| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/12/2022 | | (Court only) *** Attorney Angelica Lien Leo terminated. (rg) (Entered: 05/13/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th |

| | | |
|---|---|---|
| | | Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE of Filing Exhibits 1 - 8 by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 |

| | | |
|---|---|---|
| | | Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants*' by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | | (Court only) *** Attorney Domingo A. Garcia terminated. (rg) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial |

| | | |
|---|---|---|
| | | Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |
| 05/18/2022 | 414 | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING 414 Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | 416 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 417 | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re 397 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 418 | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | 419 | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | 420 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542- |

| | | |
|---|---|---|
| | | 16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING 420 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | 421 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING 421 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |

| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| --- | --- | --- |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |
| 05/31/2022 | 429 | ORDER GRANTING 428 Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | 430 | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, |

| | | |
|---|---|---|
| | | National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 05/31/2022 | | (Court only) *** Attorney Liliana Zaragoza terminated. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | | (Court only) ***Attorney Charles E.T. Roberts for Dallas County Republican Party,Charles E.T. Roberts for Harris County Republican Party,Charles E.T. Roberts for National Republican Congressional Committee,Charles E.T. Roberts for National Republican Senatorial Committee added. (rg) (Entered: 05/31/2022) |
| 06/01/2022 | 431 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/02/2022 | | (Court only) USCA Case Number 22-50435 (Doc. 31) for 31 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes. (dtg)***Modified TEXT TO REFLECT CORRECT USCA # FROM 22-50436 TO 22-50435 on 6/2/2022 (dtg).*** (Entered: 06/02/2022) |
| 06/03/2022 | 432 | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING 432 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | | (Court only) *** Attorney Christina Marie Beeler terminated. (rg) (Entered: 06/06/2022) |
| 06/06/2022 | 434 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF |

| | | |
|---|---|---|
| | | TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 | ANSWER to 131 Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | | (Court only) *** Attorney Haley Costello Essig terminated. (rg) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice |

| | | |
|---|---|---|
| | | (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 06/30/2022 | | (Court only) ***Attorney Daniela Lorenzo for LULAC Texas,Daniela Lorenzo for Texas AFT,Daniela Lorenzo for Texas Alliance for Retired Americans,Daniela Lorenzo for Voto Latino added. (rg) (Entered: 07/01/2022) |
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/07/2022 | | (Court only) ***Attorney Jasmine M. Johnson for Fiel Houston, Inc.,Jasmine M. Johnson for JOLT Action,Jasmine M. Johnson for La Union Del Pueblo Entero,Jasmine M. Johnson for Mexican American Bar Association of Texas,Jasmine M. Johnson for Southwest Voter Registration Education Project,Jasmine M. Johnson for Texas Hispanics Organized for Political Education,Jasmine M. Johnson for William C. Velasquez Institute added. (rg) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |

| 07/11/2022 | | (Court only) ***Attorney James A. Rodman for LULAC Texas,James A. Rodman for Texas Alliance for Retired Americans,James A. Rodman for Voto Latino added. (rg) (Entered: 07/12/2022) |
|---|---|---|
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 07/18/2022 | | (Court only) *** Attorney Lia Sifuentes Davis terminated. (rg) (Entered: 07/19/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense |

| | | Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
|---|---|---|
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | (Court only) USCA Case Number 22-50732 (Doc. 451) for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg. (dtg) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |

| 08/19/2022 | | (Court only) *** Attorney Jonathan Patrick Hawley terminated. (rg) (Entered: 08/19/2022) |
|---|---|---|
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/26/2022 | | (Court only) *** Attorney Jack Buckley Disorbo terminated. (rg) (Entered: 10/07/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |

| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| --- | --- | --- |
| 09/06/2022 | | (Court only) *** Attorney John Russell Hardin terminated. (rg) (Entered: 09/07/2022) |
| 09/09/2022 | | (Court only) USCA Case Number 22-50775 (Doc. 457) for 457 Notice of Appeal - Interlocutory, filed by John Scott, Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS. (dtg) (Entered: 09/09/2022) |
| 09/09/2022 | | (Court only) USCA Case Number 22-50777 (Doc. 458) for 458 Notice of Appeal - Interlocutory, filed by John Scott, Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS. (dtg) (Entered: 09/09/2022) |
| 09/09/2022 | | (Court only) USCA Case Number 22-50778 (Doc. 459) for 459 Notice of Appeal - Interlocutory, filed by John Scott, Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS. (dtg) (Entered: 09/09/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary |

| | | |
|---|---|---|
| | | adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney *Georgina C. Yeomans* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/11/2022 | | (Court only) *** Attorney Georgina Yeomans terminated. (rg) (Entered: 10/12/2022) |

| | | |
|---|---|---|
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |

| 10/31/2022 | 472 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | 473 | ORDER SETTING MOTION HEARING re 469 Opposed MOTION to Compel 471 MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | 474 | RESPONSE to Motion, filed by United States Of America, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | 475 | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and* |

| | | |
|---|---|---|
| | | *Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | 476 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed |

| | | |
|---|---|---|
| | | MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/16/2022 | | (Court only) *** Attorney Ryan V. Cox and Mimi M.D. Marziani terminated. (rg) (Entered: 11/16/2022) |
| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # |

| | | |
|---|---|---|
| | | 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P) (Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order) (Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, |

| | | |
|---|---|---|
| | | and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/05/2022) |
| 12/05/2022 | | (Court only) *** Attorney Patrick K. Sweeten terminated. (wg) (Entered: 12/06/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel) (Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/08/2022 | | (Court only) *** Attorney Matthew Berde terminated. (rg) (Entered: 12/09/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order) (Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. |

| | | |
|---|---|---|
| | | (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | 494 | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING 494 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 12/21/2022 | | (Court only) *** Attorney Danielle V. Ahlrich terminated. (nm) (Entered: 12/22/2022) |
| 01/03/2023 | 495 | ORDER re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order) (Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | 498 | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 499 | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 500 | RESPONSE to Motion, filed by Kim Ogg, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and* |

| | | |
|---|---|---|
| | | *Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | (Court only) *** Attorney Graham White, Sophia Cai, and Urja Mittal terminated. (bc) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |
| 01/10/2023 | 501 | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party |

| | | STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
|---|---|---|
| 01/11/2023 | 502 | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | 503 | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | 504 | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | 505 | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | 506 | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | 507 | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | 508 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | 509 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING 508 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING 509 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the |

| | | |
|---|---|---|
| | | attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | (Court only) ***Attorney Alyssa G. Bernstein and Gregory D. Washington for OCA-Greater Houston added. (bc) (Entered: 01/13/2023) |
| 01/16/2023 | 517 | Letter of transmittal from USCA received for 457 , 458 , 459 , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | 510 | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order) (Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within |

| | | |
|---|---|---|
| | | 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |
| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | | (Court only) *** Attorney Sherine Elizabeth Thomas terminated. (bc) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area |

| | | Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
|---|---|---|
| 02/10/2023 | 523 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | 524 | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING 521 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | | (Court only) ***Motions terminated:***NOT A MOTION-SUPPLEMENT TO 516 *** 522 MOTION to supplement re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations* MOTION to Appoint Expert filed by Houston Area Urban League. (nm) (Entered: 02/13/2023) |
| 02/13/2023 | | (Court only) *** Attorney William Thomas Thompson terminated. (nm) (Entered: 02/13/2023) |
| 02/13/2023 | 525 | Letter of transmittal from USCA received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | 526 | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | 527 | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher |

| | | D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |
|---|---|---|
| 02/15/2023 | 528 | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | 529 | Letter of transmittal from USCA received for 457 158 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING 526 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | (Court only) *** Attorney R. Gary Spencer terminated. (bc) (Entered: 02/17/2023) |
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP |

| | | |
|---|---|---|
| | | 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the |

| | | |
|---|---|---|
| | | attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | (Court only) ***Attorney Breanna Williams for Houston Area Urban League,Louis J. Capozzi for Republican National Committee added. (bc) (Entered: 02/24/2023) |
| 02/24/2023 | 536 | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National |

| | | |
|---|---|---|
| | | Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L) (Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |

| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
|---|---|---|
| 03/06/2023 | | (Court only) *** Party Workers Defense Action Fund terminated. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | | (Court only) *** Party The Anti-Defamation League Austin, Southwest, and Texoma terminated. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for |

| | | |
|---|---|---|
| | | Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection |

| | | |
|---|---|---|
| | | with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |
| 03/20/2023 | 567 | Appeal of Order entered by District Judge 561 by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to 561 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |

| | | |
|---|---|---|
| 03/20/2023 | 568 | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | 569 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 568 Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 569 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | | (Court only) USCA Case Number 23-50201 (Doc. 567) for 567 Notice of Appeal - Interlocutory. (dtg) (Entered: 03/23/2023) |
| 03/23/2023 | 570 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for 567 Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | 571 | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # 1 Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | 572 | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |

| 03/24/2023 | 573 | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
|---|---|---|
| 03/27/2023 | 574 | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | 575 | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING 574 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING 575 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/27/2023 | | (Court only) ***Attorney Marisa O'Gara and Omeed Alersool for LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino added. (bc) (Entered: 03/27/2023) |
| 03/28/2023 | 576 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders*. (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | 577 | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # 1 Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | 578 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC- |

| | | |
|---|---|---|
| | | 17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | 579 | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 577 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 578 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | (Court only) *** Attorney Laura Brady Bender terminated. (mgr) (Entered: 04/02/2023) |
| 04/07/2023 | 581 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |

| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
|---|---|---|
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | | (Court only) *** Attorney Sameer Singh Birring terminated. (nm) (Entered: 04/13/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/14/2023 | | (Court only) *** Attorney J. Aaron Barnes terminated. (nm) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of |

| | | |
|---|---|---|
| | | a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order) (Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/24/2023 | | (Court only) *** Attorney Lisa A. Snead terminated. (nm) (Entered: 04/25/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) |

| | | |
|---|---|---|
| | | (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. |

| | | Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
|---|---|---|
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/09/2023 | | (Court only) ***Attorney Ian Russell Kaplan for Yvonne Rosales added., *** Attorney Rogelio C. Rodriguez terminated. (nm) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/17/2023 | | (Court only) *** Attorney David Louk terminated. (nm) (Entered: 05/18/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court |

| | | Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
|---|---|---|
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |
| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |

| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes) (Perales, Nina) (Entered: 05/24/2023) |
|---|---|---|
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff'smotion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE *of Joinder* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment *on All Claims* by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix A-KK, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 Brief Amicus brief, # 2 Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober *for Eric Wang* ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our |

| | | |
|---|---|---|
| | | Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas |

| | | |
|---|---|---|
| | | Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within |

| | | |
|---|---|---|
| | | 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 |

| | | |
|---|---|---|
| | | Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 |

| | | |
|---|---|---|
| | | MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2) (Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 |

| | | Proposed Order Proposed order granting motion to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
|---|---|---|
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts |

| | | |
|---|---|---|
| | | from Tatum_005332), # 22 Exhibit U - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm Deposition dated April 22, 2022, # 7 Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # 21 Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |

| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Entered: 06/24/2023) |
|---|---|---|
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Entered: 06/24/2023) |
| 06/25/2023 | 647 | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |

| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
|---|---|---|
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS |

| | | |
|---|---|---|
| | | and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |
| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order) (Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court |

| | | |
|---|---|---|
| | | is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(tm2) (Entered: 07/13/2023) |
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of |

| | | |
|---|---|---|
| | | Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 667 | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 668 | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 669 | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 670 | REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff |

| | | |
|---|---|---|
| | | United States Of America *(Corrected)* (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | 671 | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | 672 | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING 672 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel 630 is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/17/2023) |
| 07/19/2023 | 673 | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING 673 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | 674 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630).* (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 |

| | | |
|---|---|---|
| | | Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/19/2023 | | (Court only) *** Attorney Stephen J. Kenny terminated. (wg) (Entered: 07/21/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, |

| | | |
|---|---|---|
| | | JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A) (Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. |

| | | (wg) (Entered: 08/01/2023) |
|---|---|---|
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | | (Court only) *** Attorney Patrick T. Pope terminated. (tm2) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims.* (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, |

| | | |
|---|---|---|
| | | William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | | (Court only) *** Attorney Kevin Zhen terminated. (wg) (Entered: 08/10/2023) |
| 08/10/2023 | 703 | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # 1 Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | 704 | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | 705 | Response in Opposition to Motion, filed by Kim Ogg, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | 706 | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation.* (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 707 | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | 708 | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | 709 | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican |

| | | Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
|---|---|---|
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re 707 Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | 710 | RESPONSE to 686 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 714 | RESPONSE to 684 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE *and Objections to Pretrial Disclosures* by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE *to Pretrial Disclosures* to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | 717 | RESPONSE *and Objections to Pretrial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to |

| | | |
|---|---|---|
| | | Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |
| 08/15/2023 | 718 | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | 719 | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | 720 | RESPONSE *and Objections* to 677 Pretrial Disclosures, 688 Pretrial Disclosures, 681 Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | 721 | RESPONSE *and Objections* to 688 Pretrial Disclosures, 677 Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | 722 | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # 1 Exhibit Objections to HAUL and MFV Exhibits, # 2 Exhibit Objections to LULAC Exhibits, # 3 Exhibit Objections to LUPE Exhibits, # 4 Exhibit Objections to OCA Exhibits, # 5 Exhibit Objections to DOJ Exhibits, # 6 Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | 723 | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to 687 Notice (Other), 684 Pretrial Disclosures, 690 Pretrial Disclosures, 692 Pretrial Disclosures,, 686 Pretrial Disclosures, 691 Pretrial Disclosures, 689 Pretrial Disclosures, 693 Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | 724 | ORDER GRANTING IN PART/DENYING IN PART re 611 MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they |

| | | |
|---|---|---|
| | | expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | 725 | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | 726 | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | 727 | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 726 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | 728 | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 725 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | | (Court only) *** Attorney Michael J. Garza terminated. (bt) (Entered: 08/18/2023) |
| 08/21/2023 | 729 | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order |

| | | |
|---|---|---|
| | | Granting Private Plaintiffs' Motion for Status Conference) (Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | 730 | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re 729 Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | 731 | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING 729 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion 730 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING 731 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | (Court only) *** Attorney Destiny Lopez terminated. (wg) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING 730 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
| 08/22/2023 | 733 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING 727 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the |

| | | |
|---|---|---|
| | | parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/23/2023 | | (Court only) Pretrial Conference Cancelled for 8/31/2023***Deadlines and Hearings terminated. (wg) (Entered: 08/23/2023) |
| 08/24/2023 | 734 | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | 735 | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | 736 | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | 737 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # 1 Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |

| | | |
|---|---|---|
| 08/29/2023 | 738 | Unopposed MOTION to Withdraw as Attorney , *Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING 738 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | (Court only) *** Attorney Samantha Osaki and Andre I. Segura terminated. (mgr) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |

| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
|---|---|---|
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order) (Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17) (Nkwonta, Uzoma) (Entered: 09/02/2023) |
| 09/02/2023 | 749 | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | 750 | RESPONSE *in Opposition* to 748 MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | 751 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING 751 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within |

| | | |
|---|---|---|
| | | 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING [743](#) Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING [744](#) Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | [752](#) | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | [753](#) | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # [1](#) Appendix A to Joint Pretrial Order, # [2](#) Appendix B to Joint Pretrial Order, # [3](#) Appendix C to Joint Pretrial Order, # [4](#) Exhibit 1 to Joint Pretrial Order, # [5](#) Exhibit 2 to Joint Pretrial Order, # [6](#) Exhibit 3 to Joint Pretrial Order, # [7](#) Exhibit 4 to Joint Pretrial Order, # [8](#) Exhibit 5 to Joint Pretrial Order, # [9](#) Exhibit 6 to Joint Pretrial Order, # [10](#) Exhibit 7 to Joint Pretrial Order, # [11](#) Exhibit 8 to Joint Pretrial Order, # [12](#) Exhibit 9 to Joint Pretrial Order, # [13](#) Exhibit 10 to Joint Pretrial Order) (Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | [754](#) | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |
| 09/05/2023 | [755](#) | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # [1](#) Exhibit OCA Ps' Exhibit List with Objections, # [2](#) Exhibit OCA Ps' Witnesses Expected to Support Claims, # [3](#) Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |

| 09/05/2023 | 756 | SUPPLEMENT to 753 Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # 2 Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
|---|---|---|
| 09/05/2023 | 757 | SUPPLEMENT to 753 Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | 758 | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | 759 | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | 760 | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 749 Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 747 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non- |

| | | |
|---|---|---|
| | | Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | 761 | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # 1 Appendix BB, # 2 Plaintiff's First Set of Requests for Production, # 3 Attorney General's Objections & Responses, # 4 STATE001144, # 5 STATE087323, # 6 STATE112177, # 7 STATE112160, # 8 SOS Referrals, # 9 STATE112155, # 10 Oral Deposition of Jonathan Sherman White April 27, 2022, # 11 Oral Deposition of Jonathan White May 5, 2022, # 12 Exhibit, # 13 Exhibit, # 14 LUPE Plantiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # 15 Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # 16 Privilege Log May 12, 2023, # 17 Privilege Log May 19, 2023, # 18 Plaintiff's First Set of Requests for Production, # 19 The Secretary's Objections and Responses, # 20 Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # 21 Transcript of Motion to Compel Proceedings, # 22 Exhibit 1, # 23 Oral Deposition of Jonathan White August 11, 2023, # 24 Exhibit 4, # 25 Press Release October 8, 2020, # 26 Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # 2 Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 Exhibit C - Dan Smith |

| | | |
|---|---|---|
| | | (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists) (Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance |

| | | |
|---|---|---|
| | | Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | 776 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |

| 09/14/2023 | 774 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
|---|---|---|
| 09/14/2023 | | Text Order GRANTING 774 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | 775 | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | 777 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | 778 | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re 761 MOTION to Strike MOTION in Limine (Attachments: # 1 Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # 2 Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # 3 Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # 4 Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | 779 | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct |

| | | |
|---|---|---|
| | | Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # 1 Sealed Exhibit, # 2Sealed Exhibit, # 3 Sealed Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). (Entered: 09/18/2023) |
| 09/19/2023 | 780 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | 781 | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | 782 | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | 784 | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | 783 | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING 782 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | | (Court only) *** Attorney Paul R. Genender terminated. (bt) (Entered: 09/21/2023) |
| 09/21/2023 | 785 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry |

| | | |
|---|---|---|
| | | documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | 787 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | 786 | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING 786 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | 788 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING 788 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | 789 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | 790 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |

| 10/04/2023 | 791 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
|---|---|---|
| 10/05/2023 | | Text Order MOOTING 761 LUPE Plaintiffs' Motion to Strike and GRANTING 761 LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |

| 10/06/2023 | 795 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
|---|---|---|
| 10/10/2023 | 794 | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | 796 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | 797 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/12/2023 | 798 | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | 799 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | 800 | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 690 Pretrial Disclosures (Attachments: # 1 Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # 2 Exhibit B - Smith, Lauren 03-21-2023 Designations, # 3 Exhibit C - Cain, Briscoe 04-21-2022 Designations, # 4 Exhibit D - Hughes, Bryan 04-19-2022, # 5 Exhibit E - Gomez, Maria 04-25-2023 Designations, # 6 Exhibit F - Murr, Andrew 05-22-2022 Deposition, # 7 Exhibit G - Anchia, Rafael 08-22-2022 Designations, # 8 Exhibit H - Alvarado, Carol 10-06-2022 Designations, # 9 Exhibit I - Vera, Alan 02-27-2023 Designations, # 10 Exhibit J - Collier, Nicole 01-30-2023 Designations, # 11 Exhibit K - Crowther, Nancy 06-17-2022 Designations, # 12 Exhibit L - Scott, Anne 04-18-2023 Designations, # 13 Errata M - Scott, Taylor 04-18-2023 Designations, # 14 Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | 801 | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 |

| | | |
|---|---|---|
| | | Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | 802 | Amended MOTION *FOR JUDICIAL NOTICE* re 801 Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | 803 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING 801 Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion 802 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | 804 | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # 1 Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | 805 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | 806 | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |

| | | |
|---|---|---|
| 10/19/2023 | 809 | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811 | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel |

| | | |
|---|---|---|
| | | Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of |

| | | |
|---|---|---|
| | | Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | 823 | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order* |

| | | |
|---|---|---|
| | | *Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | | (Court only) *** Attorney Noah B. Baron terminated. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a *(Transcript Order)* and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |

| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
|---|---|---|
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/04/2023 | | (Court only) ***Motions terminated: See de #830 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. (mgr) (Entered: 12/06/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | | (Court only) USCA Case Number 23-50885 (Doc. 823) for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | | (Court only) ADDITIONAL USCA Case Number 23-50887 (Doc. 827) for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***MAIN/LEAD USCA #23-50885.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, |

| | | |
|---|---|---|
| | | December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order) (Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/19/2023 | | (Court only) *** Attorney Dana Paikowsky terminated. (wg) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |

| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
|---|---|---|
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |

| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
|---|---|---|
| 01/15/2024 | | (Court only) *** Attorney Megan Ashley Rusciano terminated. (wg) (Entered: 01/16/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law) (Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: |

| | | |
|---|---|---|
| | | 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | 856 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of |

| | | |
|---|---|---|
| | | Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT Corrected Signature Block to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 Pla-HAUL-094, # 2 Pla-HAUL-095, # 3 Pla-HAUL-096, # 4 Pla-HAUL-097, # 5 Pla-HAUL-098, # 6 Pla-HAUL-099, # 7 Pla-HAUL-100, # 8 Pla-HAUL-101, # 9 Pla-HAUL-102, # 10 Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 Pla-HAUL-105, # 2 Pla-HAUL- |

| | | |
|---|---|---|
| | | 106, # 3 Pla-HAUL-107, # 4 Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 869 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # 1 Pla-HAUL-112, # 2 Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 870 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 871 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 872 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 873 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 874 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 875 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # 1 Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | 876 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | 877 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 878 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |

| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
|---|---|---|
| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL- |

| | | |
|---|---|---|
| | | 212, # <u>3</u> Pla-HAUL-213, # <u>4</u> Pla-HAUL-214, # <u>5</u> Pla-HAUL-215, # <u>6</u> Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>895</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # <u>1</u> Pla-HAUL-224, # <u>2</u> Pla-HAUL-225, # <u>3</u> Pla-HAUL-226, # <u>4</u> Pla-HAUL-227, # <u>5</u> Pla-HAUL-228, # <u>6</u> Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>896</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # <u>1</u> Pla-HAUL-235, # <u>2</u> Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | <u>897</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # <u>1</u> Pla-HAUL-263, # <u>2</u> Pla-HAUL-264, # <u>3</u> Pla-HAUL-265, # <u>4</u> Pla-HAUL-266, # <u>5</u> Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>898</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # <u>1</u> Pla-HAUL-271, # <u>2</u> Pla-HAUL-273, # <u>3</u> Pla-HAUL-274, # <u>4</u> Pla-HAUL-276, # <u>5</u> Pla-HAUL-277, # <u>6</u> Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>899</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>900</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # <u>1</u> Pla-HAUL-290, # <u>2</u> Pla-HAUL-293, # <u>3</u> Pla-HAUL-296, # <u>4</u> Pla-HAUL-297, # <u>5</u> Pla-HAUL-298, # <u>6</u> Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>901</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>902</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # <u>1</u> Pla-HAUL-311, # <u>2</u> Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>903</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # <u>1</u> Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>904</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # <u>1</u> Pla-HAUL-345, # <u>2</u> Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>905</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # <u>1</u> Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>906</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # <u>1</u> Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 907 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # 1 Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 908 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # 1 Pla-HAUL-391, # 2 Pla-HAUL-392, # 3 Pla-HAUL-393, # 4 Pla-HAUL-394, # 5 Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 909 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # 1 Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 910 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # 1 Pla-HAUL-397-B, # 2 Pla-HAUL-397-C, # 3 Pla-HAUL-397-D, # 4 Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 911 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # 1 Pla-HAUL-398-B, # 2 Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 Pla-HAUL-401, # 2 Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 Pla-HAUL-414, # 2 Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 936 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla- |

| | | |
|---|---|---|
| | | LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 01/30/2024 | | (Court only) *** Attorney Christopher D. Hilton terminated. (wg) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby |

| | | |
|---|---|---|
| | | WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | | (Court only) *** Attorney Kenneth Parreno terminated. (bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi |

| | | |
|---|---|---|
| | | Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 946 | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 948 | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the |

| | | |
|---|---|---|
| | | transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 949 | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 950 | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 951 | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or |

| | | |
|---|---|---|
| | | viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 |

| | | |
|---|---|---|
| | | days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 955 | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 956 | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 957 | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. |

| | | The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
|---|---|---|
| 02/07/2024 | 958 | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, |

| | | Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
|---|---|---|
| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of |

| | | |
|---|---|---|
| | | Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |

| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
|---|---|---|
| 02/14/2024 | | (Court only) *** Attorney Elissa Gershon terminated. (wg) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9) (dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-41, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 Pla-LUPE-56, # 13 Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 976 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # 1 Pla-LUPE-66, # 2 Pla-LUPE-67, # |

| | | |
|---|---|---|
| | | 3 Pla-LUPE-67, # 4 Pla-LUPE-68, # 5 Pla-LUPE-68, # 6 Pla-LUPE-69, # 7 Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 977 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # 1 Pla-LUPE-70, # 2 Pla-LUPE-71, # 3 Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 978 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # 1 Pla-LUPE-90, # 2 Pla-LUPE-91, # 3 Pla-LUPE-91, # 4 Pla-LUPE-92, # 5 Pla-LUPE-92, # 6 Pla-LUPE-93, # 7 Pla-LUPE-93, # 8 Pla-LUPE-94, # 9 Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 979 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # 1 Pla-LUPE-95, # 2 Pla-LUPE-96, # 3 Pla-LUPE-96, # 4 Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla- |

| | | |
|---|---|---|
| | | LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike the Declaration of Jonathan White by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE of Correction to the Record by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: |

| | | 02/21/2024) |
|---|---|---|
| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-225, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, |

| | | |
|---|---|---|
| | | # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |
| 02/23/2024 | 1006 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1007 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas*. (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | 1010 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1012 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |

| | | |
|---|---|---|
| 02/23/2024 | 1013 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 Pla-LUPE-318, # 9 Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |

| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |
|---|---|---|
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi |

| | | Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
|---|---|---|
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 Pla-LUPE-155, # 3 Pla-LUPE-155, # 4 Pla-LUPE-156, # 5 Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 Pla-LUPE-162, # 2 Pla-LUPE-163, # 3 Pla-LUPE-163, # 4 Pla-LUPE-164, # 5 Pla-LUPE-164, # 6 Pla-LUPE-165, # 7 Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1039 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # 1 Pla-LUPE-183, # 2 Pla-LUPE-183, # 3 Pla-LUPE-185, # 4 Pla-LUPE-185, # 5 Pla-LUPE-187, # 6 Pla-LUPE-187, # 7 Pla-LUPE-188, # 8 Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1040 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # 1 Pla-LUPE-195, # 2 Pla-LUPE-196, # 3 Pla-LUPE-196, # 4 Pla-LUPE-199, # 5 Pla-LUPE-199)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) |

| | | (Entered: 02/27/2024) |
|---|---|---|
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA- |

| | | 290***(dtg) (Entered: 02/27/2024) |
|---|---|---|
| 02/27/2024 | 1057 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |

| | | |
|---|---|---|
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/02/2024 | | (Court only) *** Attorney Josephine L. Ramirez terminated. (wg) (Entered: 03/04/2024) |
| 03/05/2024 | 1071 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE- |

| | | |
|---|---|---|
| | | 64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1080 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 Def-STATE-81, # 2 Def-STATE-82, # 3 Def-STATE-85, # 4 Def-STATE-86, # 5 Def-STATE-87, # 6 Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 Def-STATE-91, # 2 Def-STATE-92, # 3 Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 Def-STATE-124, # 2 Def-STATE-125, # 3 Def-STATE-127, # 4 Def-STATE-128, # 5 Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 Def-STATE-131, # 2 Def-STATE-132, # 3 Def-STATE-133, # 4 Def-STATE-134, # 5 Def-STATE-135, # 6 Def-STATE-136, # 7 Def-STATE-137, # 8 Def-STATE-138, # 9 Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1085 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 Def-STATE-141, # 2 Def-STATE-142, # 3 Def-STATE-143, # 4 Def-STATE-144, # 5 Def-STATE-145, # 6 Def-STATE-146, # 7 Def- |

| | | |
|---|---|---|
| | | STATE-147, # 8 Def-STATE-148, # 9 Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 Def-STATE-151, # 2 Def-STATE-152, # 3 Def-STATE-153, # 4 Def-STATE-154, # 5 Def-STATE-155, # 6 Def-STATE-156, # 7 Def-STATE-157, # 8 Def-STATE-158, # 9 Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1087 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # 1 Def-STATE-161, # 2 Def-STATE-162, # 3 Def-STATE-163, # 4 Def-STATE-164, # 5 Def-STATE-165, # 6 Def-STATE-166, # 7 Def-STATE-167, # 8 Def-STATE-168, # 9 Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1088 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # 1 Def-STATE-171, # 2 Def-STATE-172, # 3 Def-STATE-173, # 4 Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1089 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1090 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # 1 Def-STATE-193, # 2 Def-STATE-194, # 3 Def-STATE-195, # 4 Def-STATE-196, # 5 Def-STATE-197, # 6 Def-STATE-198, # 7 Def-STATE-199)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 Def-STATE-201, # 2 Def-STATE-202, # 3 Def-STATE-203, # 4 Def-STATE-204, # 5 Def-STATE-205, # 6 Def-STATE-206, # 7 Def-STATE-207, # 8 Def-STATE-208, # 9 Def-STATE-209)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 Def-STATE-211, # 2 Def-STATE-212, # 3 Def-STATE-213, # 4 Def-STATE-214, # 5 Def-STATE-215, # 6 Def-STATE-216, # 7 Def-STATE-217, # 8 Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 Def-STATE-223, # 2 Def-STATE-224, # 3 Def-STATE-225, # 4 Def-STATE-226, # 5 Def-STATE-227, # 6 Def-STATE-228, # 7 Def-STATE-229)(dtg) (Entered: 03/06/2024) |

| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 Def-STATE-231, # 2 Def-STATE-232, # 3 Def-STATE-234, # 4 Def-STATE-235, # 5 Def-STATE-236, # 6 Def-STATE-237, # 7 Def-STATE-238, # 8 Def-STATE-239)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 Def-STATE-241, # 2 Def-STATE-242, # 3 Def-STATE-243, # 4 Def-STATE-244, # 5 Def-STATE-245, # 6 Def-STATE-246, # 7 Def-STATE-247, # 8 Def-STATE-248, # 9 Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 Def-STATE-251, # 2 Def-STATE-252, # 3 Def-STATE-253, # 4 Def-STATE-254, # 5 Def-STATE-255, # 6 Def-STATE-256, # 7 Def-STATE-257, # 8 Def-STATE-258, # 9 Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 Def-STATE-263, # 2 Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def- |

| | | |
|---|---|---|
| | | STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla |

| | | |
|---|---|---|
| | | Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # <u>1</u> JOINT-1, # <u>2</u> JOINT-2, # <u>3</u> JOINT-3, # <u>4</u> JOINT-4, # <u>5</u> JOINT-5, # <u>6</u> JOINT-6, # <u>7</u> JOINT-7, # <u>8</u> JOINT-8, # <u>9</u> JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | <u>1113</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # <u>1</u> JOINT-11, # <u>2</u> JOINT-12, # <u>3</u> JOINT-13, # <u>4</u> JOINT-14, # <u>5</u> JOINT-15, # <u>6</u> JOINT-16, # <u>7</u> JOINT-17, # <u>8</u> JOINT-18, # <u>9</u> JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | <u>1114</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional |

| | | |
|---|---|---|
| | | Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane |

| | | |
|---|---|---|
| | | Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, |

| | | |
|---|---|---|
| | | REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # [1] JOINT-61, # [2] JOINT-62, # [3] JOINT-63, # [4] JOINT-64, # [5] JOINT-65, # [6] JOINT-66, # [7] JOINT-67, # [8] JOINT-68, # [9] JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # [1] Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # [1] Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | (Court only) *** Attorney Joseph N. Posimato terminated. (wg) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # [1] Proposed Order) (Menendez, Fatima) (Entered: 03/11/2024) |

| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
|---|---|---|
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | | (Court only) *** Attorney Elijah M. Watkins terminated. (wg) (Entered: 03/12/2024) |
| 03/11/2024 | | (Court only) *** Attorney Michael Elliot Stewart terminated. (wg) (Entered: 03/12/2024) |
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, |

| | | |
|---|---|---|
| | | Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | (Court only) *** Attorney Germaine Maria Habell terminated. (bt) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for |

Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024)

**Tab 2: Notice of Appeal (ROA.33297-33299)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| La Unión Del Pueblo Entero, *et al.*, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | No. 5:21-cv-00844-XR |
| | § | |
| Gregory W. Abbott, *et. al.*, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## **INTERVENOR-DEFENDANTS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's November 29, 2023 Order. *See* ECF No. 821. That order is immediately appealable. *See* 28 U.S.C. § 1292(a)(1).

Dated: December 4, 2023

Respectfully submitted,

/s/ *John M. Gore*

John M. Gore
E. Stewart Crosland (*pro hac vice*)
Louis J. Capozzi III (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

*Counsel for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

/s/ John M. Gore

TAB 3: Challenged Order (ROA.33215-33267)

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | 5:21-CV-0844-XR |
| | § | [Consolidated Cases] |
| GREGORY W. ABBOTT, et al., | § | |
| *Defendants.* | § | |

## MEMORANDUM OPINION[1]

On this date, the Court considered the motions for summary judgment as to the Section 101 Materiality Provision claims filed by the United States (ECF No. 609), the OCA Plaintiffs (ECF No. 611), and the Intervenor-Defendants (ECF No. 608), and the responses and replies thereto. After careful consideration, the Court issues the following order.

## BACKGROUND

On September 7, 2021, Texas Governor Greg Abbott signed into law the Election Protection and Integrity Act of 2021, an omnibus election law commonly referred to as S.B. 1. *See* Election Integrity Protection Act of 2021, S.B. 1, 87th Leg., 2d Spec. Sess. (2021). In the weeks that followed, numerous private plaintiffs, including OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"), and the United States filed suit, challenging various provisions of S.B. 1 under the United States Constitution and federal civil rights statutes.[2]

---

[1] This memorandum opinion supplements the Court's earlier summary ruling on these motions issued in August 2023. *See* ECF No. 724.

[2] For the purposes of judicial economy, the Court consolidated these cases under the above-captioned lead case. *See* ECF No. 31 (consolidating *OCA-Greater Houston v. Esparza*, No. 1:21-CV-780-XR (W.D. Tex. 2021); *Houston Justice v. Abbott*, No. 5:21-CV-848-XR (W.D. Tex. 2021); *LULAC Texas v. Esparza*, No. 1:21-CV-786-XR (W.D. Tex. 2021); and *Mi Familia Vota v. Abbott*, No. 5:21-CV-920-XR (W.D. Tex. 2021) under *La Unión del Pueblo Entero v. Abbott*, No. 5:21-CV-844-XR (W.D. Tex. 2021)); *United States v. Texas*, No. 5:21-CV-1085-XR (W.D. Tex. Nov. 4, 2021), ECF No. 13.

The United States and the OCA Plaintiffs (collectively, "Plaintiffs") allege that various provisions of S.B. 1 adding an identification ("ID") number-matching requirement to Texas's mail-in voting process violate Section 1971 of the Civil Rights Act of 1964 ("CRA"), now codified under 52 U.S.C. § 10101(a)(2) ("Section 101"). *See* ECF No. 200 at 45–46; ECF No. 131 at 16–17.[3] The "Materiality Provision" of Section 101 states:

> (2) No person acting under color of law shall—
> (B) deny the right of any individual to vote in any election because of an error or omission on any record or paper relating to any application, registration, or other act requisite to voting, if such error or omission is not material in determining whether such individual is qualified under State law to vote in such election[.]

52 U.S.C. § 10101(a)(2)(B). The CRA defines the term "vote" broadly: it includes "all action necessary to make a vote effective including, but not limited to . . . casting a ballot, and having such ballot counted and included in the appropriate totals of votes cast." *Id.* §§ 10101(a)(3)(A), 10101(e). Section 101, therefore, prohibits state actors from denying a person's right to make their vote effective based on an error or omission that is not material to determining whether they are qualified to vote under state law.

The OCA Plaintiffs attack the number-matching framework as a whole,[4] while the United States merely challenges the provisions requiring election officials to reject applications to vote by mail and mail-in ballots bearing ID numbers that do not match voter registration records—Sections 5.07 and 5.13 of S.B. 1. *See* ECF No. 200 at 45–46; ECF No. 131 at 16–17. Plaintiffs seek injunctions barring enforcement of the provisions they challenge and a declaration that the challenged provisions violate the Materiality Provision. *See id.*

---

[3] When citing to the parties' filings, the Court refers to ECF pagination, which may not reflect the pages numbers of the underlying documents.

[4] In their motion, the OCA Plaintiffs state that they seek to challenge Sections 5.02, 5.03, 5.07, 5.08, 5.10, 5.12, 5.13, and 5.14 of S.B. 1 and have voluntarily withdrawn their challenge to Section 5.06. ECF No. 611 at 8 n.1. Although it will not meaningfully affect the disposition of the Section 101 claims, the Court observes that the Second Amended Complaint does not appear to include any references to Sections 5.08, 5.13, or 5.14 of S.B. 1.

23-50885.283

## I.    Voter Qualifications and Registration Records

S.B. 1 did not change voter eligibility requirements in Texas. Texas law defines a "qualified voter" as an individual who is 18 years of age or older, is a United States citizen, is a resident of the state of Texas, has not been adjudged mentally incompetent, has not been convicted of a felony (unless they have completed their term of sentence or received a pardon), and is registered to vote. TEX. ELEC. CODE ("TEC") § 11.002(a); *see also* Tex. Const. art. VI, § 2(a).

The official Texas voter registration form prepared by the Texas Secretary of State ("SOS") enumerates all of these qualifications and asks applicants to confirm their eligibility as to each of them.[5] *See* ECF No. 609-3 at 108 (Texas Voter Registration Application). An applicant must affirm, by checking the applicable boxes on the form, that she is a U.S. citizen and will be 18 years of age by the date of the next election. *See id.* The applicant must also provide her date of birth, residential address, and sign and date a statement, under penalty of perjury, affirming that she is a resident of the county identified on the form, is a U.S. citizen, and satisfies the requirements related to felony convictions and mental incompetence. *See id.* The form also requires the applicant to provide (1) a Texas Driver's License or Personal Identification number ("DPS number"), (2) "if no [DPS number]," the last four digits of her Social Security Number ("SSN4"), or (3) a statement that she has not been issued either identification number.[6] *See id.*

Texas did not require voter-registration applicants to provide an ID number until January 1, 2004, in compliance with the Help America Vote Act ("HAVA"), 52 U.S.C. § 20901 *et seq. See* ECF No. 609-1 (DOJ's Statement of Uncontested Facts ("SUF")) ¶ 11; TEC § 13.002(c)(8)(A); 52 U.S.C. § 21083(d) (requiring states to comply with relevant HAVA requirements by January 1,

---

[5] An applicant can submit a registration application in order to register to voter for the first time or to inform the registrar of a change of address or other information. *See* ECF No. 609-3 at 108.
[6] The form also contains spaces for "optional" information, including the applicant's gender and telephone number. *See* ECF No. 609-3 at 108.

23-50885.284

2004). Congress enacted HAVA in the wake of the November 2000 presidential election and its attendant controversies. One of HAVA's main goals was to "modernize and improve registration nationwide" by "[r]equiring states to develop statewide databases" to track voter registration. H.R. REP. 107-329(I), 2001 WL 1579545, at *35–36.

Under HAVA, states were directed to establish "a single, uniform, official, centralized, interactive computerized statewide voter registration list . . . contain[ing] the name and registration information of every legally registered voter in the State and assign[ing] a unique identifier to each legally registered voter in the State." *See* 52 U.S.C. § 21083(a)(1)(A). HAVA also imposed additional ID number requirements on *new* voter registration applications. Specifically, HAVA provides that applicants must provide a current and valid driver's license number or, if they have not been issued such a number, their SSN4, which the state must then compare with the SSA database or DOL database. *See* 52 U.S.C. § 21083(a)(5)(A)(i). Applicants who indicate that they have neither a driver's license number nor an SSN4 must be assigned a unique identification number on the state's computerized database, which will "serve to identify the applicant for voter registration purposes." *See id.* § 21083(a)(5)(A)(ii).

Texas's statewide voter registration database, maintained by the Texas SOS, is known as the Texas Election Administration Management ("TEAM") system. SUF ¶ 81. TEAM should contain only one record for each registered voter in Texas. SUF ¶ 128. Each record is assigned a Voter Unique Identification Number ("VUID"), which may itself be associated with up to two other ID numbers. *Id.* Specifically, each VUID may be associated with (1) <u>one</u> number issued by the Texas Department of Public Safety ("DPS") on a driver's license, personal identification card, or election identification certificate (collectively, a "DPS number"), (2) <u>one</u> SSN4, (3) both a DPS number and an SSN4, or (4) neither number. *See* SUF ¶¶ 129–30.

4

## II.    Voting-by-Mail in Texas Generally

Texas authorizes several categories of voters to vote by mail. These include voters who are 65 years of age or older, disabled voters who cannot vote in person on Election Day "without the likelihood of needing personal assistance or injuring [their] health," voters absent from their home counties for the entire in-person voting period, and voters who expect to give birth near Election Day. SUF ¶ 17; TEC §§ 82.001–004, .007–.008.

A qualified voter seeking to obtain a mail ballot must first submit a signed application for a ballot by mail ("ABBM") to their county's early voting clerk. TEC §§ 84.001, 84.007. The ABBM includes "the applicant's name and the address at which the applicant is registered to vote," information demonstrating the voter's eligibility for a mail ballot, "an indication of each election for which the applicant is applying for a ballot," and a mailing address, if different from the address of registration. *See* TEC § 84.002.

If the early voting clerk determines that the application does not "fully comply with the applicable requirements," the clerk is generally required to mail the applicant a new application with a written notice that identifies the defects in the application and explains to the applicant how the defects may be corrected. *Id.* § 86.008. Upon receiving a timely and non-defective ABBM, the clerk sends the voter an official ballot by mail ("BBM"), a ballot envelope in which to place the ballot, and an official carrier envelope in which to place the ballot envelope. *Id.* §§ 86.001–002, .012–.013.

To vote by mail, a voter must then (1) place his BBM in the official ballot envelope, (2) seal the ballot envelope, (3) place the ballot envelope in the official carrier envelope, (4) seal the carrier envelope, (5) sign the certificate on the carrier envelope, and (6) return the ballot materials

to the early voting clerk, either by mail or common or contract carrier or in-person on election day, with an acceptable form of photo identification. *Id.* § 86.005–.06, .013.[7]

In every election, each county in Texas convenes an Early Voting Ballot Board ("EVBB"), which opens the carrier envelopes and determines whether to accept individual BBMs based on, *e.g.*, whether the voter's ABBM stated a legal ground for voting by mail and whether the signature on the carrier envelope matches the signature on the ABBM.[8] *Id.* § 87.041(b). An optional Signature Verification Committee ("SVC") may also be appointed to carry out the same functions. *Id.* §§ 87.027(a), (i).

At the direction of the Texas Legislature, the SOS has developed an online tool for tracking ABBMs and mail ballots, which "must . . . for each carrier envelope, record or assign a serially numbered and sequentially issued barcode or tracking number that is unique to each envelope." *See id.* § 86.015(c)(2) (the "Ballot Tracker"). Accordingly, carrier envelopes now bear a unique number that links them to an associated voter and their ABBM. Counties are responsible for entering the information used to track ABBMs and mail ballots into the Ballot Tracker.

## III.    S.B. 1's Identification-Number Requirements

S.B. 1's number-matching framework, codified in Sections 5.02, 5.03, 5.07, 5.08, 5.10, 5.12, 5.13, and 5.14 of S.B. 1, superimposes a new requirement on the mail-in voting process, at both the application and voting stages. To have their ballots counted under S.B. 1, Texans voting absentee must write an ID number that matches an ID number in TEAM on both their ABBM and BBM materials.

---

[7] Military voters, military family members, and overseas citizens may also use a Federal Post Card Application to apply for a mail ballot and a Texas-issued signature sheet to accompany a mail ballot in lieu of a carrier envelope, both of which must comply with SB1's requirements. *See* TEC §§ 101.052(e), 101.057, 101.107; SUF ¶¶ 27, 48–49.
[8] The voter's ABBM and carrier envelope signatures may also be compared with other signatures on file with the county clerk or voter registrar. TEC §§ 87.027(i), 87.041(e).

At the application stage, Section 5.02 requires voters to write one of three pieces of information on their ABBM:

 (1) the applicant's DPS number;

 (2) if the applicant "has not been issued" a DPS number, his or her SSN4; or

 (3) if the applicant lacks both a DPS ID number and an SSN4, a statement to that effect.

TEC § 84.002(a)(1-a). An applicant is permitted to use an expired DPS ID number, if the number is otherwise valid, for purposes of fulfilling these requirements. *Id.* § 84.002(b-1). To implement this new requirement, Section 5.03 of S.B. 1 directs the SOS to create a space for this information on its "officially prescribed" ABBM. TEC § 84.011(a), (a)(3-a); *see id.* § 31.002.

At the voting stage, Section 5.08 further requires that the carrier envelope in which the ballot envelope is mailed include a space, hidden from view when sealed, for the voter to enter the same identification number information required under Section 5.02. TEC § 86.002(g).

Under Sections 5.07 and 5.13 of S.B. 1, an ABBM or mail ballot must be rejected if the voter fails to provide a DPS number or SSN4 that identifies "the same voter identified on the applicant's application for voter registration." *See* TEC § 86.001(f) (codifying Section 5.07, which provides that early voting clerks "shall reject" mail ballot applications that do not include a matching ID number); TEC § 87.041(b)(8) (codifying Section 5.13, which establishes that a mail ballot "may be accepted only if" it includes a matching ID number).

Finally, S.B. 1 establishes notice-and-cure procedures for ABBMs and mail ballots that are rejected based on the number-matching requirements. Section 5.10 requires the SOS Ballot Tracker to "allow a voter to add or correct information" on her ABBM or carrier envelope as required by S.B. 1's matching-number requirement. TEC § 86.015(c)(4). Sections 5.12 and 5.14 amend the responsibilities of the EVBB (and any SVC, if appointed), to include notifying the voter

of any carrier envelope flagged for rejection for a variety of reasons, including pursuant to S.B. 1's number-matching requirement. *See* TEC §§ 87.0411; 87.0271.[9]

## IV.    Implementation of S.B. 1's Number-Matching Requirements

To implement S.B. 1's number-matching requirement at the application stage, the SOS prepared an official ABBM with the following instructions:

> YOU MUST PROVIDE ONE of the following numbers. . . Texas Driver's License, Texas Personal Identification Number or Election Identification Certificate Number issued by the Department of Public Safety (NOT your voter registration VUID#) . . . If you do not have a Texas Driver's License, Texas Personal Identification Number or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number[.]

SUF ¶ 92; *see also* TEC § 84.011(a), (a)(3-a) (codifying Section 5.03's requirement that the SOS create a space for this information on its "officially prescribed" ABBM.).

To implement S.B. 1's requirements at the voting stage, the SOS prepared a carrier envelope with identical instructions under the flap of the envelope. SUF ¶ 93; TEC § 86.002(g). (codifying Section 5.08's requirement that the carrier envelope in which the ballot envelope is mailed include a space, hidden from view when sealed, for the voter to enter the same identification number information required under Section 5.02).

Following S.B. 1's effective date, the SOS identified that incomplete records in the TEAM system could interfere with the ability of many qualified voters to cast a mail ballot that would be counted under the new requirements. SUF ¶ 131. As of January 3, 2023, nearly 190,000 Texas

---

[9] When initially enacted, Sections 5.12 and 5.14 instructed the SVC and EVBB, respectively, to determine within two business days of identifying a defect whether it would be possible for the voter to correct the defect and return the carrier envelope before polls closed on election day. If so, the SVC and EVBB had the option of returning the carrier envelope to the voter by mail or to the early-voting clerk, who could contact the voter directly. If not, Sections 5.12 and 5.14 authorized the SVC and EVBB to contact voters by telephone or e-mail and inform them of their options to either cancel their mail-in ballot and vote in person or to correct the carrier envelope in person at the early voting clerk's office within six days after the election. The Legislature has since enacted a provision, effective September 1, 2023, allowing the SVC and EVBB to mail back a corrective action form to the voter as opposed to the carrier envelope. Tex. S.B. 1599, 88th Legis., R.S., § 8, sec. 87.0271(b), 2023 Tex. Gen. Laws.

voters who have been issued DPS identification still lacked a DPS number in TEAM records, and more than 90,000 Texas registered voters had neither a DPS number nor a SSN4 affiliated with their voter registration record. SUF ¶¶ 140–41. In addition, roughly 2.4 million Texas voters have only one of their multiple DPS numbers in TEAM. SUF ¶ 142. The TEAM database also contains tens of thousands of errors, including over 60,000 DPS numbers inconsistent with DPS records and nearly 45,000 SSN4s inconsistencies between TEAM and DPS databases. SUF ¶¶ 143–44. In light of these inadequacies, both the SOS and county officials have directed duly registered and qualified Texas voters whose registration records are incomplete or erroneous for S.B. 1 purposes to submit new voter registration applications. SUF ¶ 105.

TEAM lacks records adequate to determine the number of ABBMs rejected statewide on account of S.B. 1. SUF ¶¶ 149, 151. Although the parties disagree about the precise number of ABBMs and mail ballots that have been rejected (and cured) since S.B. 1's effective date, it is undisputed that the total is in the thousands. *See, e.g.*, ECF No. 646 (State Opp. to OCA MSJ) (asserting that "nearly half of the 11,430 voters whose records indicated an initial rejection on SB 1 grounds were able to cure or vote in-person"). Data produced by Bexar County and Harris County alone document over 3,000 ABBM rejections in the November 2022 General Election for failure to meet S.B. 1 requirements, only about 1,200 of which were successfully cured. SUF ¶ 152(b)-(c). In the March 2022 primary election, more than 25,000 ballots were rejected statewide based on a mismatched or missing DPS numbers or SSN4s. SUF ¶¶ 153–54. In the November 2022 general election, S.B. 1 required officials across Texas to reject more than 11,000 mail ballots. SUF ¶ 161.

The individual experiences of voters and county officials illustrate S.B. 1's widespread effects. For example, in the 2022 primary election, Ms. Pam Gaskin, a 75-year-old voter who had

been registered to vote in Fort Bend County for over 40 years, had her ABBM rejected after she followed the form's instructions and submitted her Texas Driver License number, which she later learned was not in the voter registration database. SUF ¶¶ 180–81. And in the general election, Mr. Roberto Benavides, a 76-year-old voter in Travis County, attempted to respond to a notice of mail ballot rejection, but his efforts to cure were unsuccessful and his vote went uncounted. SUF ¶¶ 182–85. Local election officials eventually informed Mr. Benavides that the Texas Driver License number in his voter registration record contained a typo. SUF ¶ 184. County election officials reported voter confusion and frustration, including cases of voters discarding carrier envelopes that election officials had returned due to a failure to meet S.B. 1 requirements rather than taking additional steps to overcome the ballot rejection. SUF ¶¶ 99, 186.

In response to the pervasive confusion and rejection of ABBMs and mail ballots, election officials took action to mitigate S.B. 1's impact on voters. SUF ¶ 122. For example, although S.B. 1's text establishes a hierarchy of identification—with voters who have a DPS number being required to provide that number and only voters who lack a DPS number being permitted to provide a SSN4, *see* TEC §§ 84.002(a)(1-a), 86.002(g); SUF ¶¶ 32, 50—officials have accepted a SSN4 from voters with a DPS number on file. SUF ¶ 96. Similarly, state officials have recommended that voters provide both a DPS number and SSN4, and some counties have added inserts to mail voting materials with similar guidance. SUF ¶¶ 97, 123.

Election officials confirmed that the DPS numbers and SSN4s required by S.B. 1 are not used to ensure that voters are qualified to vote or to cast a mail ballot under Texas law, to identify voters, or to flag potential fraud. Keith Ingram, then serving as Director of the Elections Division of the SOS, acknowledged in a 2022 deposition that "individual eligibility criteria ha[ve] nothing to [d]o with the number." SUF ¶ 15. Nor do election officials ordinarily use these numbers to look

10

up voter records, and the SOS does not instruct them to do so. SUF ¶¶ 118–20. Rather, election officials look up voters using other information on mail ballot materials—such as the voter's name, date of birth, and address—just as they did before S.B. 1. SUF ¶ 120. Election officials must also verify a voter's identity using the signature by which the voter attests to identity and eligibility, just as they did before S.B. 1. TEC § 87.041(b)(2); SUF ¶ 65. Further, the SOS and county officials do not consider a DPS number or SSN4 mismatch or omission to be evidence of fraud. SUF ¶¶ 187–91. And because matching a DPS number or SSN4 against incomplete and erroneous voter registration records fails to identify some voters accurately, S.B. 1 requires election officials to reject mail ballot materials from voters who provided accurate information. SUF ¶¶ 34–36, 51, 92–94, 100–103, 131, 134–37, 139–46, 180–85.

## V.     Procedural History

Plaintiffs allege that S.B. 1's number-matching provisions violate Section 101 of the CRA because they require the rejection of vote-by-mail applications and mail ballot carrier envelopes based on errors or omissions that are not material to determining whether a person is qualified to vote under Texas law.

In November 2021, the United States filed an amended complaint, its operative pleading, against Texas and its Secretary of State ("SOS") in his official capacity, alleging that Sections 5.07 and 5.13 of S.B. 1 violate Section 101 of the CRA. ECF No. 131. Texas and the SOS filed a motion to dismiss claims of the United States in December 2021, *see* ECF No. 145, which the Court denied in all respects in May 2022. *La Union del Pueblo Entero v. Abbott ("LUPE (USA)")*, 604 F. Supp. 3d 512, 517 (W.D. Tex. 2022).

The OCA Plaintiffs filed their Second Amended Complaint in January 2022, asserting eight claims, including their Section 101 claim, against the Texas SOS and the Texas Attorney General

(together with Texas and the SOS, the "State Defendants"), in their official capacities, and several county officials in Travis County and Harris County.[10] ECF No. 200. The State Defendants moved to dismiss the OCA Plaintiffs' claims in February 2022. ECF No. 240. In August 2022, the Court entered an order, which, in relevant part, denied the State Defendants' motion with respect to the OCA Plaintiffs' claim under Section 101 of the CRA. *La Union del Pueblo Entero v. Abbott ("LUPE (OCA)")*, 618 F. Supp. 3d 388, 398 (W.D. Tex. 2022).

The OCA Plaintiffs and the United States both moved for summary judgment as to their Section 101 claims. *See* ECF No. 609 (DOJ MSJ); ECF No. 611 (OCA MSJ). Plaintiffs' motions are opposed by both the State Defendants and the Intervenor-Defendants—the Harris County Republican Party, the Dallas County Republican Party, the Republican National Committee, the National Republican Senatorial Committee, and the National Republican Congressional Committee (collectively, the "Committees" or the "Intervenor-Defendants"). *See* ECF No. 645 (State Opp. to DOJ MSJ); ECF No. 646 (State Opp. to OCA MSJ); ECF No. 634 (GOP Opp. to DOJ MSJ); ECF No. 635 (GOP Opp. to OCA MSJ). The Intervenor-Defendants also independently filed a cross-motion for partial summary judgment, asserting that the Section 101 claims brought by the United States and the OCA Plaintiffs fail as a matter of law.[11] *See* ECF No. 608 (GOP MSJ) at 13–23.

---

[10] The OCA Plaintiffs have also sued, in their official capacities, Travis County Clerk, Travis County District Attorney, Harris County Elections Administrator, and Harris County District Attorney. ECF No. 200 ¶¶ 48–51.

[11] The Committees first sought to intervene in this action in October 2021. ECF No. 57. The Court denied their motion, concluding that the Committees had not established a legally protectable interest at stake in this litigation or that the State Defendants' representation of their purported interests would be inadequate. *See* ECF No. 122 at 2–7. The Fifth Circuit reversed the Court's order concluding that the Committees' interest in S.B. 1's provisions concerning party-appointed poll watchers—an interest raised for the first time on appeal—warranted intervention. *La Union del Pueblo Entero v. Abbott*, 29 F.4th 299, 306 (5th Cir. 2022). In accordance with the Fifth Circuit's mandate, in May 2022, the Court granted the Committees' renewed motion to intervene. *See* Text Orders dated May 13, 2022 and May 18, 2022. It is not clear to the Court that the Committees' interest in the provisions applicable to *partisan* poll watchers establishes a commensurate interest in vote-by-mail procedures. Nonetheless, given that the State Defendants incorporate many of the Committees' arguments by reference in their responses to Plaintiffs' motions, the Court considers the Intervenor-Defendants' motion and briefing. The Intervenor-Defendants' briefing appears to universally misidentify S.B. 1's provisions requiring that ABBMs and BBMs be rejected for failure to satisfy the number-

12

In August 2023, in advance of the bench trial of this case scheduled for September 2023, the Court entered a summary ruling on the parties' motions for summary judgment as to Plaintiffs' Section 101 claims. *See* ECF No. 724. For the reasons stated in the Court's summary ruling and set out more fully in this memorandum opinion, the Court granted the United States' motion for summary judgment (ECF No. 609) in full and granted the OCA Plaintiffs' motion for summary judgment (ECF No. 611) with respect to their challenge to Section 5.07 of S.B. 1 only.

## LEGAL STANDARD

The Court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law. FED. R. CIV. P. 56. To establish that there is no genuine issue as to any material fact, the movant must either submit evidence that negates the existence of some material element of the non-moving party's claim or defense, or, if the crucial issue is one for which the nonmoving party will bear the burden of proof at trial, merely point out that the evidence in the record is insufficient to support an essential element of the nonmovant's claim or defense. *Little v. Liquid Air Corp.*, 952 F.2d 841, 847 (5th Cir. 1992), *on reh'g en* banc, 37 F.3d 1069 (5th Cir. 1994) (citing *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986)).

Once the movant carries its initial burden, the burden shifts to the nonmovant to show that summary judgment is inappropriate. *See Fields v. City of S. Hous.*, 922 F.2d 1183, 1187 (5th Cir. 1991). Any "[u]nsubstantiated assertions, improbable inferences, and unsupported speculation are not sufficient to defeat a motion for summary judgment," *Brown v. City of Houston*, 337 F.3d 539, 541 (5th Cir. 2003), and neither will "only a scintilla of evidence" meet the nonmovant's burden.

---

matching requirement as Sections 5.02 and 5.08. *See* ECF Nos. 608, 634, 635, 663. The Court construes the Intervenor-Defendants' arguments to apply to the correct provisions—Sections 5.07 and 5.13.

*Little v. Liquid Air Corp.*, 37 F.3d 1069, 1075 (5th Cir. 1994) (en banc). Rather, the nonmovant must "set forth specific facts showing the existence of a 'genuine' issue concerning every essential component of its case." *Morris v. Covan World Wide Moving, Inc.*, 144 F.3d 377, 380 (5th Cir. 1998). The Court will not assume "in the absence of any proof . . . that the nonmoving party could or would prove the necessary facts" and will grant summary judgment "in any case where critical evidence is so weak or tenuous on an essential fact that it could not support a judgment in favor of the nonmovant." *Little*, 37 F.3d at 1075.

For a court to conclude that there are no genuine issues of material fact, the court must be satisfied that no reasonable trier of fact could have found for the nonmovant, or, in other words, that the evidence favoring the nonmovant is insufficient to enable a reasonable jury to return a verdict for the nonmovant. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986). In making this determination, the court should review all the evidence in the record, giving credence to the evidence favoring the nonmovant as well as the "evidence supporting the moving party that is uncontradicted and unimpeached, at least to the extent that evidence comes from disinterested witnesses." *Reeves v. Sanderson Plumbing Prods., Inc.*, 530 U.S. 133, 151 (2000). The Court "may not make credibility determinations or weigh the evidence" in ruling on a motion for summary judgment, *id.* at 150, and must review all facts in the light most favorable to the nonmoving party. *First Colony Life Ins. Co. v. Sanford*, 555 F.3d 177, 181 (5th Cir. 2009).

## DISCUSSION

To violate Section 101, a state law must (1) deny the right of any individual to "vote" in an election (as defined), (2) based on an "error or omission" on a "record or paper relating to any application, registration, or other act requisite to voting," (3) that is not "material in determining whether" that "individual is qualified under State law to vote in such election." 52 U.S.C. §

10101(a)(2)(B); *see also Migliori v. Cohen*, 36 F.4th 153, 162 & n.56 (3d Cir. 2022) (Section 101

violated when error or omission not material to state-law voter qualifications used as basis not to

count mail ballot), *judgment vacated sub nom. Ritter v. Migliori*, 143 S. Ct. 297 (2022);[12] *see also*

*Pa. State Conf. of the NAACP v. Schmidt*, No. 1:22-cv-339, 2023 WL 3902954, at *5–7 (W.D. Pa.

June 8, 2023) (rejecting nearly identical arguments by Intervenor-Defendants).

Because there is significant overlap among the parties' motions and accompanying

responses, the Court will address their arguments bearing on Sections 5.07 and 5.13 of S.B. 1 and

the proper scope of the Materiality Provision collectively. Before turning to the primary question

presented in the parties' motions—the materiality of the number-matching requirement to voter

qualifications—the Court will briefly address the relevance of certain summary judgment evidence

and several issues specific to the OCA Plaintiffs.

## I.    Evidence of the Intent and Impact of the Number-Matching Requirements

As a preliminary matter, the Court observes that parties on both sides of this dispute have

devoted dozens of pages of briefing to legislative intent and estimates of the past and future impact

of the number-matching requirement on voters in Texas. To the extent that this evidence bears on

the wisdom of the number-matching provisions, it is entirely irrelevant to the Court's analysis of

Plaintiffs' Section 101 claims on the merits.[13] Unlike many other causes of action in the voting-

---

[12] In *Migliori*, a unanimous Third Circuit panel affirmed the application of the Materiality Provision in the mail ballot context and held that voters who had omitted an immaterial date on mail-ballot related paperwork must have their votes counted. 36 F.4th at 156–57. The candidate seeking to prevent qualified voters' votes from being counted sought a stay in the U.S. Supreme Court, which rejected the stay application over the dissent of three justices, in effect allowing the contested votes to be counted. *Ritter v. Migliori*, 142 S. Ct. 1824 (Mem) (2022). The Supreme Court vacated *Migliori* after the underlying dispute became moot. *See Ritter v. Migliori*, 143 S. Ct. 297 (citing *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950)). Despite this vacatur, the substantive analysis in *Migliori* remains convincing. *See Gutierrez v. Saenz*, 565 F. Supp. 3d 892, 903–04 (S.D. Tex. 2021); *see also, e.g.*, *United States v. Ambriz*, 727 F.3d 378, 384 n.8 (5th Cir. 2013) (relying on "a case that was vacated for other reasons"); *Free Speech Coal., Inc. v. Att'y Gen. United States*, 974 F.3d 408, 427 (3d Cir. 2020) (relying on vacated opinion whose "prior analysis continues to resonate").

[13] Defendants lodge a number of objections in response to the Statement of Uncontested Facts attached to the United States' motion for summary judgment. *See* ECF No. 634 at 22–25 (GOP Opp. to DOJ MSJ); ECF No. 645-1 (State Response to SUF). Many of these "objections" constitute legal arguments in the guise of a factual dispute. *See, e.g.,*

rights context, the Materiality Provision is not a burden-interest balancing statute. Materiality Provision violations are prohibited no matter their policy aim.

For their part, the State Defendants and, to a lesser extent the Intervenor-Defendants, repeatedly direct the Court's attention to the purported purpose of the number-matching requirement—to prevent voter fraud. *See, e.g.*, ECF No. 646 at 4–13, 24–25, 27, 37. While Texas undoubtedly has an interest in deterring and preventing voter fraud, that interest must yield to a qualified voter's right, under Section 101 of the CRA, to have their ballot counted despite immaterial paperwork errors. *See Schwier v. Cox* (*Schwier II*), 412 F. Supp. 2d 1266, 1276 (N.D. Ga. 2005) (rejecting contention that any information that "could help to prevent voter fraud" is material), *aff'd*, 439 F.3d 1285 (11th Cir. 2006) (adopting district court's reasoning); *Migliori*, 36 F.4th at 163 ("[W]hatever sort of fraud deterrence or prevention [a] requirement may serve," it is irrelevant under Materiality Provision if it is not material to determining voter qualifications); *Wash. Ass'n of Churches v. Reed*, 492 F. Supp. 2d 1264, 1266, 1270 (W.D. Wash. 2022) (rejecting state's argument that number-matching voter registration scheme would help prevent voter fraud).

---

645-1 ¶ 105 (asserting that voters must provide a matching ID number in order to be "qualified" to vote by mail). Others, as discussed herein are simply irrelevant because they bear on disputes about the magnitude of harm caused by S.B. 1's number-matching requirements. *See, e.g.*, ECF No. 634 at 23–25. Others still object to statements in the SUF without proffering any contradictory evidence. *See* ECF No. 645-1 ¶ 104 (objecting to the use of the word "directed" to the extent that it implies the SOS's advisories or guidance have the force and effect of law or are in any way authoritative or binding); *id.* ¶¶ 119–20 (objecting to testimony by county election officials because the United States did not elicit testimony from officials in every county in Texas, without identifying any contrary testimony from any other election officials). Defendants' subjective disagreement with Plaintiffs' characterization of the evidence—or the SOS's guidance—does not create a genuine dispute of fact. Finally, while the State Defendants contend that the SUF is "incomplete," the addition of redundant or minimally relevant materials do not establish genuine issues for trial. *See, e.g.*, ECF No. 645-1 ¶¶ 7, 11–12, 21–22, 26–27, 31, 35–37, 41, 49, 58, 62–63, 67.

To the extent that the Court order does not rely on the United States' statements of fact, Defendants' objections are moot. To the extent that this order does rely on Plaintiffs' factual assertions, Defendants' objections are overruled because they have failed to "do more than simply show that there is some metaphysical doubt as to the material facts." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 586 (1986). In short, none of the "factual disputes" identified in Defendants' briefing fail in turn to articulate disputes based on actual evidence that could "affect the outcome of the action" under the appropriate legal standard. *Wiley v. State Farm Fire & Cas. Co.*, 585 F.3d 206, 210 (5th Cir. 2009).

Likewise, all of the parties address the substantial measures that elections officials have taken to reduce S.B. 1's impact on voters, the adequacy (or inadequacy) of S.B. 1's cure provisions, and the relative rejection rates before and after S.B. 1's enactment and officials' various mitigation efforts. *See* ECF No. 609 at 10 (noting that S.B. 1 "continues to disenfranchise Texas voters at historic rates" and that the post-cure rejection rate of 2.7% in the November 2022 general election was "nearly three times the national average and well above historical rejection rates in Texas"); ECF No. 611 at 20–25 (identifying "massive increases in the number of rejected ABBMs and mail ballots" in elections after S.B. 1 and observing that, due to deficiencies in the cure process and "most voters whose ABBMs or ballots were rejected [based on S.B. 1] were not able to cure the issue and cast an effective vote"). The State Defendants assert that the Materiality Provision cannot demand "perfection," because "all systems are prone to some error." ECF No. 645 at 18. But this case has nothing to do with election officials' inadvertent rejection of ABBMs and mail ballots; Sections 5.07 and 5.13 of S.B. 1 *require* election officials to reject voting materials for failure to satisfy the number-matching provisions. The Defendant-Intervenors similarly insist that the Court should uphold the number-matching requirements because "the sky is not falling in Texas." ECF No. 634 at 25. But that is not the standard for relief under Section 101.

The magnitude of S.B. 1's impact is simply not relevant to the question of whether the number-matching provisions require election officials to disenfranchise voters for errors that are immaterial to their eligibility. The Materiality Provision does not demand that Plaintiffs satisfy a balancing test or demonstrate some threshold number of votes denied. *See* 52 U.S.C. § 10101(a)(2)(B). It is a "basic truth that even one disenfranchised voter—let alone several thousand—is too many." *See, e.g.*, *League of Women Voters of N.C. v. North Carolina*, 769 F.3d 224, 244 (4th Cir. 2014); *see also Migliori*, 36 F.4th at 158, 162–64 (finding Materiality Provision

17

violation where 257 of about 22,000 ballots rejected). The Court thus reserves any questions as to the burdens that S.B. 1's number matching requirements have imposed on voters and the likelihood of future harm to its analysis of Plaintiffs' claim for injunctive relief.

Nor will the Court consider the wisdom of any voting practices beyond the purview of this litigation, or the theoretical application of the Materiality Provision to those practices. Both the State Defendants and Defendant-Intervenors suggest that granting Plaintiffs' requested relief would have catastrophic consequences on voting in Texas and across the nation, enumerating a whole host of voting regulations that, in their view, would be "on the chopping block." *See, e.g.*, ECF No. 635 at 16 (addressing prohibitions on overvoting and signature requirements); ECF No. 645 at 7 (addressing ID requirements and signature-comparison procedures in other states). Although there are reasons to doubt that the Materiality Provision would invalidate the regulations cited in Defendants' briefing,[14] the mere existence of other voting requirements in Texas and elsewhere is simply irrelevant. Those requirements are not currently before the Court and have not, to the Court's knowledge, survived a Section 101 challenge in any forum with the authority to bind this Court.

## II.    The OCA Plaintiffs' Standing and Challenges to §§ 5.02, 5.03, 5.08, 5.10, 5.12–5.14

Before it can reach the merits of the OCA Plaintiffs' motion for partial summary judgment, the Court must be assured of its subject matter jurisdiction over their claims, including their standing to challenge S.B. 1's number-matching requirements.

---

[14] *See, e.g.*, ECF No. 637 at 30 (arguing that the Materiality Provision would not apply to prohibitions on overvoting ballot—marking it for too many candidates—because the voter's ballot would still be counted in that election, even though her ballot in that particular contest would be treated as unmarked, since election officials would be unable to determine the voter's preference).

## A. The OCA Plaintiffs have standing to challenge the ID-matching requirements

The State Defendants do not meaningfully challenge the Article III standing of any of the OCA Plaintiffs, and largely recycle arguments from their motion to dismiss that have already been rejected. *See* ECF No. 646 at 51–55; ECF No. 448 at 49–50.[15] Indeed, in their response to the OCA Plaintiffs' motion for partial summary judgment, the State Defendants assert a single sentence that OCA Plaintiffs have not established associational standing "because there is a triable question of fact regarding their injury for many of the reasons described in State Defendant's motion to dismiss." ECF No. 646 at 55. As the OCA Plaintiffs point out, however, this argument ignores the factual evidence demonstrating associational standing raised in their motion and fails to satisfy the State Defendants' burden on summary judgment. *See* ECF No. 665 at 41 n.54. Nonetheless, given the OCA Plaintiffs' burden on summary judgment and the Court's duty to review its subject-matter jurisdiction, the Court will address the evidence offered in support of the OCA Plaintiffs' standing to challenge S.B. 1's number-matching provisions.

### 1. Legal Standard

It is well settled that a plaintiff invoking a federal court's jurisdiction must establish standing by satisfying three irreducible requirements. *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992). "The plaintiff must have (1) suffered an injury in fact, (2) that is fairly traceable to the

---

[15] The Court declines the State Defendants' and Intervenor-Defendants' invitations, to reverse its conclusion that the OCA Plaintiffs can challenge the number-matching provisions directly under both the private right of action created by Section 101 and 42 U.S.C. § 1983. *See* ECF No. 646 at 51–56, ECF No. 608 at 14 n.2 (suggesting that only the Attorney General has a right to sue under Section 101); *LUPE (OCA)*, 618 F. Supp. 3d at 434 ("[C]aselaw clearly establishes that organizations, like the OCA-GH Plaintiffs, have historically been able to enforce [Section 101].").A plaintiff proceeding under § 1983 need only show that the federal law includes a private right; after that, § 1983 presumptively supplies a remedy. *See, e.g.*, *Gonzaga Univ. v. Doe*, 536 U.S. 273, 284–85 (2002). Indeed, the Supreme Court recently confirmed that the presumption cannot be rebutted merely by pointing to a parallel government enforcement scheme that allows suits by the Attorney General. Rather, "§ 1983 can play its textually prescribed role as a vehicle for enforcing [federal] rights, even alongside a detailed enforcement regime that also protects those interests, so long as § 1983 enforcement is not 'incompatible' with Congress's handiwork." *Health & Hosp. Corp. of Marion Cnty. v. Talevski*, 599 U.S. 166, 189 (2023).

23-50885.300

challenged conduct of the defendant[s], and (3) that is likely to be redressed by a favorable judicial decision." *Spokeo, Inc. v. Robins*, 578 U.S. 330, 338 (2016).

The elements of standing are "not mere pleading requirements but rather an indispensable part of the plaintiff's case." *Lujan*, 504 U.S. at 561. Thus, "each element must be supported in the same way as any other matter on which the plaintiff bears the burden of proof, *i.e.*, with the manner and degree of evidence required at the successive stages of the litigation." *Id.* On summary judgment, the plaintiff "must 'set forth' by affidavit or other evidence 'specific facts'" showing an injury resulting from the defendant's conduct, "which for purposes of the summary judgment motion will be taken to be true." *Id.* (quoting FED. R. CIV. P. 56(e)). Where multiple plaintiffs seek injunctive relief, only one needs to establish standing for each claim asserted. *Rumsfeld v. Forum for Acad. & Institutional Rights, Inc.*, 547 U.S. 47, 52 n.2 (2006).

"[P]laintiffs seeking injunctive and declaratory relief can satisfy the redressability requirement only by demonstrating a continuing injury or threatened future injury" for the self-evident reason that "injunctive and declaratory relief 'cannot conceivably remedy any past wrong.'" *Stringer v. Whitley*, 942 F.3d 715, 720 (5th Cir. 2019) (quoting *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 108 (1998)).

To constitute an injury in fact, a threatened future injury must be (1) potentially suffered by the plaintiff, not someone else; (2) "concrete and particularized," not abstract; and (3) "actual or imminent, not 'conjectural' or 'hypothetical.'" *Id.* at 720–21 (citations omitted). The injury must be "imminent . . . to ensure that the alleged injury is not too speculative for Article III purposes." *Id.* at 721 (quoting *Lujan*, 504 U.S. at 564 n.2). For a threatened future injury to satisfy the imminence requirement, there must be at least a "substantial risk" that the injury will occur. *Stringer*, 942 F.3d at 721 (quoting *Susan B. Anthony List v. Driehaus*, 573 U.S. 149, 158 (2014)).

Nonetheless, "[t]he injury alleged as an Article III injury-in-fact need not be substantial; it need not measure more than an identifiable trifle." *OCA-Greater Houston v. Texas*, 867 F.3d 604, 612 (5th Cir. 2017) (quotations omitted). "This is because the injury in fact requirement under Article III is qualitative, not quantitative, in nature." *Id.* (quotations omitted).

Juridical entities may establish standing under an associational or organizational theory of standing. *Id.* at 610.

"Associational standing is a three-part test: (1) the association's members would independently meet the Article III standing requirements; (2) the interests the association seeks to protect are germane to the purpose of the organization; and (3) neither the claim asserted, nor the relief requested requires participation of individual members." *Texas v. Nuclear Regul. Comm'n*, 78 F.4th 827, 836–37 (5th Cir. 2023).

"By contrast, 'organizational standing' does not depend on the standing of the organization's members. The organization can establish standing in its own name if it 'meets the same standing test that applies to individuals.'" *OCA-Greater Hous.*, 867 F.3d at 610 (citations omitted) (quoting *Ass'n of Cmty. Orgs. for Reform Now v. Fowler*, 178 F.3d 350, 356 (5th Cir. 1999)). For example, an organization, like any other party, can satisfy the injury-in-fact requirement by demonstrating financial harm. *See, e.g.*, *Lion Health Servs., Inc. v. Sebelius*, 635 F.3d 693 (5th Cir. 2011) (hospice care provider had standing to challenge federal regulation governing calculation of annual Medicare hospice provider cap by demonstrating financial harm it suffered through use of the regulation). An organization can likewise establish a likely future injury if it intends "to engage in a course of conduct arguably affected with a constitutional interest, but proscribed by a statute." *Babbitt v. Farm Workers*, 442 U.S. 289, 298 (1979).[16]

---

[16] *See also Dep't of Tex., Veterans of Foreign Wars of U.S. v. Tex. Lottery Comm'n*, 760 F.3d 427, 439 (5th Cir. 2014) (charitable organizations had standing to challenge statute prohibiting their use of bingo proceeds for political

An organization can also demonstrate the requisite injury with evidence that its "ability to pursue its mission is 'perceptibly impaired' because it has 'diverted significant resources to counteract the defendant's conduct[.]'" *Tenth St. Residential Ass'n v. City of Dallas*, 968 F.3d 492, 500 (5th Cir. 2020) (quoting *N.A.A.C.P. v. City of Kyle*, 626 F.3d 233, 238 (5th Cir. 2010)). But "an organization does not automatically suffer a cognizable injury in fact by diverting resources in response to a defendant's conduct." *El Paso Cnty. v. Trump*, 982 F.3d 332, 343 (5th Cir. 2020). "Rather, the Article III injury comes when that diversion of resources concretely and 'perceptibly impairs' the organization's ability to carry out its purpose. Put differently, the 'perceptible impairment' to an organization's ability to carry out its mission, not the 'drain on the organization's resources,' is the 'concrete and demonstrable injury' for organizational standing." *La. Fair Hous. Action Ctr., Inc. v. Azalea Garden Props., L.L.C.*, 82 F.4th 345, 353 (5th Cir. 2023) (citations and alteration marks omitted) (quoting *Havens Realty Corp. v. Coleman*, 455 U.S. 363, 379 (1982)).

## 2. Analysis

Based on the summary judgment record, the Court concludes that at least one of the OCA Plaintiffs, REV-UP, has established associational standing.[17]

With respect to associational standing, it is undisputed that REV-UP is a membership organization and that it has members in Texas who vote by mail. *see* ECF No. 611 at 41.[18] It is

---

advocacy as an unconstitutional burden on their political speech); *S. Christian Leadership Conf. v. Sup. Ct. of State of La.*, 252 F.3d 781, 878–788 (5th Cir. 2001) (concluding that "at least some" of the plaintiffs—law students and faculty and community and student organizations—had standing to challenge a Louisiana Supreme Court rule restricting representation by student-practitioners because "[t]he operations of law-school clinics were directly regulated" and "[s]everal of the client organizations would be unable to obtain representation by the clinics"); *cf. Lujan*, 504 U.S. at 561–62 ("When the suit is one challenging the legality of government action or inaction" and "the plaintiff is himself an object of the action (or forgone action) at issue[,] . . . there is ordinarily little question that the action or inaction has caused him injury, and that a judgment preventing or requiring the action will redress it.").

[17] Although only one of the OCA Plaintiffs must establish standing to assert a claim under Section 101, *see Rumsfeld*, 547 U.S. at 47, 52 n.2, it appears more likely than not that OCA-Greater Houston and LWVTX have standing on the same bases, *see* ECF No. 611 at 32–37 (LWVTX); *id.* at 38–41 (OCA-Greater Houston).

[18] As the Supreme Court recently clarified, the burden of establishing the requirement for "an organization has identified members and represents them in good faith, our cases do not require further scrutiny into how the

22

also undisputed that REV-UP members had their ABBMs and/or mail ballots rejected based on S.B. 1's number matching requirement and are at risk of having their voting materials rejected again on the same basis in future elections. *See id.* at 44–45 (describing Teri Saltzman a legally blind voter in Travis County whose March 2022 ABBM and mail ballot and November 2022 mail ballot were rejected based on the number-matching requirement). REV-UP has also presented undisputed evidence that its members have been deterred from voting by mail out of fear that their ABBMs or mail ballots will be rejected due to S.B. 1's matching-number requirement. *See id.* at 44–45. These are sufficient injuries to confer Article III standing. *See, e.g.*, *Common Cause/Georgia v. Billups*, 554 F.3d 1340, 1351–52 (11th Cir. 2009) ("Requiring a registered voter either to produce photo identification to vote in person or to cast an absentee or provisional ballot is an injury sufficient for standing," as is requiring a registered voter to obtain a photo identification, irrespective of how easy it may be to comply with that requirement); *Stringer v. Hughs*, Nos. SA-20-CV-46-OG, SA-16-CV-257-OG, 2020 WL 6875182, at \*9 (W.D. Tex. Aug. 28, 2020) (violation of federal statutory right to simultaneously apply for voter registration and driver's license constituted injury "regardless of whether the individual plaintiffs have been registered to vote by alternative means").

Thus, these individual members would have independent standing to challenge the number-matching provisions under Section 101 because they have suffered an injury-in-fact; the harm they have suffered is fairly traceable to the number-matching provisions of S.B. 1 requiring the rejection of certain voting materials; and the injunctive relief requested by the OCA Plaintiffs—barring enforcement of the number-matching requirements—would redress their harm. *Spokeo*, 578 U.S. at 338 (2016).

---

organization operates." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 600 U.S. 181, 201 (2023).

With respect to the second element of associational standing, the interests REV-UP seeks to protect by challenging S.B. 1's number matching requirements are undoubtedly germane to its mission "to empower persons with disabilities through voter registration and assistance, issue advocacy, mobilization, and organizing." ECF No. 611 at 41; *see La Union del Pueblo Entero v. Abbott ("LUPE")*, 614 F. Supp. 3d 509, 526 (W.D. Tex. 2022).

Finally, REV-UP's claims do not require the participation of its members. This "prong of the associational standing test" focuses on "matters of administrative convenience and efficiency," *Food & Com. Workers Union Local 751 v. Brown Grp., Inc.*, 517 U.S. 544, 557 (1996), and is "solely prudential," *Ass'n of Am. Physicians & Surgeons, Inc. v. Tex. Med. Bd.*, 627 F.3d 547, 550 (5th Cir. 2010). The OCA Plaintiffs' claims "can be proven by evidence from representative injured members, without a fact-intensive-individual inquiry," *Tex. Med. Bd.*, 627 F.3d at 552, and there is no question that it is "more administratively convenient and efficient to assert such a challenge in a representative capacity." *LUPE*, 614 F. Supp. 3d at 527.

The Court concludes that the OCA Plaintiffs have met their initial burden on summary judgment with respect to REV-UP's associational standing to assert its Section 101 claim on behalf of its members. Thus, Defendants must either set forth facts to create a material issue or specifically demonstrate why, under the undisputed material facts, the OCA Plaintiffs are not entitled to summary judgment; they cannot simply assert that an issue remains. *Celotex*, 477 U.S. at 322 (1986) (Rule 56(e) of the Federal Rules of Civil Procedure "requires the nonmoving party to go beyond the pleadings and by her own affidavits, or by the depositions, answers to interrogatories, and admissions on file, designate specific facts showing that there is a genuine issue for trial" (cleaned up)). That burden is not discharged by "mere allegations or denials." *Id.* at 322 n.3; FED. R. CIV. P. 56(e). Defendants have failed to discharge their burden.

Accordingly, the Court concludes that there is no genuine dispute of material fact as to the OCA Plaintiffs' standing to challenge S.B. 1's number-matching framework under the Materiality Provision, and turns to the merits of the OCA Plaintiffs' claims.

### B.  Challenges to §§ 5.02, 5.03, 5.08, 5.10, and 5.12–5.14

Although the OCA Plaintiffs have standing to challenge the number-matching framework generally, their motion for partial summary judgment as to their Section 101 claim must be denied to the extent that it challenges Sections 5.02, 5.03, 5.08, 5.10, 5.12, 5.13, and 5.14 of S.B. 1, for both procedural and substantive reasons.

Procedurally, the OCA Plaintiffs failed to raise any challenges to Sections 5.08, 5.13, and 5.14 in their Second Amended Complaint. *See* ECF No. 200 ¶ 646. *See Solferini as Tr. of Corradi S.p.A. v. Corradi USA, Inc.*, No. 20-40645, 2021 WL 3619905, at *2 (5th Cir. Aug. 13, 2021) (determining that a movant was precluded from raising a claim at the summary judgment stage when he failed to plead that claim in his complaint).

Regardless of any procedural error, the OCA Plaintiffs' challenges to Sections 5.02, 5.03, 5.08, 5.10, 5.12, and 5.14 of S.B. 1 fail on the merits because none of those provisions require that mail-in ballot applications or mail-in ballots be rejected on any basis. Rather, those provisions merely address the procedures for collecting, tracking, and correcting the relevant identification numbers. *See* TEC §§ 84.002(a)(1-a), 84.011(a), (a)(3-a), 86.002(g), 86.015(c)(4), 87.0411, 87.0271. The Materiality Provision only prohibits actions that "*deny* the right of any individual to vote in any election because of an error or omission on any record or paper[.]" 52 U.S.C. § 10101(a)(2)(B) (emphasis added). It does not, as the State Defendants correctly point out, prevent Texas from otherwise prescribing the form of ballot materials or collecting and reviewing information that may be immaterial to voter eligibility. *See* ECF No. 646 at 47. Indeed, the OCA

Plaintiff's Second Amended Complaint explicitly concedes that "the State may legally request this information from voters (for example, as an optional data point that would prevent the need for a signature review)." ECF No. 200 at 45.

The OCA Plaintiffs nonetheless seek to enjoin these provisions because, even if they do not require election officials to reject any voting materials, they "contribute to the implementation and enforcement of SB 1's matching-number requirement." ECF No. 665 at 37. But these provisions cannot violate the materiality provision because they do not require the rejection of any voting materials. To extent that the OCA Plaintiffs challenge those provisions as unduly burdensome and confusing to voters, the Court does not dispute that being deterred from voting by mail is a harm, or even a legally cognizable harm, but because "deterrence" does not constitute a "denial" based on an "error or omission," the Materiality Provision is simply not the appropriate vehicle for such a claim.

## III. Plaintiffs' Challenges to Sections 5.07 and 5.13

### A. Whether the ID numbers in TEAM are material to voter qualifications

The Court must determine at the outset whether a voter's ability to provide the ID number associated with her voter registration record is material to her qualification to vote in a given election. It is not.

The State Defendants tautologically argue that "Texas law deems [ID] numbers material; therefore, they are material." ECF No. 646 at 30–33. As the OCA Plaintiffs point out, "[t]his logic would erase the Materiality Provision from existence, by defining *whatever* requirements might be imposed by state law in order to vote, no matter how trivial, as being 'material in determining whether such individual is qualified under State law to vote in such election.'" ECF No. 665 at 24 (citing 52 U.S.C. § 10101(a)(2)(B) and *United States v. Mississippi*, 380 U.S. 128, 137–38 (1965)

(phrase "otherwise qualified by law" in Section 10101(a)(1) cannot include invalid statutes; Congress "obviously" meant "qualifications required of all voters by valid state or federal laws")).

To determine whether an error or omission is material, the information required must be compared to state-law qualifications to vote. *See Migliori*, 36 F.4th at 162; *Martin v. Crittenden*, 347 F. Supp. 3d 1302, 1308–09 (N.D. Ga. 2018). Qualifications are substantive voter attributes. *See, e.g.*, *Lassiter v. Northampton Cnty. Bd. of Elections*, 360 U.S. 45, 51 (1959) (residence, age, criminal record); TEC § 11.002(a) (age, citizenship, mental capacity, criminal record, residence, and prior registration). They are distinct from rules governing the conduct of elections, including the manner of determining qualifications. *See Arizona v. Inter Tribal Council of Ariz., Inc.*, 570 U.S. 1, 13–17 (2013); *see also Harper v. Va. State Bd. of Elections*, 383 U.S. 663, 666 (1966) (distinguishing qualifications and compliance with poll tax).

It is self-evident that a voter's ID number is not material to her eligibility to vote under Texas law. Indeed, by itself, a voter's DPS number or SSN4 cannot offer any information about a voter's substantive eligibility to vote—or even to vote by mail—in the state of Texas because those numbers are static. For example, a person's SSN4 does not change when he turns 18, registers to vote, moves into or out of the state of Texas, is convicted of a felony or judged mentally incompetent, or even dies, even though all of those factors bear on his eligibility to vote in Texas. Nor does a person's SSN4 change when she turns 65, becomes disabled, changes her travel plans, or suffers a miscarriage, even though all of those factors could impact her eligibility to vote by mail in Texas.

Further, the text of S.B. 1 itself acknowledges that even *possession* of a DPS number or SSN4 is immaterial to voter eligibility by permitting applicants and voters to represent on their ABBMs and BBMs that they have "not been issued [such] a number." *See* S.B. 1 §§ 5.02, 5.08;

27

TEC § 84.002(a)(1-a). The presumably tiny fraction of Texas residents who fall into this category are not disqualified from voting on this basis. Nor are the over 90,000 voters registered in Texas who, regardless of whether they have been issued a DPS number or SSN4, have neither ID number associated with their TEAM record. *See* SUF ¶¶ 140–41. Those voters presumably have neither ID number associated with their TEAM record because they registered to vote before 2004, when Texas began requiring a DPS number or SSN4 on its voter registration form in compliance with HAVA.[19]

Not even HAVA's ID number requirement renders the relevant DPS numbers or SSN4s "material" to voter qualifications.[20] To begin, HAVA did not direct states to purge all existing voters from state rolls and force them to re-register in accordance with the new federal requirements.[21] Indeed, HAVA does not even require states to *implement* a registration process. *See* 52 U.S.C. § 21083(a)(1)(B) (exempting states without voter registration requirements from HAVA's ID number and database provisions).[22] And, as with S.B. 1, HAVA does not prohibit individuals who do not possess a state ID number or SSN4 from registering to vote, but rather directs states to assign those voters unique identification numbers. As a result, even following HAVA, thousands of qualified voters have neither a DPS number nor an SSN4 associated with their TEAM record. SUF ¶ 141 (indicating that, as of January 2023, over 90,000 Texas registered

---

[19] Given the number of errors in the TEAM database, a voter's ability to correctly guess the incorrectly recorded version of their ID number could hardly be considered material to either their eligibility to vote or their identity.

[20] HAVA's ID requirements apply "notwithstanding any other provision of law," which avoids any potential conflict with Section 101. *Id.* § 21083(a)(5)(A)(i); *see also Fla. State Conf. of N.A.A.C.P. v. Browning*, 522 F.3d 1153, 1174, (11th Cir. 2008); 52 U.S.C. § 21145(a) (omitting the Civil Rights Act of 1964 from list of laws not to be superseded by HAVA).

[21] Such a requirement would almost certainly violate the constitution. *See, e.g.*, *Beare v. Smith*, 321 F. Supp. 1100, 1103 (S.D. Tex. 1971) (concluding that Texas's annual voter registration requirement amounted to an unconstitutional poll tax in violation of the Equal Protection Clause of the Fourteenth Amendment).

[22] *See also Browning*, 522 F.3d at 1183 n.17 (Barkett, J., dissenting in part) ("The [ID number] information also cannot be *per se* material if a state such as North Dakota is allowed to hold federal elections without any registration requirements.").

voters had neither a DPS number nor a SSN4 affiliated with their voter registration record). Thus, having a DPS number or SSN4 associated with one's registration record cannot be material to voter *eligibility*.

For the argument that HAVA renders ID numbers *per se* material to voter eligibility, the State Defendants rely on the majority opinion in *Florida State Conf. of N.A.A.C.P. v. Browning*, which concluded:

> The fact that HAVA section 303(a) requires states to obtain the applicant's identification numbers before accepting a registration application and also to "determine whether the information provided . . . is sufficient to meet [that] requirement[ ]" indicates that Congress deemed the identification numbers material to determining eligibility to register and to vote.

522 F.3d 1153, 1174 (11th Cir. 2008). The Court is neither bound nor persuaded by this reasoning, which is undermined by the text of HAVA itself.

As the concurrence in *Browning* and at least one other court have pointed out, HAVA does not require states to verify the accuracy of an applicant's identifying number before registration:

> If a state is not required to verify an applicant's identifying number, then HAVA does not automatically make such information material because an individual in a state without a matching scheme could provide her driver's license or social security number and even though she may have transposed two numbers of her application, that immaterial error would not prevent her from voting in that state. Furthermore, the information cannot be *per se* material because HAVA provides for the assignment of a unique identifying number, which does not have to be matched, for those individuals who do not have a driver's license or social security number.

*Browning*, 522 F.3d at 1183 n.17 (Barkett, J., dissenting in part); *see also Wash. Ass'n of Churches*, 492 F. Supp. 2d at 1268–69 ("It is clear from the language of the statute and by looking at legislative history that HAVA's matching requirement was intended as an administrative safeguard for 'storing and managing the official list of registered voters,' and not as a restriction on voter eligibility. This is evidenced by the requirement that a person who has no driver's license or social

23-50885.310

security number be given a unique identifying number, but not be matched, prior to registering to vote.") (citations omitted). Texas's failure to verify the validity of the ID numbers provided on voters' original registration forms is manifest in the thousands of errors in TEAM. As a matter of common sense, a qualified voter's ability to correctly guess the incorrect DPS number associated with her voter registration record in TEAM cannot be material to her eligibility to vote.

Whatever the force of the *Browning* panel's decision with respect to the materiality of providing (or being assigned) an ID number upon registration, that is not what is at issue in this case. Voters who seek to vote by mail in Texas have already complied with HAVA and the Texas Election Code when they registered to vote. SB 1's matching-number requirement superfluously duplicates HAVA's registration-stage requirement to *provide* an ID number at *both* the ABBM and mail ballot stages, and it then *also* requires the number to match the voter's file in the TEAM database, which is riddled with errors.

The State Defendants assert that the ID number requirement is material to voter eligibility because it confirms the identity of the voter and that the person casting the ballot is in fact the registered voter.[23] ECF No. 645 at 15–22. Here again, the State Defendants have confused voters'

---

[23] The State Defendants suggest that S.B. 1's number-matching requirement constitutes a "decision to bring mail-in voting into conformity with requirements already employed for in-person voting: that voters offer proof of identification by means of a government issued ID." ECF No. 645 at 5. S.B. 1, they argue ,"requires voters to provide a number that identifies them in a similar way a photo ID would identify them if they appeared in person because it is unique to them, and that for reasons unrelated to voting is unlikely in anyone else's possession." *Id.* at 17. The comparison to in-person voter ID requirements is inapt.

Under Texas law, voters who cast a ballot in person can provide one of seven forms of photo ID. TEC § 63.0101(a) (enumerating the following acceptable forms of photo IDs: a U.S. military ID card, a U.S. passport book or card, a U.S. citizenship certificate, and a driver's license, personal ID card, election ID certificate, or handgun license issued by the Texas DPS). A voter can provide an expired photo ID, so long as it has not been expired for over four years. *Id.* In addition, a voter who does not possess and cannot reasonably obtain an acceptable photo ID can still cast a ballot by filling out a declaration at the polls and providing one of seven alternative supporting forms of ID. *See id.* § 63.0101(b) (voter may alternatively provide a current utility bill, bank statement, government check, paycheck, birth certificate, or any other government document showing the voter's name and address).

Any of these forms of identification will suffice for in-person voters, regardless of the specific ID number associated with their TEAM records. S.B. 1, on the other hand, requires absentee voters to recall and produce the very same identification number(s) they provided on a registration form months or years earlier—assuming that the numbers were correctly recorded in TEAM. S.B. 1 not only permits voters to provide expired DPS numbers but *requires* voters

substantive qualifications with the methodology for identifying voters in order to administer an election. *See* 52 U.S.C. §§ 20504(c)(2)(B)(ii), 20508(b)(1) (distinguishing between information necessary "to enable the appropriate State election official to assess the eligibility of the applicant" and information needed "to administer voter registration"); *see also* Tex. Const. art. 6, § 2(a) (defining "qualified voter"), and "The Times, Places and Manner of holding Elections," U.S. Const. art. I, § 4 cl. 1; *see also* Tex. Const. art. 3, § 27 (permitting regulation of elections by law).

As a practical matter, the undisputed evidence confirms that election officials do *not* use the ID numbers on ABBMs and BBMs to confirm voters' identities but to reject their voting materials. While he was serving as the Director of the Elections Division of the Texas SOS, Keith Ingram acknowledged that "individual eligibility criteria ha[ve] nothing to [d]o with the number."[24] SUF ¶ 15. The Travis County Clerk further testified that Travis County is "able to associate [an ABBM] applicant with their voter even in the absence" of an identification number, because they "have to look up [the voter's] file to see if [the voter] ha[s] a number in the first place.*" See* ECF No. 611-1, Ex. 18, Charlie Johson Dep. at 28:19–29:2. This is logical—to compare the DPS number or SSN4 on mail ballot materials with a voter's registration record, as S.B. 1 requires, officials must have already discerned the identity of the voter "identified on the applicant's application for voter registration" or "the voter's application for voter registration."[25] TEC §§ 86.001(f), 87.041(b)(8); SUF ¶¶ 119–20.

---

to provide an expired DPS number whenever their TEAM record contains an expired number. *Cf.* SUF ¶ 142 (noting that roughly 2.4 million Texas voters have only one of their multiple DPS numbers in TEAM).

Thus, the proper analogy in the in-person voting context would be requiring in-person voters to search their closets, filing cabinets, and couch cushions for the long-expired, possibly misplaced, photo ID that happened to be in their possession when they registered to vote (perhaps decades earlier) or else be turned away at the polls.

[24] In *Migliori*, the Third Circuit considered a similar statement from the Pennsylvania Deputy Secretary for Elections & Commissions that the date on the carrier envelope "[was] not used 'to determine the eligibility' (i.e., qualifications) of a voter." *Migliori*, 36 F.4th at 164. "This, without more," the panel concluded, "slams the door shut on any argument that this date is material." *Id.*

[25] The State Defendants insist that the ID numbers could be used to distinguish between two individuals with similar names and personal information, such as a "junior" and "senior" living in the same household. *See* ECF No. 645 at

Similarly, even if the Court were to conclude that S.B. 1's matching-number requirement does not violate Section 101 at the ABBM stage, the duplicative requirement that a voter who has successfully obtained a mail ballot by matching the ID number on their ABBM to their voter file must do so *again* on the carrier envelope to have their vote counted would still be unlawful. After all, the provision of the ballot itself indicates that the voter has already been identified and found qualified by an election official. *See Martin*, 347 F. Supp. 3d. at 1309 (enjoining requirement that voters hand-write their birth year on absentee ballot because "the qualifications of the absentee voters" were "not at issue because [county] elections officials have already confirmed such voters' eligibility through the absentee ballot application process"); *League of Women Voters of Ark. v. Thurston*, No. 5:20-CV-05174, 2021 WL 5312640, at *4 (W.D. Ark. Nov. 15, 2021) (state law requiring absentee voters to submit duplicative information at mail-ballot stage, after voters had already correctly provided the information at the application stage, under threat of being disenfranchised on the basis of a mismatch or omission, gave rise to a materiality violation).

Once election officials have determined an applicant or voter's identity, additional requirements that confirm identity are not material to determining whether the applicant or voter is qualified to vote or vote by mail and compounds the chance for error and disenfranchisement. *See Schwier v. Cox (Schwier I)*, 340 F.3d 1284, 1294 (11th Cir. 2003). Section 101 does not permit

---

17–18. But Plaintiffs do not dispute that the ID numbers can be *useful* in affirmatively identifying voters. *See* ECF No. 200 at 45 (conceding that "the State may legally request this information from voters (for example, as an optional data point that would prevent the need for a signature review)"). Rather, they challenge S.B. 1's ability to accurately and reliably exclude voters as unqualified for failing to satisfy the ID-matching requirement. Furthermore, even after S.B. 1, election officials continued to rely on other, publicly available information (also provided on the ABBM) to confirm voters' identities. For example, Mr. Ingram testified that, under S.B. 1, a county clerk can provide a voter with her ID number on file so long as the voter validates their identity by providing "information that would be in their voter record," like "name, date of birth, [and] address," all of which were required on ABBMs before S.B. 1. ECF No. 611-1 at 435–36 (Ex. 20, Ingram Dep. at 104:21–105:10). Likewise, an Election Advisory from the SOS instructs county officials to "confirm the voter's identity using publicly available information" in carrying out the cure processes, *i.e.*, without the use of ID numbers, *id.* at 1155 (Ex. 70, Election Advisory No. 2022-08). In short, the State Defendants' assertion that DPS numbers and SSN4s *could* be used to help confirm a voter's identity does not create a genuine dispute of fact as to whether the ID numbers are required to confirm a voter's eligibility.

state actors to require voters to recite redundant information that confirms a known identity, even as a prophylactic against voter impersonation. *See Schwier II*, 412 F. Supp. 2d at 1276 (rejecting contention that any information that "could help to prevent voter fraud" is material to qualifications). Thus, courts have found a wide range of information—such as a driver's license number matching state records, *Wash. Ass'n of Churches*, 492 F. Supp. 2d at 1266, 1270; a social security number, *Schwier v. Cox* (*Schwier III*), 439 F.3d 1285, 1286 (11th Cir. 2006) (mem. op.); or a birth year on an absentee ballot envelope, *Martin*, 347 F. Supp. 3d at 1308–09—not to be material to determining a voter's qualifications, even though this information could conceivably confirm a voter's identity.

Thus, the Court concludes as a matter of law that a voter's ability to provide the ID number associated with her voter registration record on TEAM is not material to her voter qualifications under Texas law.

### B. Whether Section 101's protections extend to S.B. 1's mail-in voting process

The State Defendants and Intervenor-Defendants maintain that Sections 5.07 and 5.13 do not even *implicate* the Materiality Provision because they govern the procedures for requesting and casting a mail-in ballot rather than voter registration. *See* ECF No. 608 at 13–23; ECF No. 634 at 15–18; ECF No. 635 at 13–17; ECF No. 645 at 11–12 (incorporating by reference the arguments in Intervenor-Defendant's MSJ); ECF No. 646 at 29–30 (same). The Materiality Provision, they argue, prohibits states from refusing to register voters *during the voter-registration process* based on violations of rules that seek information immaterial to assessing state-law voter qualifications.

Here, Defendants seek to reassert an argument already rejected in the Court's order denying the State Defendants' motion to dismiss the United States' materiality claim:

> [T]he preparation and submission of an application to vote by mail, as well as the preparation and submission of a mail ballot carrier envelope, are actions that voters

must take in order to make their votes effective. Section 101, as a result, does not only apply when a voter is absolutely prohibited from voting. It also reaches the actions contemplated under sections 5.07 and 5.13.

*LUPE (USA)*, 604 F. Supp. 3d at 541.

Intervenor-Defendants nonetheless argue that their construction is supported by the canon of *ejusdem generis*, which provides that "where general words follow an enumeration of specific items, the general words are read as applying only to other items akin to those specifically enumerated." *Harrison v. PPG Indus., Inc.*, 446 U.S. 578, 588 (1980). Intervenor-Defendants contend that the terms "application" and "registration" relate to an initial qualification determination, and that the term "other act requisite to voting" must "therefore refer[] only to the functional equivalents of 'application' and 'registration'—i.e., the initial processes to assess voter qualifications." ECF No. 608 at 20. Not so.

The CRA's capacious definition of "vote" easily dispenses with the Intervenor-Defendants' position that "all evidence indicates . . . that Congress was concerned with registration when it passed the materiality provision, not other stages of the electoral process." ECF No. 663 at 19. If Section 101 was intended only to protect qualified voters' right to *register* and be added to the voter rolls and not their right to actually cast a ballot and have it counted, Congress could have said so. It did just the opposite: the statute protects an individual's right to *vote*, broadly defined to include "*all action necessary* to make a vote effective including, . . . casting a ballot, and having such ballot counted and included in the appropriate totals of votes." 52 U.S.C. §§ 10101(a)(2)(B), (a)(3)(A) (emphasis added).

The text of the Materiality Provision further confirms that the "right to vote" is evaluated on an election-by-election basis. It protects a qualified individual's right to vote "*in any election*" regardless of paperwork errors that are immaterial to their qualification to vote "*in such election*."

52 U.S.C. § 10101(a)(2)(B) (emphasis added). In other words, denying the statutory right to vote based on an error or omission that disqualifies a voter from only a *single* election violates Section 101. This language cannot reasonably be interpreted to mean Congress forbade denying the right to vote only for errors that affect whether the voter is qualified "to register," or to vote "in elections generally." Section 101 prohibits denial of the right to vote in a single election just as thoroughly as it prohibits wholesale refusal to register a voter. *Cf. Migliori*, 36 F.4th at 163 ("[M]ateriality is limited to errors or omissions determining qualification 'to vote in *such* election,' not future elections.").

More importantly, canons of construction such as *ejusdem generis* are applied only to resolve ambiguity, not create it. *See Harrison*, 446 U.S. at 588 (citing *United States v. Powell*, 423 U.S. 87, 91 (1975)). Congress's use of the phrase "any other" when introducing a broadening provision is "expansive language" that "offers no indication whatever that Congress intended [a] limiting construction" of the general phrase constrained by more specific preceding examples. *Harrison*, 446 U.S. at 589.[26] And the Supreme Court has counseled that courts should not "woodenly apply limiting principles every time Congress includes a specific example along with a general phrase," In any event, we do not woodenly apply limiting principles every time Congress includes a specific example along with a general phrase. *Ali v. Fed. Bureau of Prisons,* 552 U.S.

---

[26] In *Harrison*, the Supreme Court declined to apply a narrowing construction to § 307(b)(1) of the Environmental Protection Act, providing for direct review by a federal court of appeals of administrative actions under several specifically enumerated provisions of the Act and of "any other final action" of the Administrator. 446 U.S. at 587–92. The Court declined to apply the canon of *ejusdem generis* because there was "no uncertainty in the meaning of the phrase, 'any other final action'."

> When Congress amended the provision in 1977, it expanded its ambit to include not simply "other final action," but rather "any other final action." This expansive language offers no indication whatever that Congress intended the limiting construction of § 307(b)(1) that the respondents now urge. Accordingly, we think it inappropriate to apply the rule of ejusdem generis in construing § 307(b)(1). Rather, we agree with the petitioners that the phrase, "any other final action," in the absence of legislative history to the contrary, must be construed to mean exactly what it says, namely, any other final action.

*Id.* at 588–89.

214, 227 (2008). The Court does not find any uncertainty in the phrase "other act requisite to voting" and concludes that the phrase encompasses the completion of both ABBMs and the carrier envelopes. An ABBM is an "application" "requisite to voting" for most individuals who seek to cast a mail ballot. *See* TEC § 84.001(a); SUF ¶ 36. Similarly, preparation of a carrier envelope[27] is "an act requisite to voting" for individuals who cast a mail ballot. *See* TEC §§ 86.005(c), 86.006, 101.057, 101.107; SUF ¶¶ 48, 63, 70.

In support of their position that the Materiality Provision should be limited to the registration stage, the Intervenor-Defendants rely on statements in two non-binding, non-precedential opinions. *See, e.g.*, ECF No. 608 at 17 (citing *Ritter*, 142 S. Ct. at 1825 (Alito, J., dissenting from the denial of the application for stay) and *Vote.org v. Callanen*, 39 F.4th 297 (5th Cir. 2022) (stay opinion)). The motions panel in *Vote.org* suggested in a footnote that "[a] plausible argument can be made that [Section 101] is tied to only voter registration specifically and not to all acts that constitute casting a ballot." 39 F.4th at 305 n.6. The panel relied on reasoning in Justice Alito's reasoning in dissent, that even after qualifying and registering, a voter who "does not follow the rules" may be unable to cast a vote for "any number of reasons":

> A voter may go to the polling place on the wrong day or after the polls have closed. A voter may go to the wrong polling place and may not have time to reach the right place before it is too late. A voter who casts a mail-in ballot may send it to the wrong address.

*Ritter*, 142 S. Ct. at 1825 (Alto, J., dissenting). Thus, the panel reasoned, "[i]t cannot be that any requirement that may prohibit an individual from voting if the individual fails to comply denies the right of that individual to vote under" the Materiality Provision. (5th Cir. 2022)*.* And that is literally correct: only refusals to count a voter's ballot for *immaterial errors on voting-related paperwork* are actionable under the statute's plain terms.

---

[27] Or, with respect to military and overseas voters, a signature sheet.

It is not clear to the Court how any of the errors cited by the motions panel—going to the wrong polling place, sending a ballot to the wrong address, or failing to cast an in-person or mail ballot by the relevant deadline—constitutes an "error or omission" on "any paper or record" that would fall within the scope of the Materiality Provision. *See Democratic Cong. Campaign Comm. v. Kosinski*, 614 F. Supp. 3d 20, 55 (S.D.N.Y. 2022) (distinguishing between errors regarding a voter's assigned polling place and errors "on any record or paper"); *Friedman v. Snipes*, 345 F. Supp. 2d 1356, 1372–73 (S.D. Fla. 2004) (declining to issue an injunction under Section 101 requiring counting of absentee ballots received after a deadline, noting that this was not an error or omission "on any record or paper"). fMore importantly, none of those provisions are at issue in this litigation.

Finally, at odds with the plain text, Intervenor-Defendants insist that the Materiality Provision must be limited to voter registration to avoid constitutional problems, because Congress sought with the Materiality Provision to prevent "racially discriminatory practices in *voter registration*." ECF No. 608 at 15–16; *see also id.* at 7–8. In enacting Section 101, Congress considered "the practice of requiring unnecessary information for voter registration"—such as listing the registrant's "exact number of months and days in his age"—"with the intent that such requirements would increase the number of errors or omissions on the application forms, thus providing an excuse to disqualify potential voters." ECF No. 608 at 14 (citing *Schwier I*, 340 F.3d at 1294*).* "Such trivial information served no purpose other than as a means of inducing voter-generated errors that could be used to justify rejecting applicants." *Browning*, 522 F.3d at 1173; *see* H.R. Rep. No. 88-914, pt. 2, at 5 (1963) ("[R]egistrars [would] overlook minor misspelling errors or mistakes in age or length of residence of white applicants, while rejecting" an African-American's application "for the same or more trivial reasons."). The Intervenor-Defendants'

37

argument—that Section 101 is limited to voter registration because Congress considered discrimination in the registration process—fails, for at least two reasons.

First, because the language of the Materiality Provisions is unambiguous, neither the canon of constitutional avoidance nor legislative history can defeat the text. *See United States v. Oakland Cannabis Buyers' Co-op.*, 532 U.S. 483, 494 (2001) ("[T]he canon of constitutional avoidance has no application in the absence of statutory ambiguity."); *Bostock v. Clayton Cnty., Ga.*, 140 S. Ct. 1731, 1750 (2020) ("[L]egislative history can never defeat unambiguous statutory text[.]"). Even assuming that Congress intended to limit the Materiality Provision to errors and omissions at the registration stage, the text simply does not permit that construction. The Supreme Court has counseled that, "[w]hen the express terms of a statute give us one answer and extratextual considerations suggest another, it's no contest. Only the written word is the law, and all persons are entitled to its benefit." *Bostock*, 140 S. Ct. at 1737; *see also id.* ("Those who adopted the Civil Rights Act might not have anticipated their work would lead to this particular result. . . . But the limits of the drafters' imagination supply no reason to ignore the law's demands.").[28] "Ours is a society of written laws. Judges are not free to overlook plain statutory commands on the strength of nothing more than suppositions about intentions or guesswork about expectations." *Id.* at 1754.

Second, in addition to its power to regulate federal elections under the Elections Clause, U.S. Const. art. I, § 4, the Reconstruction Amendments authorize Congress to enact prophylactic legislation to protect the right to vote in particular, as the Supreme Court has repeatedly confirmed. *E.g.*, *City of Boerne v. Flores*, 521 U.S. 507, 518 (1997) (noting the validity of Congress's "suspension of literacy tests and similar voting requirements" as well as "other measures protecting

---

[28] Likewise, with respect to the CRA's expansive definition of "voting," the Supreme Court has explained that, "[w]hen a statute includes an explicit definition of a term, [courts] must follow that definition, even if it varies from a term's ordinary meaning." *Van Buren v. United States*, 141 S. Ct. 1648, 1657 (2021) (quoting *Tanzin v. Tanvir*, 141 S. Ct. 486, 490 (2020)) (internal quotation marks omitted).

voting rights" and collecting cases). When legislating pursuant to its Fifteenth Amendment powers, "Congress may use any rational means to effectuate the constitutional prohibition of racial discrimination in voting." *South Carolina v. Katzenbach*, 383 U.S. 301, 324 (1966).

While Congress surely intended to prevent abuses in the voter registration process, *see, e.g.*, *Schwier I*, 340 F.3d at 1294, nothing in Section 101's statutory language nor its legislative purpose indicates that Congress chose to *allow* them at other stages in the process between voter registration and completing all legal requirements requisite to voting an effective ballot.[29] Indeed, a rule protecting voter *registration* only, but allowing registered voters to still be denied an *effective* vote based on irrelevant paperwork errors, would not have accomplished Congress' broader, well-documented aim of eradicating all manner of arbitrary and discriminatory denials of the right to vote. *E.g.*, H.R. Rep. No. 88-914 (1963), *reprinted at* 1964 U.S.C.C.A.N. 2391, 2394, 2485–87, 2491. Thus, Congress used expansive language in crafting a prophylactic rule that protects "the right of any individual to vote in any election" and that extends to "all action necessary to make a vote effective." 52 U.S.C. §§ 10101(a)(2)(B) & (e). The broad definition of the "right to vote" further undermines Intervenor-Defendants' position. It would not make sense for Congress to capaciously define the right to vote to include all actions necessary to render a vote effective but limit the application of the statute's protections to the initial act of *registering* to vote.

The "rational means" of combatting racial discrimination in voting is not limited to solving a problem—disenfranchisement based on immaterial errors on voting paperwork—on a form-by-form basis. Indeed, Congress's enactment of a broader rule is entirely rational: after identifying a

---

[29] In general, courts should not construe statutes based on what Congress failed to say in legislative history. *See Harrison*, 446 U.S. at 591–92 ("The respondents also rely on what the Committee and the Congress did *not* say about the 1977 amendments to § 307(b)(1). . . . [But] it would be a strange canon of statutory construction that would require Congress to state in committee reports or elsewhere in its deliberations that which is obvious on the face of a statute. In ascertaining the meaning of a statute, a court cannot, in the manner of Sherlock Holmes, pursue the theory of the dog that did not bark.").

record of a problem at the registration stage, Congress was not limited to crafting a solution with an obvious loophole allowing officials to use forms at later stages in the same way, and for the same purpose. *See Katzenbach*, 383 U.S. at 309 (describing "voluminous legislative history" addressing "unremitting and ingenious defiance of the Constitution"); *Browning*, 522 F.3d at 1173 ("[W]e recognize that Congress in combating specific evils might choose a broader remedy. . . . The text of the [Materiality Provision], and not the historically motivating examples of intentional and overt racial discrimination, is thus the appropriate starting point of inquiry in discerning congressional intent."). To the extent that the Intervenor-Defendants seek to challenge the wisdom of the Materiality Provision's expansive reach as a policy matter, "[that] is an argument to be addressed to Congress, not to this Court." *Harrison*, 446 U.S. at 593.

In short, the Court concludes that completing an ABBM is an "application" "requisite to voting" for most individuals who seek to cast a mail ballot. *See* TEC § 84.001(a); SUF ¶ 36. Similarly, preparation of a carrier envelope is "an act requisite to voting" for most individuals who cast a mail ballot. *See* TEC §§ 86.005(c), 86.006, 101.057, 101.107; SUF ¶¶ 48, 63, 70. Thus, the Materiality Provision reaches Sections 5.07 and 5.13 of S.B. 1 because failure to satisfy the number-matching requirements constitutes an "error or omission" on an ABBM or carrier envelope—a "record or paper"—relating to a voter's application to vote by mail or mail-in ballot—an "application, registration, or other act requisite to voting" under Section 101.

### C.  Whether Sections 5.07 and 5.13 result in a denial of the right to vote in an election

Denial of the statutory right to vote under Section 101 is complete when a particular application or carrier envelope is rejected; an opportunity to cure the rejection, submit another application, or cancel a mail ballot does not negate the denial of the statutory right to vote. *See La Unión del Pueblo Entero*, 604 F. Supp. 3d at 541; *see also Vote.org v. Ga. State Election Bd.*, No.

40

1:22-cv-1734, 2023 WL 2432011, at *7 (N.D. Ga. Mar. 9, 2023) (rejecting the "argument that the opportunity to cure an error rehabilitates any potential violation"); *Sixth Dist. of Afr. Methodist Episcopal Church v. Kemp*, 574 F. Supp. 3d 1260, 1282 (N.D. Ga. 2021) (same).

Recycling arguments that were already rejected at the motion-to-dismiss stage, the State Defendants and Intervenor-Defendants insist that Sections 5.07 and 5.13 do not violate the Materiality Provision because they do not deny the right to vote. *See* ECF No. 608 at 16–18, ECF No. 634 at 9–15, ECF No. 635 at 7–13, ECF No. 663 at 8–11, ECF No. 645 at 22–26, ECF No. 646 at 41–50.

Defendants reassert that the opportunity to cure a rejection or vote in person after a rejection satisfies their obligation not to deny the statutory right to vote protected by Section 101. *See* ECF No. 646 at 20– 23, 41–47; ECF No. 634 at 9–10. But the Court has already recognized that cure procedures do not absolve an initial violation. *See LUPE (USA)*, 604 F. Supp. 3d at 541. Indeed, the efficacy of any cure procedure is irrelevant to the question under the Materiality Provision, which is violated whenever an ABBM or mail ballot is rejected based on an immaterial error or omission. Section 101 requires paperwork with an immaterial error or omission to be accepted, not rejected with an invitation to try again. If a qualified voter fails to cure an immaterial error or omission on her voting materials, she is unable to cast a ballot and have her vote counted— she was denied the right to vote in that election based on the error or omission.

Nor does the availability of in-person voting negate S.B. 1's denial of the statutory right to vote for failure to satisfy the number-matching requirements. Section 101 protects against rejection of mail voting materials. *See LUPE (USA)*, 604 F. Supp. 3d at 541 n.20; *see also Migliori*, 36 F.4th at 156–57. This is because Section 101 applies to "any individual" participating in "any election" and to "any record or paper" relating to "any application, registration, or act requisite to voting."

52 U.S.C. § 10101(a)(2)(B) (emphasis added); *see also, e.g.*, *United States v. Gonzales*, 520 U.S. 1, 5 (1997) (explaining that "the word 'any' has an expansive meaning, that is, 'one or some indiscriminately of whatever kind'" (quoting Webster's Third New International Dictionary 97 (1976))). Having made mail ballot voting available, Texas is not permitted to refuse to count mail ballots solely because of an insignificant paperwork error. *See In re Georgia Senate Bill 202*, No. 1:21-CV-01259-JPB, 2023 WL 5334582, at *10 (N.D. Ga. Aug. 18, 2023) ("The text of the Materiality Provision does not distinguish between . . . 'an act requisite to voting *absentee*' and 'an act requisite to voting *in person*.' Instead, the statute prohibits the denial of the right to vote.").

S.B. 1 provides that mail ballot materials must be rejected if the materials lack an ID number matching voter registration records, preventing an applicant from casting a mail ballot or have that ballot counted. *See* TEC §§ 86.001(f), 87.041(b)(8); SUF ¶¶ 32–35, 50–51, 63. The existence of additional, more onerous procedures that voters could use to try to overcome the rejection does not negate the original denial. Section 101's plain text does not permit election officials to reject mail ballot materials based on errors or omissions not material to voter qualifications *unless and until* voters successfully provide the requested information or the State fixes its own database errors or omissions. *See* 52 U.S.C. § 10101(a)(2)(B); *LUPE (USA)*, 604 F. Supp. 3d at 541. Ultimately, even with a cure process, the fact remains that S.B. 1 requires rejection of mail ballot materials if a voter does not submit an identification number that matches voter registration records. *See* TEC §§ 86.001(f), 87.041(b)(8); SUF ¶¶ 37, 39, 61, 63, 67–68. That rejection denies the statutory right to vote.[30]

---

[30] Even assuming that the Court considered the cure procedures to be legally relevant—and it does not—cure procedures under S.B. 1 do not protect the franchise because some voters cannot effectively use them to ensure their application is accepted and their valid ballot is counted. *Cf. Democratic Exec. Comm. of Fla. v. Detzner*, 347 F. Supp. 3d 1017, 1030–31 (N.D. Fla. 2018) (finding cure provisions inadequate to resolve due process concerns when "the opportunity to cure has proven illusory"); *Martin v. Kemp*, 341 F. Supp. 3d 1326, 1339 (N.D. Ga. 2014) (same). For example, to access the online Ballot Tracker, a voter is required by statute to enter their name, SSN4, DPS ID number, and registration address. *See* TEC § 86.015(b). This log-in process compares the information entered by the voter

The number-matching provisions of S.B. 1 require election officials to deny the CRA's broadly defined right to vote based on errors or omissions on ABBM's and carrier envelopes that are not material to voter qualifications under Texas law. In short, it is difficult to imagine a clearer violation of the Materiality Provision than S.B. 1's number-matching requirement. Nonetheless, in an effort to narrow the scope of the Materiality Provision, the State Defendants and Intervenor-Defendants advance a number of unpersuasive interpretations of the text, which the Court will briefly address.

### D. Defendants' wholly unpersuasive interpretations of the Materiality Provision

#### 1. The Materiality Provision reaches "neutral, evenly applied" state law.

The State Defendants contend that the Materiality Provision does not apply to non-discriminatory, "neutrally applied" state laws such as Sections 5.07 and 5.13. ECF No. 645 at 9–11; ECF No. 646 at 27–29. Here, State Defendants rely on language from another provision of Section 101, arguing that, "[l]ooking at 10101(a)(2) as a whole . . . it *becomes apparent* that the Materiality Provision functions as a safeguard against the discriminatory application of state voter qualification and registration rules." ECF No. 645 at 9. It is far from "apparent" that the Materiality Provision applies only to discriminatory applications of state voting rules. Indeed, the exception that the State Defendants ask the Court to recognize, which appears nowhere on the face of Section 101's text, would swallow the rule set forth in the Materiality Provision.

---

against the TEAM database. Accordingly, if a voter is missing either a DPS ID number or SSN4 in TEAM, or if TEAM has incorrect information for either of those numbers, the voter simply cannot log in to the tracker. The online Ballot by Mail Tracker is therefore only able to cure an SB 1-related defect in scenarios where the voter (1) is in possession of a number in their TEAM record, but did not include a number on their ABBM or carrier envelope; or (2) made a transcription error on their ABBM or carrier envelope.

In its entirety, Section 10101(a)(2) provides:

> No person acting under color of law shall –

(A) in determining whether any individual is qualified under State law or laws to vote in any election, apply any standard, practice, or procedure ***different from*** the standards, practices, or procedures applied under such law or laws to other individuals within the same county, parish, or similar political subdivision which have been found by State officials to be qualified to vote;

(B) deny the right of any individual to vote in any election because of an error or omission on any record or paper relating to any application, registration, or other act requisite to voting, if such error or omission is not material in determining whether such individual is qualified under State law to vote in such election; or

(C) employ any literacy test as a qualification for voting in any election unless (i) such test is administered to each individual and is conducted wholly in writing, and (ii) a certified copy of the test and of the answers given by the individual is furnished to him within twenty-five days of the submission of his request made within the period of time during which records and papers are required to be retained . . . .

52 U.S.C. § 10101(a)(2).

The State Defendants argue that, because they serve a common function, common tools of statutory construction require the three provisions of section 10101(a)(2) to be read *in pari materia*.[31] ECF No. 645 at 9. As Plaintiffs point out, however, *in pari materia* is a tool used to *resolve* textual ambiguities, not a basis for creating them. ECF No. 670 at 7 (citing *Erlenbaugh v. United States*, 409 U.S. 239, 245 (1972)). Indeed, even where two provisions were "both parts of a comprehensive federal legislative effort" and "enacted by the same legislative body at the same time," one provision cannot be leveraged through the *in pari materia* canon "to introduce an

---

[31] The State Defendants rely on *Broyles v. Texas*, 618 F. Supp. 2d 661, 697 (S.D. Tex. 2009), for the proposition that "only racially motivated deprivations of rights are actionable" under the Materiality Provision. ECF No. 646 at 29. But *Broyles* mistakenly cited *Kirksey* v. *City of Jackson*, 663 F.2d 659 (5th Cir. 1981)—which involved claims under Section 2 of the Voting Rights Act—for its conclusion that 42 U.S.C. § 1971 (now 52 U.S.C. § 10101) requires a showing of racial discrimination. *See Broyles*, 618 F. Supp. 2d at 697; *Kirksey*, 663 F.2d at 664–665; *see also Vote.org v. Callanen*, No. SA-21-CV-00649-JKP-HJB, 2021 WL 5987152, at *3 (W.D. Tex. Dec. 17, 2021) (rejecting argument that Materiality Provision claims require showing of racial discrimination and noting that *Broyles* mistakenly invoked *Kirksey* in stating otherwise).

exception to the coverage of the [other] where none is now apparent." *Erlenbaugh*, 409 U.S. at 244–45.

While Subsection (A) and the Materiality Provision may have been enacted to address a common problem, one should not limit the other where they "play different roles in achieving these broad, common goals." *Id.* Indeed, as a matter of common sense, it is simply incorrect to assume that tools directed at the same goal must operate by the same means. Umbrellas, goloshes, and raincoats, for example, all work toward the same purpose—protection from the elements—but function in completely different ways. To suggest that, because an umbrella works by "opening," we should likewise "open" our boots and coats in the face of a storm would be nonsensical and even—with respect to the raincoats—counterproductive.

By selectively applying language in Subsection (A) to other provisions, State Defendants would restrict all three subsections of 52 U.S.C. § 10101(a)(2) to accomplish only the purpose of Subsection (A), rendering the other provisions fully redundant. *Compare* 52 U.S.C. § 10101(a)(2)(A) (preventing an official from applying "any standard, practice, or procedure different from the standards, practices, or procedures applied under such law or laws to other individuals") with ECF No. 645 at 10 (suggesting the Materiality Provision is applicable only to "prevent individuals acting under color of law from applying state laws relating to voting differently with respect to some citizens than to others so as to deny or abridge the right of all citizens to vote" (emphasis in original)).

The State Defendants' interpretation would violate the "obligation to give effect to every provision of [a] statute." *Carcieri v. Salazar*, 555 U.S. 379, 395 (2009). Congress's choice not to include the same disparate treatment requirement of Subsection (A) when drafting the Materiality Provision must be given effect because "when Congress includes particular language in one section

of a statute but omits it in another section of the same Act, it is generally presumed that Congress acts intentionally and purposely in the disparate inclusion or exclusion." *Barnhart v. Sigmon Coal Co.*, 534 U.S. 438, 452 (2002) (citation and internal quotation marks omitted); *Migliori*, 36 F.4th at 162 n.56 (the Materiality Provision "does not mention racial discrimination" and "we cannot find that Congress intended to limit this statute to either instances of racial discrimination or registration").

While the provisions of Section 101 fall well within the scope of Congress's broad legislative power under the Reconstruction Amendments, *Katzenbach*, 383 U.S. at 324, it is worth remembering that, in enacting the CRA, Congress also relied on its authority under the Elections Clause. *See* Civil Rights Act of 1964, Pub. L. No. 88-352, § 101, 74 Stat. 241, 241 (1964) (applying Section 101 only to federal elections); Voting Rights Act of 1965, Pub. L. No. 89–110, § 15(a), 79 Stat. 437, 445 (1965) (expanding Section 101 to cover state and local elections). Thus, regardless of any racial considerations, Congress had the power to require that votes in federal elections be counted despite immaterial paperwork errors, so long as those errors had nothing to do with voters' qualifications under state law. "[B]y tying the federal franchise to the state franchise instead of simply placing it within the unfettered discretion of state legislatures, the Framers avoided 'render[ing] too dependent on the State governments that branch of the federal government which ought to be dependent on the people alone.'" *Inter Tribal Council of Ariz.*, 570 U.S. at 17 (quoting The Federalist No. 52, at 326 (J. Madison)); *see also id.* (overturning, as inconsistent with the NVRA, an Arizona law requiring voter-registration officials to "reject" any application for registration, including a federal form, not accompanied by documentary evidence of citizenship). In other words, it is entirely possible that Congress sought to vindicate the federal franchise

generally by preventing state officials from rejecting voting materials for minor paperwork errors, regardless of the racial impact of the officials' conduct.

### 2. The Materiality Provision applies *because* S.B. 1's requirements are immaterial

The Intervenor-Defendants admit what the State Defendants will not: that a DPS number or SSN4 appearing in state databases is not material to voter qualifications. ECF No. 634 at 15; ECF No. 608 at 20 ("[T]he United States . . . may point out that the personal identification numbers on an application or mail ballot are 'not material' to determining an individual's qualifications to vote. That is entirely correct." (internal citations omitted)). That should end the inquiry. Nonetheless, the Intervenor-Defendants suggest, contrary to both the text and purpose of the Materiality Provision, that that the number-matching provisions of S.B. 1 fall outside of Section 101's purview *because* DPS numbers and SSN4s are *not* used to determine voter qualifications. In other words, the Intervenor-Defendants assert that Section 101 applies only where the error or omission *is* material to a voter's qualifications under state law. "It is because sections 5.02 [sic] and 5.08 [sic] do not regulate voter qualification determinations that they fall *outside* the materiality provision." ECF No. 634 at 21.

A judge in the Northern District to Georgia recently rejected the same argument:

> Contrary to Responding Defendants' position, the fact that the outer envelope is not used to determine voter qualifications merely reinforces the immateriality of the Birthdate Requirement. It has never been the law that the Materiality Provision only applies to that initial determination of whether a voter is qualified to vote. Moreover, interpreting the Materiality Provision in the manner Responding Defendants suggest would essentially render the provision meaningless. In other words, a state could impose immaterial voting requirements yet escape liability each time by arguing that the very immateriality of the requirement takes it outside the statute's reach.

*In re Georgia Senate Bill 202*, 2023 WL 5334582, at *10. The Court agrees.

The Republican Committees suggest that, following successful registration, states and election officials are free to intentionally reject ballots cast by eligible voters for any reason whatsoever, so long as it does not disqualify the voter from attempting to vote in future elections. The interpretation does violence not only to the clear text of the Materiality Provision but to the civil rights of every qualified voter in the State of Texas and to the fundamental premise of our democracy.

## IV.   Plaintiffs are entitled to permanent injunctive relief

A party seeking a permanent injunction must prove: (1) that it has succeeded on the merits; (2) that a failure to grant the injunction will result in irreparable injury; (3) that said injury outweighs any damage that the injunction will cause the opposing party; and (4) that the injunction will not disserve the public interest. *Valentine v. Collier*, 993 F.3d 270, 280 (5th Cir. 2021). The Court addresses each factor in turn.

First, for the reasons set forth in this order, the Court concludes that Sections 5.07 and 5.13 of S.B. 1 violate the Materiality Provision. Plaintiffs have thus succeeded on the merits of their challenge to Sections 5.07 and 5.13 of S.B. 1 under Section 101 of the Civil Rights of 1964, 52 U.S.C. § 10101(a)(2)(B).

Second, the Court concludes that failure to grant the requested injunction will result in irreparable injury to voters in Texas. "The denial of the opportunity to cast a vote that a person may otherwise be entitled to cast—even once—is an irreparable harm." *Jones v. Governor of Fla.*, 950 F.3d 795, 828 (11th Cir. 2020). "Courts routinely deem restrictions on fundamental voting rights irreparable injury." *League of Women Voters of N.C. v. North Carolina*, 769 F.3d 224, 247 (4th Cir. 2014) (collecting cases); *see also Purcell v. Gonzalez*, 549 U.S. 1, 7 (2006) (recognizing the "strong interest in exercising the fundamental political right to vote") (citing *Dunn v.*

*Blumstein*, 405 U.S. 330, 336 (1972)). Given the text of Sections 5.07 and 5.13 (mandating the rejection of mail ballot materials for immaterial paperwork errors and omissions), the thousands of ABBMs and mails ballots that have been rejected thus far, and the persistent ID errors in the TEAM records, the Court concludes that, without the requested injunctive relief, future denials of ABBMs and mail-in ballots in violation of the Materiality Provision are not only likely but certain.

Third, the injury to Plaintiffs and voters in Texas outweighs any damage the injunction will cause to the State Defendants and election officials. The injury to Plaintiffs and voters in Texas is great: "No right is more precious in a free country than that of having a voice in the election of those who make the laws under which, as good citizens, we must live. Other rights, even the most basic, are illusory if the right to vote is undermined." *Wesberry v. Sanders*, 376 U.S. 1, 17 (1964). On the other hand, enjoining the rejection of otherwise valid voting materials would impose at most a *de minimis* burden on the State Defendants and election officials. The State Defendants can comply with this Order through minor modifications to their election administration practices. Any injunction would not direct the State Defendants to change the *process* for applying to vote by mail or the deadline or eligibility requirements for doing so. Texas election officials could continue to use the form ABBM and carrier envelopes prescribed by the SOS in administering elections, and could even follow the same cure process outlined under Texas law (in an effort to correct outstanding TEAM errors). Rather, the injunction would merely require officials to accept otherwise valid ABBMs and mail ballots that failed to satisfy S.B. 1's number matching requirements.

Finally, it is clear to the Court that the injunction would not disserve the public interest, and, to the contrary, will serve the public interest by protecting individuals' fundamental right to vote. *See Dunn*, 405 U.S. at 336 (stating that protecting the right to vote is of particular public

importance because it is "preservative of all rights.") (citing *Reynolds v. Sims*, 377 U.S. 533, 562 (1964)); *see also Wash. Ass'n of Churches*, 492 F. Supp. 2d at 1271 ("Given Washington's most recent governor's election, where the winner was decided by just hundreds of votes, the Court finds that the public interest weighs strongly in favor of letting every eligible resident of Washington register and cast a vote."). Moreover, it is the public policy of the State of Texas to construe any constitutional or statutory provision which restricts the right to vote liberally: "[a]ll statutes tending to limit the citizen in his exercise of this right should be liberally construed in [the voter's] favor." *Owens v. State*, 64 Tex. 500, 502 (1885).

Even recognizing the importance of the fundamental right to vote, a court must weigh any protective action against the potential for confusion and disruption of the election administration under the "*Purcell* principle." *See Benisek v. Lamone*, 138 S. Ct. 1942, 1945 (2018). The *Purcell* principle provides that, as a general rule, federal courts "should not alter state election laws in the period close to an election." *Democratic Nat'l Comm. v. Wis. State Legislature*, 141 S. Ct. 28 (2020) (Kavanaugh, J., concurring) (upholding Seventh Circuit's stay of injunction entered six weeks before the general election)). In *Purcell*, the Supreme Court reversed a lower court's order enjoining the implementation of a proposition, passed by ballot initiative two years earlier, that required voters to present identification when they voted on election day. Reversing the lower court, the Court emphasized that the injunction was likely to cause judicially-created voter confusion in the face of an imminent election. *Purcell*, 549 U.S. at 2, 6.

The Supreme Court has recognized that "[c]ourt orders affecting elections, especially conflicting orders, can themselves result in voter confusion and consequent incentive to remain away from the polls. As an election draws closer, that risk will increase." *Purcell*, 549 U.S. at 4–5. The *Purcell* principle's logic extends only to injunctions that affect the mechanics and

procedures of the act of voting. *See, e.g.*, *Republican Nat'l Comm. v. Democratic Nat'l Comm. ("RNC v. DNC")*, 140 S. Ct. 1205, 1207 (2020) (extension of absentee ballot deadline); *Mi Familia Vota v. Abbott*, 834 F. App'x 860, 863 (5th Cir. 2020) (mask mandate exemption for voters); *Tex. Alliance for Retired Ams. v. Hughs*, 976 F.3d 564, 566–67 (5th Cir. 2020) (new ballot type eliminating straight-ticket voting); *Democratic Nat'l Comm. v. Wis. State Leg.*, 141 S. Ct. at 31 (extension of absentee ballot deadline).

Plaintiffs' requested injunction does not affect the procedures for voting by mail from a voter's perspective. Enjoining election officials from rejecting ballot materials will not affect the forms or deadlines that voters have used to apply for and vote by mail since 2022. Accordingly, it is unlikely that the proposed preliminary injunction would lead to the kind of voter confusion envisioned by *Purcell*. To be sure, at least some voters might be confused by the fact that ABBMs and carrier envelopes continue to solicit ID numbers despite a court order enjoining the ID-number requirement. But unlike confusion about other voting procedures, such as deadlines, polling locations, and S.B. 1's number-matching requirement itself, this "confusion" about the applicability of the ID-number requirements would not disenfranchise anyone—voters will be able to apply for and cast mail-in ballots regardless of their ability to provide a matching ID number. Thus, any voter's potential, subjective confusion is clearly outweighed by the irreparable harm that other voters will suffer absent injunctive relief.

Likewise, the time considerations set forth in *Purcell* are inapplicable here, given that the November 2023 general election has already occurred and the 2024 primaries are months away The Supreme Court has upheld stays of injunctions entered days, weeks, and months before primary or general elections. *See Wis. State Legislature*, 141 S. Ct. at 28; *Raysor v. DeSantis*, 140 S. Ct. 2600 (2020) (upholding Eleventh Circuit's stay of injunction entered three months before

primary election); *RNC v. DNC*, 140 S. Ct. at 1208 (staying preliminary injunction entered five days before primary election); *Veasey v. Perry*, 574 U.S. 951 (2014) (upholding stay of injunction entered 24 days before general election day).

Therefore, Plaintiffs' request for injunctive relief is granted.

## CONCLUSION

For the reasons stated herein, the United States' motion for summary judgment (ECF No. 609) is **GRANTED**. The OCA Plaintiffs' motion for summary judgment (ECF No. 611) is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted with respect to the OCA Plaintiffs' challenge to Section 5.07 and 5.13 of S.B. 1 and denied in all other respects.

The Court concludes as a matter of law that Sections 5.07 and 5.13 of Senate Bill 1, codified in Sections 86.001(f) and 87.041(b)(8) of the Texas Election Code, require officials to reject mail ballot applications and mail ballots based on errors or omissions on a record or paper relating to an act requisite to voting that is not material in determining whether voters are qualified under Texas law to vote or to cast a mail ballot. Such rejections deny the statutory right to vote protected by Section 101 of the Civil Rights Act of 1964, 52 U.S.C. § 10101(a)(2)(B).

The Court therefore **DECLARES** that Section 5.07 and Section 5.13 of Senate Bill 1 violate Section 101 of the Civil Rights Act of 1964, 52 U.S.C. § 10101(a)(2)(B).

The Court also finds that a permanent injunction of Sections 5.07 and 5.13 of Senate Bill 1 is warranted.

It is therefore **ORDERED** that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are **PERMANENTLY ENJOINED** from enforcing the requirements

of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964, 52 U.S.C. § 10101(a)(2)(B).

The Court finally orders that OCA Plaintiffs are entitled to recover their reasonable attorney's fees and expenses, subject to a reduction in recovery for hours expended on these unsuccessful claims unless the district court finds a "common core of facts" or "related legal theories." *Fessler v. Porcelana Corona De Mexico, S.A. DE C.V.*, 23 F.4th 408, 417 (5th Cir. 2022) (quoting *Hensley v. Eckerhart,* 461 U.S. 424, 434–35 (1983)).

The United States, the OCA Plaintiffs, and the State Defendants, are hereby **ORDERED** to meet and confer concerning an appropriate remedial plan and, **by no later than December 15, 2023**, to file a proposed order or a joint advisory indicating points of disagreement.

It is so **ORDERED**.

**SIGNED** this 29th day of November, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2024, these record excerpts were electronically filed with the Clerk of Court using the appellate CM/ECF system. Service on counsel for all parties in the district court has been accomplished via notice filed through the district court's CM/ECF system attaching a copy of this filing.

Dated: June 19, 2024                    */s/* John M. Gore
                                        John M. Gore
                                        *Counsel for Intervenor-Appellants*