

Texas

Hon. Lyle W. Cayce, Clerk of Court
United States Court of Appeals, Fifth Circuit
600 South Maestri Place, Suite 115
New Orleans, Louisiana 70130-3408

Re: No. 23-50885, *USA v. Paxton, et al.* – Joint Unopposed Level 1 Extension Request

Dear Mr. Cayce:

In accordance with Local Rule 31.4, Appellees OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas and Appellee, the United States of America, jointly request an unopposed 30-day Level 1 extension to file their briefs in *USA v. Paxton, et al*, No. 23-50885.

On April 2, 2024, this Court issued a briefing schedule setting Appellants' briefing deadline as May 13, 2024. This Court then granted Appellants' motion for a 30-day extension and amended Appellants' deadline to June 12, 2024. Appellees' briefs in response are currently due July 12, 2024.

Under the 30-day Level 1 extension, Appellees' new briefing deadline would be August 12, 2024. On June 26, 2024, counsel for Appellants indicated in writing that they do not oppose the request.

Pursuant to Local Rule 31.4.2, this request is not for delay. This extension is requested because counsel for OCA-GH Appellees have numerous briefing and argument obligations that will require significant time and attention, including:

- Pretrial filings before the Western District of Texas in *Cervini et al. v. Cisneros et al.*, No. 1:21-cv-565 (W.D. Tex. 2023), due July 18, 2024.
- Trial before the Northern District of Mississippi in *White v. State Board of Election Comm'rs*, 4:22-cv-00062-SA-JMV, beginning on August 5, 2024.
- Summary judgment opposition and reply briefs due before the Western District of Pennsylvania in *PA NAACP v. Schmidt*, No. 22. Civ. 339, due on July 18, 2024 and July 25, 2024.
- Appellate reply brief due before the Eleventh Circuit in *Alpha Phi Alpha Fraternity v. Raffensberger*, No. 24-10230, due on August 23, 2024.

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS

P.O. BOX 8306
HOUSTON, TX 77288
713.942.8146 | WWW.ACLUTX.ORG
WITH OFFICES IN AUSTIN, BROWNSVILLE, DALLAS AND EL PASO



Additionally, given the many issues raised in this appeal, briefing by Appellee, the United States of America, will require review by and consultation with attorneys in several different offices of the Civil Rights Division in the U.S. Department of Justice. These multiple layers of review increase the amount of time needed to prepare and complete the United States' brief.

Counsel for the United States of America was also issued a summons for petit jury service in the Superior Court of the District of Columbia on July 1, 2024, which will limit the amount of time counsel has to research and draft the United States' brief, and to collaborate with others within the Civil Rights Division.

Appellees do not seek this extension for purposes of delay, but out of necessity, and in the interest of justice to permit Appellees to better serve this Court.

Thank you for your attention to this matter.

Sincerely,
Ashley Harris

/s/ Ashley Harris
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
aharris@aclutx.org

/s/ Jason Lee
Appellate Section, Civil Rights Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 14403
Washington, DC 14403
jason.lee2@usdoj.gov