No. 23-50885

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA; OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS; REVUP-TEXAS,

*Plaintiffs-Appellees*,

v.

KEN PAXTON, ATTORNEY GENERAL, STATE OF TEXAS; JANE NELSON, IN HER OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE; STATE OF TEXAS; REPUBLICAN NATIONAL COMMITTEE; HARRIS COUNTY REPUBLICAN PARTY; DALLAS COUNTY REPUBLICAN PARTY; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE,

*Defendants-Appellants.*

**On Appeal from the United States District Court for the Western District of Texas, San Antonio Division**

**MOTION TO WITHDRAW AS COUNSEL**

1

Ryan M. Proctor hereby moves to withdraw as counsel for Intervenor-Appellants Republican National Committee, Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, and National Republican Congressional Committee. Mr. Proctor will be leaving the private practice of law on July 26, 2024, and so will not be able to continue representing Intervenor-Appellants. John Gore and Louis Capozzi will continue to represent Intervenor-Appellants.

Dated: July 25, 2024

Respectfully submitted,

/s/ Ryan M. Proctor
Ryan M. Proctor
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
(202) 879-3421
rproctor@jonesday.com

## COMBINED CERTIFICATIONS

In accordance with the Federal Rules of Appellate Procedure and the Local Rules of this Court, I hereby certify the following:

1. I am a member in good standing of the Bar of this Court.

2. This motion complies with the type-volume limitations of Fed. R. App. P. 27 because it contains 65 words, excluding the parts exempted by Fed. R. App. P. 32(f).

3, This Brief complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) & (a)(6) because it has been prepared using Microsoft Word in a proportionally spaced 14-point font (namely, Century Schoolbook Standard).

Dated: July 25, 2024　　　　　　　/s/ Ryan M. Proctor
　　　　　　　　　　　　　　　　Ryan M. Proctor
　　　　　　　　　　　　　　　　*Counsel for Intervenor-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2024, this motion was electronically filed with the Clerk of Court using the appellate CM/ECF system. Service on counsel for all parties in the district court has been accomplished via notice filed through the district court's CM/ECF system attaching a copy of this filing.

Dated: July 25, 2024　　　　　　　　*/s/* Ryan M. Proctor
　　　　　　　　　　　　　　　　　　Ryan M. Proctor
　　　　　　　　　　　　　　　　　　*Counsel for Intervenor-Appellants*