**No. 23-50885**

**In the United States Court of Appeals for the Fifth Circuit**

UNITED STATES OF AMERICA; OCA-GREATER HOUSTON; LEAGUE OF WOMEN VOTERS OF TEXAS; REV UP-TEXAS,
*Plaintiffs-Appellees*,

*v.*

JANE NELSON, IN HER OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE; KEN PAXTON, TEXAS ATTORNEY GENERAL; STATE OF TEXAS; HARRIS COUNTY REPUBLICAN PARTY; DALLAS COUNTY REPUBLICAN PARTY; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE,
*Defendants-Appellants*,

Appeal from the United States District Court
for the Western District of Texas
No. 5:21-cv-0844 (J. Xavier Rodriguez)

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT**

Zachary Dolling
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (phone)
512-474-0726 (fax)
zachary@texascivilrightsproject.org

Ari Savitzky
Dayton Campbell-Harris
Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
212-284-7334
asavitzky@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

*Counsel for Plaintiffs-Appellees*
*(continued on inside cover)*

***Additional Counsel for Plaintiffs-Appellees*:**

Ashley Harris
Thomas Buser-Clancy
Edgar Saldivar
Savannah Kumar
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
aharris@aclutx.org
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org

Jerry Vattamala
ASIAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
99 Hudson Street, 12th Floor
New York, NY 10013
212-966-5932 (phone)
jvattamala@aaldef.org

Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St., NW
Washington, DC 20005
(740) 632-0671
acepedaderieux@aclu.org

Lisa Snead
Texas Bar No. 24062204
Peter Thomas Hofer
Texas Bar No. 09777275
DISABILITY RIGHTS TEXAS
2222 W. Braker Lane
Austin, TX 78758
512-454-4816 (phone)
512-454-3999 (fax)
lsnead@drtx.org
phofer@drtx.org

Jessica Ring Amunson
JENNER & BLOCK, L.L.P.
1099 New York Avenue, N.W., Ste 900 Washington, DC 20001-4412
202-639-6000
202-661-4993 (Facsimile)
jamunson@jenner.com

Pursuant to Fifth Circuit Rules 27.1.16 and 32.4, Appellees OCA-Greater Houston, League of Women Voters of Texas, and REV UP-Texas, ("Appellees") request permission to file a consolidated brief that exceeds the 13,000-word limit under Federal Rule of Appellate Procedure 32(a)(7)(B)(i) by 3,000 words, to a total word limit of 16,000 words. Appellants do not oppose this motion.

Appellees must respond to two principal briefs filed by Appellants. Appellants are Ken Paxton, the Texas Attorney General, and Jane Nelson as the Texas Secretary of State (together, the "State Appellants"); and the Harris County Republican Party, Dallas County Republican Party, the National Republican Senatorial Committee, and the National Republican Congressional Committee (together, the "GOP," and, with the State Appellants, "Appellants"). Each Appellant filed its own brief. Together, Appellants' briefs total more than 24,500 combined words.

Because Appellants have presented a large number of distinct legal arguments to which Appellees must respond, there exists good cause for Appellees' request to file a brief of up to 16,000 words, which is approximately 8,950 fewer words than were collectively used by Appellants. Exceeding the 13,000-word limit will allow Appellees to

respond meaningfully and completely to Appellants' two briefs in a single, consolidated brief. Appellees therefore respectfully request leave to file an extra-length brief of no more than 16,000 words.

## CONCLUSION

Appellees respectfully request that this Court permit them to file a single, consolidated brief of up to 16,000 words. Appellants do not oppose this request.

Date: August 2, 2024                 Respectfully submitted,

/s/ *Ari Savitzky*

Ashley Harris
Thomas Buser-Clancy
Edgar Saldivar
Savannah Kumar
American Civil Liberties Union
Foundation of Texas
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
aharris@aclutx.org
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
skumar@aclutx.org

Zachary Dolling
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (phone)
zachary@texascivilrightsproject.org

Jerry Vattamala
Asian American Legal Defense and Educational Fund
99 Hudson Street, 12th Floor
New York, NY 10013
212-966-5932 (phone)
jvattamala@aaldef.org

Ari Savitzky
Dayton Campbell-Harris*
Sophia Lin Lakin
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
212-284-7334
asavitzky@aclu.org
dcampbell-harris@aclu.org
acepedaderieux@aclu.org
slakin@aclu.org

Adriel I. Cepeda Derieux*
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
(740) 632-0671
acepedaderieux@aclu.org

Lisa Snead
Peter Thomas Hofer
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816 (phone)
lsnead@drtx.org
phofer@drtx.org

*Practice is limited to federal court.*

*Counsel for Plaintiffs-Appellees*

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served via electronic filing upon all counsel of record in this case.

Dated: August 2, 2024             <u>*/s/ Ari Savitzky*</u>
                                  Ari Savitzky