# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 05, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50885   USA v. Paxton
                  USDC No. 5:21-CV-844

The court has granted the motion for leave to file brief in excess word count, not to exceed 16,000 words.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Lisa E. Ferrara, Deputy Clerk
                        504-310-7675

Ms. Alyssa G. Bernsein
Ms. Tovah Calderon
Mr. Dayton Campbell-Harris
Mr. Louis Joseph Capozzi III
Mr. Adriel I. Cepeda Derieux
Mr. William Francis Cole
Brian Dimmick
Mr. Zachary Dolling
Mr. Daniel Joshua Freeman
Mr. John Matthew Gore
Ashley Alcantara Harris
Ms. Kathleen Theresa Hunker
Ms. Kateland R. Jackson
Mr. Ryan Glen Kercher
Ms. Sophia Lin Lakin
Mr. Jason Lee
Mr. Christopher McGreal
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Ari J. Savitzky
Mr. Andre Segura
Mr. William D. Wassdorf
Mr. Coy Allen Westbrook