

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Coy Allen Westbrook  
Assistant Attorney General

(512) 936-0581  
Coy.Westbrook@oag.texas.gov

August 12, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit

    Re:   *USA v. Paxton*, 23-50885

Dear Mr. Cayce:

   I am writing to advise the Court of my withdrawal as counsel for Appellants Ken Paxton, Attorney General; Jane Nelson, in her official capacity as Texas Secretary of State; and the State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Aaron Nielson will remain as lead counsel in the case.

                                     Respectfully submitted.

                                     /s/ Coy Allen Westbrook

                                     Coy Allen Westbrook  
                                     Assistant Attorney General

cc: All counsel of record (via CM/ECF)