# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 13, 2024

Mr. Coy Allen Westbrook
Office of the Attorney General of Texas
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

    No. 23-50885   USA v. Paxton
                      USDC No. 5:21-CV-844

Dear Mr. Westbrook,

We are taking no action on your letter of non-representation because it was incorrectly filed as a motion to withdraw. I should be refiled as a letter.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Lisa E. Ferrara*
                         By: _____
                         Lisa E. Ferrara, Deputy Clerk
                         504-310-7675

cc:
    Ms. Alyssa G. Bernsein
    Ms. Tovah Calderon
    Mr. Dayton Campbell-Harris
    Mr. Louis Joseph Capozzi III
    Mr. Adriel I. Cepeda Derieux
    Mr. William Francis Cole
     Brian Dimmick
    Mr. Zachary Dolling
    Mr. Daniel Joshua Freeman
    Mr. John Matthew Gore
     Ashley Alcantara Harris
    Ms. Kathleen Theresa Hunker
    Ms. Kateland R. Jackson
    Mr. Ryan Glen Kercher
    Ms. Sophia Lin Lakin
    Mr. Jason Lee

Mr. Christopher McGreal
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Ari J. Savitzky
Mr. Andre Segura
Mr. William D. Wassdorf