

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Coy Allen Westbrook  
Assistant Attorney General

(512) 936-0581  
Coy.Westbrook@oag.texas.gov

August 13, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit

    **Re:**   *USA v. Paxton*, 23-50885

Dear Mr. Cayce:

  I am writing to advise the Court of my withdrawal as counsel for Appellants Ken Paxton, Attorney General; Jane Nelson, in her official capacity as Texas Secretary of State; and the State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Aaron Nielson will remain as lead counsel in the case.

                                      Respectfully submitted.

                                      /s/ Coy Allen Westbrook

                                      Coy Allen Westbrook  
                                      Assistant Attorney General

cc: All counsel of record (via CM/ECF)