# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 21, 2024

Mr. Aaron Crowell
Clarick Gueron Reisbaum, L.L.P.
220 5th Avenue
14th Floor
New York, NY 10001

    No. 23-50885   USA v. Paxton
                          USDC No. 5:21-CV-844

Dear Mr. Crowell,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Certificate of interested persons, see 5th Cir. R. 28.2.1. A signature is required on the certificate of interested persons.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
Ms. Alyssa G. Bernsein
Ms. Tovah Calderon
Mr. Dayton Campbell-Harris
Mr. Louis Joseph Capozzi III
Mr. Adriel I. Cepeda Derieux
Mr. William Francis Cole
 Brian Dimmick
Mr. Zachary Dolling
Mr. Daniel Joshua Freeman
Mr. John Matthew Gore
Ms. Brianne Jenna Gorod
 Ashley Alcantara Harris
Ms. Kathleen Theresa Hunker
Ms. Kateland R. Jackson
Mr. Ryan Glen Kercher
Ms. Sophia Lin Lakin
Mr. Jason Lee
Mr. Christopher McGreal
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
 William Alvarado Rivera
Mr. Ari J. Savitzky
Mr. Andre Segura
Ms. Elizabeth Snow
Ms. Corey Stoughton
Mr. William D. Wassdorf