# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

August 21, 2024

William Alvarado Rivera
AARP Foundation Litigation
601 E Street, N.W.
Washington, DC 20049

    No. 23-50885   USA v. Paxton
                       USDC No. 5:21-CV-844

Dear Rivera,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Caption on the brief does not agree with the caption of the case in compliance with Fed. R. App. P. 32(a)(2)(C). Caption must exactly match the Court's Official Caption (See Official Caption below)

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

*Lisa E. Ferrara*

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
   Ms. Alyssa G. Bernsein
   Ms. Tovah Calderon
   Mr. Dayton Campbell-Harris
   Mr. Louis Joseph Capozzi III
   Mr. Adriel I. Cepeda Derieux
   Mr. William Francis Cole
    Brian Dimmick
   Mr. Zachary Dolling
   Mr. Daniel Joshua Freeman
   Mr. John Matthew Gore
   Ms. Brianne Jenna Gorod
    Ashley Alcantara Harris
   Ms. Kathleen Theresa Hunker
   Ms. Kateland R. Jackson
   Mr. Ryan Glen Kercher
   Ms. Sophia Lin Lakin
   Mr. Jason Lee
   Mr. Christopher McGreal
   Mr. Aaron Lloyd Nielson
   Ms. Lanora Christine Pettit
   Mr. Ari J. Savitzky
   Mr. Andre Segura
   Ms. Elizabeth Snow
   Ms. Corey Stoughton
   Mr. William D. Wassdorf

Case No. 23-50885

United States of America; OCA-Greater Houston, League of Women Voters of Texas; REVUP-Texas,

    Plaintiffs - Appellees

v.

Ken Paxton, Attorney General, State of Texas; Jane Nelson, in her official capacity as Texas Secretary of State; State of Texas; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee; National Republican Congressional Committee,

    Defendants - Appellants

Republican National Committee,

    Movant - Appellant