# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2024

Mr. Aaron Crowell
Clarick Gueron Reisbaum, L.L.P.
220 5th Avenue
14th Floor
New York, NY 10001

    No. 23-50885    USA v. Paxton
                          USDC No. 5:21-CV-844

Dear Mr. Crowell,

We are taking no action on your proposed sufficient brief filed 08/22/24 because it was incorrectly filed as a brief. It must be refiled using the correct event, Proposed Sufficient Brief, in the Briefs category. Please refer to our letter dated 08/21/24.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Lisa E. Ferrara, Deputy Clerk
                                      504-310-7675

cc:
    Ms. Alyssa G. Bernsein
    Mr. Alexander Bernstein
    Ms. Tovah Calderon
    Mr. Dayton Campbell-Harris
    Mr. Louis Joseph Capozzi III
    Mr. Adriel I. Cepeda Derieux
    Mr. William Francis Cole
     Brian Dimmick
    Mr. Zachary Dolling
    Mr. Daniel Joshua Freeman
    Mr. John Matthew Gore
    Ms. Brianne Jenna Gorod
     Ashley Alcantara Harris
    Ms. Kathleen Theresa Hunker
    Ms. Kateland R. Jackson

Mr. Ryan Glen Kercher
Mr. David C. Kimball-Stanley
Ms. Sophia Lin Lakin
Mr. Jason Lee
Mr. Christopher McGreal
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
 William Alvarado Rivera
Mr. Ari J. Savitzky
Mr. Andre Segura
Ms. Elizabeth Snow
Ms. Corey Stoughton
Mr. William D. Wassdorf