# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 28, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50885   USA v. Paxton
                    USDC No. 5:21-CV-844

The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  *Lisa E. Ferrara*
                By: _____
                Lisa E. Ferrara, Deputy Clerk
                504-310-7675

Ms. Alyssa G. Bernsein
Mr. Alexander Bernstein
Ms. Tovah Calderon
Mr. Dayton Campbell-Harris
Mr. Louis Joseph Capozzi III
Mr. Adriel I. Cepeda Derieux
Mr. William Francis Cole
Mr. Aaron Crowell
Mr. Philip Devlin
Brian Dimmick
Mr. Zachary Dolling
Mr. Daniel Joshua Freeman
Mr. John Matthew Gore
Ms. Brianne Jenna Gorod
Ashley Alcantara Harris
Ms. Kathleen Theresa Hunker
Ms. Kateland R. Jackson
Mr. Ryan Glen Kercher
Mr. David C. Kimball-Stanley
Ms. Sophia Lin Lakin
Mr. Jason Lee
Mr. Christopher McGreal
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
William Alvarado Rivera
Mr. Ari J. Savitzky
Mr. Andre Segura
Ms. Elizabeth Snow

Ms. Corey Stoughton
Mr. William D. Wassdorf