**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 23-50885**

UNITED STATES OF AMERICA; OCA-GREATER HOUSTON, LEAGUE OF
WOMEN VOTERS OF TEXAS; REVUP-TEXAS,

*Plaintiffs-Appellees,*

v.

KEN PAXTON, *Attorney General, State of Texas*; JANE NELSON, *in her
official capacity as Texas Secretary of State*; STATE OF TEXAS; HARRIS
COUNTY REPUBLICAN PARTY; DALLAS COUNTY REPUBLICAN
PARTY; NATIONAL REPUBLICAN SENATORIAL COMMITTEE;
NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE,
REPUBLICAN NATIONAL COMMITTEE,

*Defendants-Appellants.*

_____

On Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844

_____

**UNOPPOSED MOTION TO WITHDRAW**
**APPEARANCE OF COUNSEL**

TO THE CLERK AND ALL PARTIES:

Please withdraw the appearance of Alyssa Bernstein of Jenner & Block

LLP as counsel on behalf of Plaintiffs-Appellees OCA-Greater Houston, League

of Women Voters of Texas, and REVUP-Texas (Plaintiffs-Appellees). Ms.

Bernstein is no longer representing Plaintiff-Appellees. Plaintiffs-Appellees

will continue to be represented by the undersigned counsel. Counsel for Defendants-Appellants do not oppose Ms. Bernstein's withdrawal.

Dated: August 29, 2024                    Respectfully submitted,

                                          /s/ Zachary Dolling
                                          Zachary Dolling
                                          TEXAS CIVIL RIGHTS PROJECT
                                          1405 Montopolis Drive
                                          Austin, TX 78741
                                          512-474-5073 (Telephone)
                                          512-474-0726 (Facsimile)
                                          zachary@texascivilrightsproject.org

                                          Ari J. Savitzky
                                          Dayton Campbell-Harris
                                          AMERICAN CIVIL LIBERTIES UNION
                                          FOUNDATION
                                          Voting Rights Project
                                          125 Broad Street
                                          New York, NY 10004
                                          425-516-8400 (Telephone)
                                          asavitzky@aclu.org
                                          dcampbell-harris@aclu.org

                                          Adriel I. Cepeda Derieux
                                          AMERICAN CIVIL LIBERTIES UNION
                                          FOUNDATION
                                          915 15th Street, N.W.
                                          Washington, DC 20005
                                          212-284-7334 (Telephone)
                                          acepedaderieux@aclu.org

                                          Ashley Alcantara Harris
                                          AMERICAN CIVIL LIBERTIES UNION
                                          OF TEXAS
                                          P.O. Box 8306
                                          Houston, TX 77288

713-942-8146 (Telephone)
aharris@aclutx.org

Brian Dimmick
AMERICAN CIVIL LIBERTIES UNION
National Prison Project 915 15th Street,
N.W. Washington, DC 20005
202-731-2395 (Telephone)
bdimmick@aclu.org

Sophia Lin Lakin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7836 (Telephone)
slakin@aclu.org

Christopher McGreal DISABILITY
RIGHTS TEXAS
North Texas Regional Office, Suite 450
1420 W. Mockingbird Lane
Dallas, TX 75247-4932
214-630-0916 (Telephone0
cmcgreal@disabilityrightstx.org

*Counsel for Plaintiffs-Appellees OCA-Greater
Houston, League of Women Voters of Texas, and
REVUP-Texas*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this Motion contains fewer than 100 words, excluding parts of the Motion exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.3. 2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type- style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

**CERTIFICATE OF CONFERENCE**

I certify that I conferred via email with counsel for Defendants-Appellants regarding the relief sought in this motion and they are unopposed.

*/s/ Zachary Dolling*
Zachary Dolling

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2024, I electronically filed this document with this Court using the CM/ECF system, which will provide notice of this filing to all registered CM/ECF users. I certify that counsel for the Plaintiffs-Appellees and Defendants-Appellants are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Zachary Dolling*
Zachary Dolling