# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-50885     USA v. Paxton
USDC No. 5:21-CV-844

The court has granted Appellees League of Women Voters of Texas,
OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G.
Bernsein as attorney of record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Ms. Alyssa G. Bernsein
Mr. Alexander Bernstein
Ms. Tovah Calderon
Mr. Dayton Campbell-Harris
Mr. Louis Joseph Capozzi III
Mr. Adriel I. Cepeda Derieux
Mr. William Francis Cole
Mr. Aaron Crowell
Mr. Philip Devlin
Brian Dimmick
Mr. Zachary Dolling
Mr. Daniel Joshua Freeman
Mr. John Matthew Gore
Ms. Brianne Jenna Gorod
Ashley Alcantara Harris
Ms. Kathleen Theresa Hunker
Ms. Kateland R. Jackson
Mr. Ryan Glen Kercher
Mr. David C. Kimball-Stanley
Ms. Sophia Lin Lakin
Mr. Jason Lee
Mr. Christopher McGreal
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
William Alvarado Rivera
Mr. Ari J. Savitzky
Mr. Andre Segura

Ms. Elizabeth Snow
Ms. Corey Stoughton
Mr. William D. Wassdorf