# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 13, 2024

Mr. Aaron Crowell
Clarick Gueron Reisbaum, L.L.P.
220 5th Avenue
14th Floor
New York, NY 10001

Mr. John Matthew Gore
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Ms. Brianne Jenna Gorod
Constitutional Accountability Center
1200 18th Street, N.W.
Suite 501
Washington, DC 20036

Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Jason Lee
U.S. Department of Justice
Civil Rights Division, Appellate Section
P.O. Box 14403
Ben Franklin Station
Washington, DC 20044-4403

William Alvarado Rivera
AARP Foundation Litigation
601 E Street, N.W.
Washington, DC 20049

Mr. Ari J. Savitzky
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004-2400

Ms. Corey Stoughton
Selendy Gay, P.L.L.C.
1290 Avenue of the Americas
New York, NY 10104

        No. 23-50885    USA v. Paxton
                        USDC No. 5:21-CV-844


Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th
Cir. R. 31.1 within 5 days of the date of this notice pursuant to
5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required
by 5th Cir. R. 30.1.2 within 5 days of the date of this notice
pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of
July 2, 2018, record excerpts filed in relation to Anders briefs
only require 2 paper copies.  **We remind attorneys that the paper
copies of record excerpts filed with the court must contain
physical tabs that extend beyond the edge of the document to
facilitate easy identification and review of tabbed documents.** See
5th Cir. R. 30.1.7(c).


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Charles Whitney*

                        By: _____
                        Charles B. Whitney, Deputy Clerk
                        504-310-7679


cc:
    Mr. Alexander Bernstein
    Ms. Tovah Calderon
    Mr. Dayton Campbell-Harris
    Mr. Louis Joseph Capozzi III
    Mr. Adriel I. Cepeda Derieux
    Mr. William Francis Cole
     Brian Dimmick
    Mr. Zachary Dolling
    Mr. Daniel Joshua Freeman
    Ms. Ashley Alcantara Harris
    Ms. Kathleen Theresa Hunker
    Mr. Ryan Glen Kercher
    Mr. David C. Kimball-Stanley
    Ms. Sophia Lin Lakin
    Mr. Christopher McGreal
    Mr. Aaron Lloyd Nielson
    Ms. Lanora Christine Pettit

Mr. Andre Segura
Ms. Elizabeth Snow
Mr. William D. Wassdorf