# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2024

No. 23-50885    USA v. Paxton
USDC No. 5:21-CV-844

Dear Counsel:

The above referenced case has been scheduled for oral argument
on 02/04/2025. It will be held in New Orleans -   West Courtroom
at 1:00.  The Oral Argument session number is 26.

**Arguing counsel are responsible for electronically filing the
Oral Argument Acknowledgment Form by no later than 1/17/25.** To
submit your form, log in to CM/ECF and select the event 'Oral
Argument Acknowledgment Form Filed.' Please include your session
number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding
the order and division of time before submitting the form. This
step is critical to ensure you are providing the court with
accurate information. The court will not allow any changes
except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our
website at https://www.ca5.uscourts.gov/oral-argument-
information/attending-oral-arguments.** Also available on this
page are links to the 'Court and Special Hearings Calendar' and
'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of
Counsel," you must do so before filing the Oral Argument
Acknowledgment Form.  You must name each party you represent,
See Fed. R. App. P. and 5th Cir. R. 12.  The form is available
at https://www.ca5.uscourts.gov/appearanceform.  Attorneys
appointed under the Criminal Justice Act are exempt from the
requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the
court before argument, we must receive any additional filings in
this office by noon on the workday immediately preceding the day
your case is scheduled for argument. Exceptions will be made for
emergencies only.

Notice to Court Appointed Counsel: Please review for information
on CJA travel at https://www.ca5.uscourts.gov/oral-argument-
information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Shirley Engelhardt at 504-310-7631.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By:_____
                        Shirley M. Engelhardt, Calendar
Clerk
                        504-310-7631

cc:
        Mr. Alexander Bernstein
        Ms. Tovah Calderon
        Mr. Dayton Campbell-Harris
        Mr. Louis Joseph Capozzi III
        Mr. Adriel I. Cepeda Derieux
        Mr. William Francis Cole
        Mr. Aaron Crowell
        Mr. Zachary Dolling
        Mr. Daniel Joshua Freeman
        Mr. John Matthew Gore
        Ms. Brianne Jenna Gorod
        Ms. Ashley Alcantara Harris
        Ms. Kathleen Theresa Hunker
        Ms. Kateland R. Jackson
        Mr. Ryan Glen Kercher
        Mr. David C. Kimball-Stanley
        Ms. Sophia Lin Lakin
        Mr. Jason Lee
        Mr. Christopher McGreal
        Mr. Aaron Lloyd Nielson
        Ms. Lanora Christine Pettit
         William Alvarado Rivera
        Mr. Ari J. Savitzky
        Mr. Andre Segura
        Ms. Elizabeth Snow
        Ms. Corey Stoughton
        Mr. William D. Wassdorf