

# KEN PAXTON
## ATTORNEY GENERAL OF TEXAS

LANORA C. PETTIT
Principal Deputy Solicitor General

(512) 463-2127
Lanora.Pettit@oag.texas.gov

January 21, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

    **Re:** No. 23-50885; *USA v. Paxton, et al.*

Dear Mr. Cayce:

    I am writing to advise the Court of my withdrawal as counsel for Appellants Ken Paxton, Attorney General of Texas; Jane Nelson, in her official capacity as Texas Secretary of State; and the State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Solicitor General, Aaron L. Nielson will remain as lead counsel.

                  Respectfully submitted.

                  /s/ Lanora C. Pettit

                  Lanora C. Pettit
                  Principal Deputy Solicitor General

cc: all counsel of record (via e-mail)