

U.S. Department of Justice

Civil Rights Division

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, DC 20044-4403*

February 14, 2025

<u>**VIA CM/ECF**</u>

Lyle W. Cayce
United States Court of Appeals
  for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re: *United States v. Ken Paxton*, No. 23-50885 (5th Cir.)

Dear Mr. Cayce:

    I am writing to withdraw Tovah R. Calderon as counsel of record in the above-captioned case. Effective February 12, 2025, Ms. Calderon is not working in the Civil Rights Division of the Department of Justice.

    The United States will continue to be represented in this appeal by undersigned counsel Jason Lee.

    Sincerely,

    <u>s/ Jason Lee</u>
    Jason Lee
    Attorney
    Appellate Section
    Civil Rights Division
    Jason.Lee2@usdoj.gov
    202-598-1317